UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCEILA OLIPHANT | : | Case No. 3:02CV0700(PCD) |
| *Plaintiff* | : | |
| v. | : | Judge: Peter C. Dorsey |
| | : | |
| State of Connecticut, | : | |
| Dept. of Transportation, | : | Notice of Manual Filing |
| et al. | : | |
| *Defendants* | : | March 4, 2004 |

    Please take notice that the defendants, State of Connecticut, Department of Transportation, et al., have manually filed the following document or thing

    Exhibits and Attachments to Defendants' Renewed Motion to Dismiss dated March 4, 2004

The exhibits and attachments have not been filed electronically because

[ x ]    the document or thing cannot be converted to an electronic format
[   ]    the electronic file size of the document exceeds 1.5 megabytes
[   ]    the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

                                    Respectfully submitted,

                                    /s/ Eleanor May Mullen
                                    Eleanor May Mullen
                                    Assistant Attorney General
                                    55 Elm Street, P.O. Box 120
                                    Hartford, CT 06141-0120
                                    Phone: (860) 808-5340
                                    Fax: (860) 808-5383
                                    E-mail: Eleanor.Mullen@po.state.ct.us
                                    Federal Bar # ct22430