UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vorcelia OLIPHANT,      : | |
|         Plaintiff,           : | |
|                              : | |
| v.                           : | Civil No. 3:02cv700 (PCD) |
|                              : | |
| STATE OF CONNECTICUT         : | |
| DEPARTMENT OF TRANSPORTATION, : | |
| et. al,                      : | |
|         Defendants.          : | |

## DISCOVERY ORDER

Defendants move to dismiss. Familiarity with all previous Rulings and the history of this case is presumed.

On August 7, 2003, a Discovery Order was issued ordering Plaintiff "to provide responses to *all* outstanding Interrogatories and Requests for Production on or before August 11, 2003" [Doc. No. 119]. On August 18, 2003, Plaintiff's notice of appeal, dated August 4, 2003, was entered onto the docket [Doc. No. 126]. Now that Plaintiff's appeal has been resolved, Defendants have renewed their motion to dismiss pursuant to FED. R. CIV. P. 37 and 41,[1] basing their argument primarily on Plaintiff's multiple discovery noncompliances.

In light of any confusion to Plaintiff based on the fact that her notice of appeal is dated before the August 11, 2003 final discovery deadline, it is hereby ORDERED that

    (1)    Plaintiff provide responses to *all* outstanding Interrogatories and Requests for Production on or before March 26, 2004. Plaintiff's answers shall comply with the requirements as set forth in the Federal Rules of Civil Procedure, and Plaintiff shall provide a response to each interrogatory and

---

[1] In light of Plaintiff's pending appeal, on September 25, 2003, Defendants' motion to dismiss was denied without prejudice to renew pending resolution of the appeal [*see* Doc. No. 131].

shall comply with all production requests. FED. R. CIV. P. 33 and 34. Failure to comply with this Order may result in sanctions including dismissal of Plaintiff's case.

SO ORDERED.

Dated at New Haven, Connecticut, March   10  , 2004.

                                    /s/
                            ─────────────────────────────
                                Peter C. Dorsey
                            United States District Judge