# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff, Pro Se<br>vs.<br>James F. Byrnes, Commissioner, et al<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>March 26, 2004 |

## NOTICE OF COMPLIANCE WITH COURT DISCOVERY ORDER

### (DOCKET 139)

The plaintiff, Vorcelia Oliphant, hereby certifies that in accordance with the Court's above order, the plaintiff has served the original this date of the Interrogatories of November 2002 and Second Set of Interrogatories, this date and request for production on the defendants.

BY: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, Unit 3
New Haven, CT 06514
(203)237-7515

## CERTIFICATION

This is to certify a copy of the Plaintiff's notice of compliance with Court's discovery order has been mailed in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 26th day March 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

        PRO SE Plaintiff

        BY: _____
        Vorcelia Oliphant
        130 Cherry Ann Street, Unit 3
        New Haven, CT 06514
        (203)237-7515