# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT, Plaintiff, vs. James F. Byrnes, Commissioner, ET. AL. Defendant | CIVIL NO. 3:02CV00700(PCD) <br><br> March 29, 2004 |

## MOTION IN OPPOSITION TO DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE

Plaintiff moves for the defendants' above captioned motion for leave to file the appended Defendants' Renewed Motion to Dismiss Pursuant to Federal Rule 37 and/or 41 be denied and made to be subject to the Court restriction of 21-day requirment of the Supplemental Order. Plaintiff has set forth the reasons in her Memorandum of Law and Motion in Opposition to Defendants' Renewed Motion to Dismiss but reiterates some of the same herein.

The grounds for which the Defendants made this motion is without a sound foundation. The Court has already rendered a decision previously on the same motion (Doc. 113-1) and deemed it moot in light of the Court's discovery order (Doc. 115). Defendants state that they filed their motion to dismiss on August 20, 2003. However, on August 4, 2004 plaintiff had filed an appeal in the Second Circuit Court. The District Court denied the defendants' motion

without prejudice until after the appeal in the Second Circuit was completed. Also, Plaintiff from since about August 14, 2003 had been ill and under a doctors' care.

The Second Circuit ruled on plaintiffs' motion for a preliminary injunction that they said was "frivolous as it is lacking an arguable basis in fact or law...." The Second Circuit in this decision went on to say that ..."to the extent that appellant (plaintiff) otherwise sought an injunction (which she did), any such motion must be made in the district court." The plaintiff was seeking an injunction that the Second Circuit reviewed as an appeal.

The defendant makes this request pursuant to rule 37 and 41 that is not interchangeable nor properly raised under rule 41(b). The Defendants' raise this action under Federal Rule of Civil Procedure 41(b) that is concerned with trial and does not refer to discovery and therefore appears to be inappropriate.

Defendants claim that the plaintiff rather than follow the Court's directive filed an appeal...on or about August 6, 2003. Again, the defendant speculates to plaintiff's intentions. Plaintiff was within the rules and her right to file an appeal and this was not done in bad faith or to delay the proceedings.

The defendants claim that "...the defendants' were forced to expend time and resources in response to the ...appeal...." Plaintiff believes that defendants were permitted more time since the plaintiff was involved in the time of prosecuting the appeal the defendants had from August to February to do nothing more than file one page affidavits in all of the appeals proceedings.

The defendants seek to "....Dismiss...inasmuch as the plaintiff has wholly failed to comply with several Court orders." Plaintiff has not failed to respond to "several court" orders. The court has already addressed this issue by siting the plaintiff with sanctions. Dismissal at this stage would be an injustice to the plaintiff who has to the best of her ability complied with the Court's orders. Wherefore, the plaintff respectfully request, for all of the above reasons, that the Defendants' Renewed Motion to Dismiss Pursuant to Rule 37 and 41, which by reference incorporates their previous filed motion to dismiss(Doc. # 131) and supporting memorandum (Doc. # 132), **not** be permitted to filed with the Court but that the same be restricted by the 21-day requirement set forth by the Supplemental Order.

Submitted by: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, Unit 3
New Haven, CT 06514
(203) 237-7515

## **CERTIFICATION**

This is to certify that a copy of the Motion In Opposition To Defendants Motion for Expedited Briefing Schedule Pursuant to Federal Rules 37 and 41, in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 29th day March 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

                                        PRO SE Plaintiff

                                        BY: _/s/ Vorcelia Oliphant_
                                        Vorcelia Oliphant
                                        130 Cherry Ann Street, Unit 3
                                        New Haven, CT 06514
                                        (203)237-7515