# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>March 29, 2004 |

## MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR EXPEDITED BRIEFING SCHEDULE

Defendants' motion for expedited briefing schedule should be denied. Dismissal of this proceeding would be the most severe sanction for noncompliance with discovery orders since plaintiff to the best of her ability has tried to comply. *National Hockey Leave v. Metropolitan Hockey Club, Inc.*, 427 U.S. 639, 642-43, 49 L. Ed. 2d 747, 96 S. Ct. 2778(1976) per curiam). Defendants' raising this action under Federal Rule of Civil Procedure 41(b) which is concerned with trial and does not refer to discovery appears to be inappropriate. *Salahuddin v. Harris* (1986, CA2 NY) 782 F2d 1127, 4 FR Serv 3d 241.

Wherefore, plaintiff respectfully request that defendant's motion be denied.

Submitted by: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann Street, Unit 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the Memorandum of Law In Opposition To Defendants

Motion for Expedited Briefing Schedule Pursuant to Federal Rules 37 and 41, in

accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 29th day March

2004 to:


Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120


                          PRO SE Plaintiff


                          BY: _Vorcelia Oliphant_
                              Vorcelia Oliphant
                              130 Cherry Ann Street, Unit 3
                              New Haven, CT 06514
                              (203)237-7515