UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

Apr 28  12 02 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Vorcelia OLIPHANT,
    Plaintiff,

v.

STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION,
et. al,
    Defendants.

Civil No. 3:02cv700 (PCD)
Civil No. 3:04cv274 (PCD)

## RULING ON PENDING MOTIONS

Defendants move to expedite and to dismiss. Familiarity with all previous Rulings and the history of this case is presumed.

On August 4, 2003, Plaintiff filed a notice of appeal [Doc. No. 126]. On February 4, 2004, the Second Circuit dismissed Plaintiff's appeal. *Oliphant v. Dept. of Transportation*, Doc. No. 03-7772 (2d Cir. 2004), docket entry Feb. 4, 2004. A review of the Second Circuit docket indicates that Plaintiff's motion for extended time to file petition for rehearing was granted, and Plaintiff was given until May 7, 2004 to file her petition for rehearing. *Id.* at docket entry Apr. 7, 2004.

Accordingly, Defendants' motions before this Court [Doc. Nos. 137, 138, and 143] are **denied** for lack of jurisdiction, without prejudice to renew when Plaintiff's appeal is concluded and a mandate is issued. *See United States v. Rivera*, 844 F.2d 916, 920-21 (2d Cir. 1988) ("jurisdiction follows the mandate").

1

SO ORDERED.

Dated at New Haven, Connecticut, April 27, 2004.

_____
Peter C. Dorsey
United States District Judge

2