# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL.<br>Defendants | CIVIL NO. 3:02CV00700(PCD)<br><br>May 3, 2004 |

FILED
2004 MAY -3 P 12: 18
U.S. DISTRICT C...
...DEN, C...

### AFFIDAVIT

I, Vorcelia Oliphant being duly affirmed an over the age of 18 state the following. On or about March 23, 2003 Plaintiff contacted by email (See defendants' April 6, 2004 Motion to to renew motion to dismiss pursuant to Rule 37 and 41, attachment No. 2), defendants' counsel to confer on which interrogatories were outstanding per the court's March 10, 2004 order. Instead, Plaintiff was sent all the interrogatories from the defendants' counsel and reminded of November 26, 2003 interrogatories.

Plaintiff already had all the interrogatories. The Plaintiff answered all interrogatories to avoid any accusations that she missed or did not answer any interrogatory that was outstanding.

Submitted By: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-751

CDL - 8-3-09

Marie Bianco Lowe
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/06

## **CERTIFICATION**

This is to certify that a copy of the Plaintiff's Affidavit in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 3rd day May 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                PRO SE Plaintiff

                                BY: _____
                                   Vorcelia Oliphant
                                   130 Cherry Ann Street, Unit 3
                                   New Haven, CT 06514
                                   (203) 237-7515