# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

2004 MAY -3  P 12: 19

| | |
|---|---|
| VORCELIA OLIPHANT,<br>    Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF<br>TRANSPORTATION, ET AL.<br>    Defendants | CIVIL NO. 3:02CV00700(PCD)<br><br>May 3, 2004 |

## AFFIDAVIT

I, Vorcelia Oliphant being duly affirmed an over the age of 18 state the following. On or about August 21, 2004 a tape was made of a meeting between me and the defendants. Since that time I have been unable to locate the tape. Should the tape be found I will provide it to the defendants' counsel.

Submitted By: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-751

COL 8-3-09

Marie Bianco Lowe
NOTARY PUBLIC
State of Connecticut
My Commission Expires 12/31/06

## CERTIFICATION

This is to certify that a copy of the Plaintiff's Affidavit in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 3rd day May 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

        PRO SE Plaintiff

BY: _____
     Vorcelia Oliphant
     130 Cherry Ann Street, Unit 3
     New Haven, CT 06514
     (203) 237-7515