UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2004 MAY 24  P 9: 55

| VORCELIA OLIPHANT, Plaintiff, vs. STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL. Defendants | CIVIL NO. 3:02CV00700(PCD) NEW HAVEN, CONN. May 24, 2004 |
|---|---|

## PLAINTIFF'S NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON FILINGS

The plaintiff, Vorcelia Oliphant, hereby certify that in accordance with the Court's standing supplemental order, the plaintiff has served a copy of the proposed Motion in Opposition to Defendants' Motion to Dismiss and all moving papers on the Defendants.

PRO SE Plaintiff

BY: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, Unit 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the forgoing Notice of Compliance with the Supplemental Order on Filings in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 24TH day May 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                        PRO SE Plaintiff

                        BY: _/s/ Vorcelia Oliphant_
                            Vorcelia Oliphant
                            130 Cherry Ann Street, Unit 3
                            New Haven, CT 06514
                            (203) 237-7515