UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | Case No. 3:02CV0700(PCD) |
| *Plaintiff* | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | , | |
| DEPARTMENT OF | : | Notice of Manual Filing |
| TRANSPORTATION, ET AL., | : | |
| *Defendants* | : | MAY 27, 2004 |

Please take notice that the State of Connecticut, Department of Motor Vehicles, has manually filed the following document or thing

Exhibits in Support of Defendant's Reply To Plaintiff's Motion To Renew Motion In Opposition To Defendants' Renewed Motion To Dismiss

These exhibits have not been filed electronically because

[ x ]  the document or thing cannot be converted to an electronic format
[  ]  the electronic file size of the document exceeds 1.5 megabytes
[  ]  the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[  ]  Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been mailed to all parties of record on May 27, 2004.

Respectfully submitted,

_____
Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: eleanor.mullen@po.state.ct.us
Federal Bar # ct22430