UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:02CV0700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION, | | |
| ET AL. | : | |
| *Defendants* | : | MAY 27, 2004 |

# DEFENDANTS' MOTION TO RENEW DEFENDANTS MOTIONS SET FORTH IN DOC. # 138 AND #143 AND WITHDRAW MOTION SET FORTH IN DOC. #137

In compliance with the Court's ruling (Doc.#146) denying without prejudice defendants' renewed motion to dismiss (Doc. # 138) and defendant's motion to renew defendants' renewed motion to dismiss (Doc. # 143), defendants hereby renew said motions upon the conclusion of plaintiff's appeal before the Second Circuit Court of Appeals and the issuance of a mandate on May 11, 2004, thereby allowing the District Court to assume jurisdiction in the above-entitled matter. Defendants further withdraw their motion for expedited briefing schedule set forth in Doc. #137 as moot in light of the pleadings filed by both parties relating to the motion set forth in Doc. #143.

WHEREFORE, the defendants respectfully request that the Court renew its renewed motion to dismiss (Doc. # 138) and defendant's motion to renew defendants' renewed motion to dismiss (Doc. # 143).

        DEFENDANTS
        DEPARTMENT OF
        TRANSPORTATION, ET.
        AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY  _____
        Eleanor May Mullen
        Assistant Attorney General
        Federal Bar # ct22430
        55 Elm Street, P.O. Box 120
        Hartford, CT  06141-0120
        Tel:  (860) 808-5340
        Fax: (860) 808-5383
        Email :
        Eleanor.Mullen@po.state.ct.us

**CERTIFICATION**

      I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Motion To Renew Defendants' Motions Set Forth In Doc. #138 and #143 And Withdraw Motion Set Forth in Doc. #137 was mailed, first class postage prepaid, this 27th day of May, 2004 to:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

 

_____
Eleanor May Mullen
Assistant Attorney General