# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL.<br>Defendants | CIVIL NO. 3:02CV00700(PCD)<br><br>JULY 1, 2004 |

### NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON PLEADINGS

In accordance with the Court's Supplemental Order on Filings, the plaintiff, Vorcelia Oliphant, has filed with the defendant the following documents for docketing:

- Plaintiff's Reply to the Defendants' May 27, 2004 Reply to Plaintiff's Motion to Renew Motion in Opposition to Defendants' Renewed Motion to Dismiss Pursuant to Federal Rule 37 and 41(Original document was mailed on June 18, 2004 to Defendants Counsel).

- Plaintiff's Motion to Renew Plaintiff's Motions set forth in Documents Nos. 147,148,149 and 140,141 in Opposition to Defendants' Motions to Renew set forth in Document Nos. 138 and 143 (Original document was mailed on June 18, 2004)

- Plaintiffs Reply to Defendants's Reply (Dated June 1, 2004) to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss (Original document was mailed June 24, 2004)

- Plaintiff's Notice of Compliance with Supplemental Order on Pleadings. Dated June 21, 2004, mistakenly mailed to the Defendants' counsel June 21, 2004.

Submitted by: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

## CERTIFICATION

I hereby certify that a copy of the foregoing **Notice of Compliance with Supplemental Order on Pleadings** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 1st day of July, 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Submitted by: _____
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514