UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Jul 12 12 51 PM '04

U.S. DISTRICT COURT
NEW HAVEN, CONN.

Vorcelia OLIPHANT,
    Plaintiff,

v.

STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION
   et. al,
    Defendants.

: 3:02cv700(PCD)
: 3:04cv274(PCD)

## RULING ON DEFENDANTS' PENDING MOTIONS

In light of the mandate issued by the Second Circuit [Doc. No. 154], Defendants move to renew their motions to dismiss [*see* Doc. Nos. 138 & 143] and to withdraw their motion to expedite. Doc. No. 138, entitled "Defendant's Renewed Motion to Dismiss," incorporates by reference Defendant's Motion to Dismiss [Doc. No. 131] and associated memoranda. Doc. No. 143 is entitled "Defendant's Motion to Renew Defendant's Renewed Motion to Dismiss." Defendant's motion to renew [Doc. No. 153] is **granted**. The docket indicates that Plaintiff has filed an opposition and therefore this motion is ripe.

Defendant's motion to withdraw their motion to expedite [Doc. No. 153] is **denied** as moot in light of the fact that there is no such motion pending.

SO ORDERED.

Dated at New Haven, Connecticut, July 12, 2004.

Peter C. Dorsey
Senior United States District Judge