**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:02CV00700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION, | | |
| ET AL. | : | |
|    *Defendants* | : | July 16, 2004 |

**MOTION FOR PERMISSION TO FILE AN OBJECTION TO PLAINTIFF'S REPLY TO DFEENDANTS' REPLY (MAY 27, 2003) TO PLAINTIFF'S MOTION TO RENEW MOTION IN OPPOSITION TO DEFENDANTS' RENEWED MOTION TO DIMISS PURSUANT TO FEDERAL RULES 37 AND 41.**

    Defendants received the original of plaintiff's reply to defendants' reply as titled above on or about June 22, 2004. Because defendant's counsel did not understand that she was in possession of the original pleading, she did not forward the same to the Court until July 14, 2004. In the event the Court deems the date of filing as of June 22, 2004, defendants' counsel requests permission to file the above-entitled objection. Defendant's counsel was on vacation during the week of July 4th and was not able to meet the deadline for filing the above-entitled objection.

    Accordingly, defendants respectfully request that the Court grant its motion to file an objection to plaintiff's reply to defendants' reply as titled above.

DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF TRANSPORTATION,
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. ct22430
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

3

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion For Permission To File Objection To Plaintiff's Reply was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 16th day of July, 2004, first class postage prepaid to:

 

Eleanor May Mullen
Assistant Attorney General