# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL.<br>Defendants | CIVIL NO. 3:02CV00700(PCD)<br><br>JUNE 18, 2004 |

FILED JUL 19 2 10 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

### PLAINTIFF'S MOTION TO RENEW PLAINTIFF'S MOTIONS SETFORTH IN DOCUMENTS NOS. 147,148,149 AND 140, 141 IN OPPOSITION TO DEFENDANT'S MOTIONS TO RENEW SET FORTH IN DOC. NOS. 138 AND 143

Plaintiff upon defendants motion to renew the above motions hereby renew said opposition to those motions. Plaintiff renews Motion (Docs. 140, 141) in Opposition to Defendants Renewed Motion to Dismiss(Doc. 138), and Plaintiff's Motion to Renew Motion in Opposition(Doc. Nos. 147,148,149) to Defendant's Motion to Renew Renewed Motion to Dismiss Pursuant to Federal Rules 37 and 41(Doc. 143).

Wherefore, the plaintiff in response to the defendants renewing the above motions set forth in documents nos. 138 and 143, respectfully requests that the Court renew her opposition set forth in motions nos. 140,141,147,148 and 149.

Submitted By: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann Street No. 3,
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the **PLAINTIFF'S MOTION TO RENEW PLAINTIFF'S MOTIONS SETFORTH IN DOCUMENTS NOS. 147,148,149 AND 140, 141 IN OPPOSITION TO DEFENDANT'S MOTIONS TO RENEW SET FORTH IN DOC. NOS. 138 AND 143**
in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 18TH day May 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                      PRO SE Plaintiff

                      BY: _/s/ Vorcelia Oliphant_
                      Vorcelia Oliphant
                      130 Cherry Ann Street, Unit 3
                      New Haven, CT 06514
                      (203) 237-7515