# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL.<br>Defendants | CIVIL NO. 3:02CV00700(PCD)<br><br>August 11, 2004 |

FILED AUG 12 12 52 PM '04 DISTRICT COURT NEW HAVEN, CONN

## PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' REPLY (MAY 27, 2004)

Pursuant to Paragraph 6 of the Court's Supplemental Order plaintiff requests leave of the Court to file the above titled motion. On June 18, 2004 Plaintiff responded to the Defendant's May 27th reply wherein the defendants were originally seeking summary judgement. Since then the defendants filed a July 16, 2004 Motion for Objection to plaintiff's reply. The Defendants' appeared to have raised new claims or material after the plaintiff had responded and for this reason, the pro se plaintiff believed the reply required a response to avoid having her case dismissed for default or a lack of response to the pleading. The plaintiff would have been severely prejudiced if she had not responded but she did not recognize that such a response was a surreply that required leave of the court to file.

This may be seen as an inadvertent error pursuant Federal Rule of the Civil Procedure No. 61, on part of the plaintiff and she not being trained in the procedures of the pleadings. The court by granting this motion will not prejudice the defendants because the reply was filed timely giving the defendants' ample time to respond.

Wherefore, the plaintiff respectfully requests that the court grant her leave to file the surreply that was filed on June 18, 2004.

Submitted by: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

## CERTIFICATION

I hereby certify that a copy of the foregoing PLAINTIFF'S MOTION FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' REPLY (MAY 27, 2004) was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of August, 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Submitted BY: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann St, No. 3
New Haven, CT 06514