# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
AUG 12 2004

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL.<br>Defendants | CIVIL NO. 3:02CV00700(PCD)<br><br>August 11, 2004 |

## PLAINTIFF'S MEMORANDUM OF LAW FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' REPLY (MAY 27, 2004)

Pro Se plaintiff pursuant to Paragraph 6 of the Court's Supplemental Order and Federal Rules of the Civil Procedure No. 15 moves for permission to file the reply (surreply) that she previously submitted. The Court permitting the plaintiff's leave to file the reply (surreply) will not prejudice the defendants. The reply (surreply) was mailed timely on June 18 to the defendants' counsel permitting her ample time to reply.

The plaintiff understood the defendants' response as making new claims that plaintiff believed warranted a new reply without which she believed would mean default for failing to plead. Denying plaintiff leave to submit the reply (surreply) will be unfairly prejudice the plaintiff and would be a harsh penalty should this be a harmless error.

The defendant's in their reply made certain assertions that for summary judgement or to dismiss the plaintiff would have not been heard on Celotex Corp. v. Catrett, 477 U.S. at 326 (1986).

Submitted by: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

## CERTIFICATION

I hereby certify that a copy of the foregoing PLAINTIFF'S MEMORANDUM OF LAW FOR LEAVE TO FILE A SURREPLY TO DEFENDANTS' REPLY (MAY 27, 2004) was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 12th day of August, 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Submitted by: *(signature)*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514