UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
AUG 12   12 52 PM '04
NEW HAVEN DISTRICT COURT
CONN.

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL.<br>Defendants | CIVIL NO. 3:02CV00700(PCD)<br><br>AUGUST 11, 2004 |

**MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR PERMISSION TO FILE AN OBJECTION TO PLAINTIFF'S REPLY TO DEFENDANT'S REPLY (MAY 27, 2003) TO PLAINTIFF'S MOTION TO RENEW MOTION IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS PURSUANT TO FEDERAL RULE 37 AND**

Plaintiff upon defendant's motion for permission to file an objection to plaintiff's reply hereby Objects. The proceedings had become stringent for the pro se plaintiff mainly due to her pro se status. She has been diligently held to the standards of these proceedings though she is not a trained attorney. Thus far in this case, she has been sanctioned, denied a stay and not permitted leave to file a memorandum of law with a significant motion when the same was inadvertently omitted. Troni v. DiMilano 89 CIV. 3299, 1992 U.S Dist. LEXIS 249, at 5(S.D.N.Y. 1976). The Defendants' counsel should be held to the same stringent standards as has been demanded of the pro se plaintiff in these proceedings.

Wherefore, the plaintiff in response to the defendants motion for permission to file an objection to plaintiff's reply respectfully request that the Court deny defendants' motion.

Submitted By: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann Street No. 3,
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS' MOTION FOR PERMISSION TO FILE AN OBJECTION TO PLAINTIFF'S REPLY TO DEFENDANT'S REPLY(MAY 27, 2003) TO PLAINTIFF'S MOTION TO RENEW MOTION IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS PURSUANT TO FEDERAL RULE 37 AND 41 in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 12TH day August 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                      PRO SE Plaintiff

                                      BY: _/s/ Vorcelia Oliphant_
                                          Vorcelia Oliphant
                                          130 Cherry Ann Street, Unit 3
                                          New Haven, CT 06514
                                          (203) 237-7515