# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
AUG 12 12:52 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

| | |
|---|---|
| VORCELIA OLIPHANT, <br> Plaintiff, <br> vs. <br> STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL. <br> Defendants | CIVIL NO. 3:02Cv00700(PCD) <br><br> August 11, 2004 |

## PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PERMISSION TO FILE AN OBJECTION TO PLAINTIFF'S REPLY TO DEFENDANT'S REPLY(MAY 27, 2003) TO PLAINTIFF'S MOTION TO RENEW MOTION IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS PURSUANT TO FEDERAL RULE 37 AND 41

Plaintiff request that the defendants' motion for permission to file an objection be denied because doing so will override the plaintiff's rights. Plaintiff has been held to the stringent standards of these proceedings though she is not a trained attorney, and likewise has been penalized for harmless errors in spite of her pro se status. Some of the penalties includes being sanctioned and having a significant motion denied for her inadvertently omitting to file a memorandum with a motion when one did not appear to be required. Defendants in numerous briefs have quoted the Court's ruling (Doc. 98) out of context that states that "there are limits to the deference given pro se plaintiff..." "Liberal construction of pleadings should not be construed to completely override the rights of defendants'. Plaintiff mailed with certification the original reply on June 18, 2004. Defendants' counsel states that she was in possession of the Plaintiff's brief on June 22, 2004 however this was thirteen (13) days prior to the date when the defendants' counsel went on vacation on July 4, 2004.

Likewise, plaintiff would be willing to overlook the defendants mishap however doing so would mean that plaintiff's response in opposition would be denied and therefore plaintiff is left with no choice but to strongly oppose any deference the defendant would be shown by the court granting their request.

Accordingly, plaintiff respectfully request that the Court deny defendants' motion to file an objection to plaintiff's reply to defendants' reply as titled above.

Submitted By: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street No. 3,
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR PERMISSION TO FILE AN OBJECTION TO PLAINTIFF'S REPLY TO DEFENDANT'S REPLY (MAY 27, 2003) TO PLAINTIFF'S MOTION TO RENEW MOTION IN OPPOSITION TO DEFENDANT'S RENEWED MOTION TO DISMISS PURSUANT TO FEDERAL RULE 37 AND 41** in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 12TH day August 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

PRO SE Plaintiff

BY: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, Unit 3
New Haven, CT 06514
(203) 237-7515