
UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:04CV274 (PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION | | |
| ET AL. | : | |
| *Defendants* | : | April 29, 2004 |

**DEFENDANTS' MOTION TO DISMISS**

Defendants, State of Connecticut, Department of Transportation and Michael Lonergan, James Connery, Frank Kaminski, Cordula, Ines Feleciano, and Wanda Seldon hereby move for dismissal of the above-captioned action pursuant to Rule 12(b)(1) and (6) respectively of the Federal Rules of Civil procedure. In support of this motion, defendants submit:

    1. The Eleventh Amendment bars several claims of the second amended complaint.

    2. The second amended complaint fails to state a claim as to several claims.

WHEREFORE, the defendants move for entry of judgment dismissing this action pursuant to Rule 12(b).

DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF
TRANSPORTATION
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. 22430
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Defendants' Motion To Dismiss was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29th day of April 2004, first class postage prepaid to:

**Vorcelia Oliphant, pro se**
**130 Cherry Ann St., Unit #3**
**New Haven, CT 06514**

_____
Eleanor May Mullen
Assistant Attorney General