# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>    Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL.<br>    Defendants | CIVIL NO. 3:02CV00700(PCD)<br><br>May 22, 2004 |

**FILED**
JUN 2  1 17 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff Pursuant to Federal Rules of Civil Procedure 12(c), the plaintiff hereby request that the defendants' motion to dismiss be denied. There are genuine issues of material fact which is contrary to the defendants' claims.

1. Plaintiffs' claims are not barred by the Eleventh Amendment and

2. plaintiff complaint is in compliance with the Rule 8(a) Plaintiff sets forth the grounds in the attached memorandum of law.

Wherefore, plaintiff requests that the defendant's claims set forth in their motion and memorandum of law to be dismissed be denied.

Submitted By: *(signature)*
Vorcelia Oliphant
130 Cherry Ann Street No. 3,
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 24TH day May 2004 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

                              PRO SE Plaintiff

                              BY: _/s/ Vorcelia Oliphant_
                                 Vorcelia Oliphant
                                 130 Cherry Ann Street, Unit 3
                                 New Haven, CT 06514
                                 (203) 237-7515