# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>    Plaintiff,<br>vs.<br><u>James F. Byrnes, Commissioner, ET. AL.</u><br>    Defendant | CIVIL NO. 3:02cv00274(PCD)<br><br>JULY 1, 2004 |

*FILED* *2 31 PM '04* *U.S. DISTRICT COURT NEW HAVEN, CONN.*

## NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON PLEADINGS

In accordance with the Court's Supplemental Order on Filings, the plaintiff, Vorcelia Oliphant, has filed with the defendant the following for docketing:

- Plaintiff's Reply to Defendants' Reply Dated June 1, 2004 to Plaintiff's Memorandum in Opposition to Defendant's Motion to Dismiss( Original Document mailed to defendants'counsel on June 24, 2004).

- Plaintiff's Notice of Compliance with Supplemental Order on Filings (Original Document mailed to defendants' counsel June 24, 2004).

Submitted by: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Compliance With Supplemental Order on Pleadings was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 1st day of July 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

PRO SE PLAINTIFF

Submitted by: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514