UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vorcelia OLIPHANT,<br>    Plaintiff, | :<br>:<br>: |
| v. | : Civil No. 3:04cv274 (PCD) |
| STATE OF CONNECTICUT<br>DEPARTMENT OF TRANSPORTATION,<br>et. al,<br>    Defendants. | :<br>:<br>:<br>:<br>: |

### RULING ON DEFENDANTS' MOTION TO CONSOLIDATE

Defendants move to consolidate this case with another case pending before this Court, *Vorcelia Oliphant v. State of Connecticut, Dept. of Transportation et. al.*, Civ. No. 3:02cv700(PCD), on the basis that the cases involve common questions of fact and law, and that the witnesses in both cases "will be nearly identical." Def. Mot. at 3. Defendants' motion [Doc. No. 6] is **granted** absent opposition.

SO ORDERED.

Dated at New Haven, Connecticut, April 27, 2004.

_____
Peter C. Dorsey
United States District Judge