# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

FILED
SEP 21  1 41 PM '04

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>September 20, 2004 |

## NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON FILINGS

Plaintiff pursuant to the supplemental order on filings have filed the following with the clerk of the court:

AFFIDAVIT

MOTION TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF

Submitted by: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing NOTICE OF COMPLIANCE WITH SUPPLEMENAT ORDER ON PLEADINGS was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of September ,2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O.Box 120
Hartford, CT 06141-0120

Submitted by: _____
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515