# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>September 15, 2004 |

## Notice of Compliance

Pro se plaintiff gives notice that she has filed with the court, under seal the followiing:

**MOTION TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF**

MEMORANDUM OF LAW TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF

AFFIDAVIT

NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER

Submitted by: _____
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

21

## CERTIFICATION

This is to certify that a copy of the forgoing Notice of Compliance has been mailed, U. S. Postage prepaid, this 15, 2004 day of September 2004, in accordance with Federal Rules of Civil Procedure 5(b) to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

BY: _____
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

20