# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>September 20, 2004 |

FILED
Sep 21  1 02 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN.

## MOTION TO SUPPLEMENT PLEADING

Plaintiff pursuant to Federal Rules of Civil Procedure 15(d) request to provide a statement from her Care Provider to supplement her MOTION TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF. The statement from her care provider was for the purpose of another matter but plaintiff request to supplement her pleading with the statement for her present health condition.

Respectfully submitted by: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion to Supplement pleading was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of September ,2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O.Box 120
Hartford, CT 06141-0120

Submitted by: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515