## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>   Plaintiff,<br>vs.<br><u>James F. Byrnes, Commissioner, ET. AL.</u><br>   Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>September 20, 2004 |

FILED

### AFFIDAVIT

I, Vorcelia Oliphant, am over the age of 18 and understand the significance of an oath.

Pursuant to 28 U.S.C 1746 state that the facts of the attached motion is true to the best of my knowledge.

Submitted by: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing AFFIDAVIT was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of September ,2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O.Box 120
Hartford, CT 06141-0120

Submitted by: _____
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515