# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>    Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>    Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>September 15, 2004 |

FILED SEP 28 ... U.S. ... NEW HAVEN ...

## AFFIDAVIT

Pro se plaintiff, being over the age of 18 in understanding an oath declares in accordance with U.S. C. 1726 that the attached facts set forth in the attached Memorandum of Law are true to the best of my knowledge. Plaintiff condition is such that she is at most times incapacitated. My Psychiatrist has prescribed additional medications and recently increased dosages to counter these symptoms.

Submitted by: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

19