# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br><u>James F. Byrnes, Commissioner, ET. AL.</u><br>Defendant | CIVIL NO. 3:02CV0700(PCD)<br><br>September 29, 2004 |

## NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON
## PLEADINGS

In accordance with the Court's Supplemental Order on Filings, the plaintiff, Vorcelia Oliphant, has filed with the Court the following for docketing:

- Plaintiff's Motion for Articulation and Recitification. .

Submitted by: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Compliance with Supplemental Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29 day of September 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O.Box 120
Hartford, CT 06141-0120

                                        Submitted by: _/s/ Vorcelia Oliphant_
                                                      Vorcelia Oliphant
                                                      130 Cherry Ann Street, No. 3
                                                      New Haven, CT 06514
                                                      (203) 237- 7515

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Compliance with Supplemental Order was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 29 day of September 2004, first class postage prepaid to: