UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vorcelia OLIPHANT,               : <br>       Plaintiff,               : <br>                      : <br>      -vs-                     : <br>                      : <br> STATE OF CONNECTICUT    : <br> DEPARTMENT OF TRANSPORTATION : <br>      et al.                 : <br>       Defendants.           : | Civil No. 3:02cv700 (PCD) |

**RULING ON PLAINTIFF'S MOTION FOR ARTICULATION OR RECTIFICATION**

Plaintiff moves [Doc. No. 187] for articulation of this Court's resolution of an Order to Show Cause hearing held on September 22, 2004. The Plaintiff's motion is **denied**. As explained at the hearing, Defendants shall define with particularity any purportedly outstanding discovery. Plaintiff will thereafter be afforded an opportunity to satisfy, or sufficiently explain her failure to satisfy, Defendants' outstanding discovery requests. Plaintiff will also be afforded an opportunity to reply to Defendants' Opposition to Plaintiff's Motion to Alter and Amend Judgment and Reconsideration from Judgment and Relief.

SO ORDERED.

Dated at New Haven, Connecticut, October 4, 2004.

/s/

Peter C. Dorsey

Senior United States District Judge