UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV00700(PCD) |
| | : | |
| V. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
| *DEFENDANT* | : | OCTOBER 20, 2004 |

## MOTION TO SET DEADLINE FOR DISCOVERY

## AND FILING DISPOSITIVE MOTIONS

Defendants request the Court to set deadlines for filing dispositive motions in the above-entitled matter. In support of this motion, the undersigned represents as follows:

1. On September 24, 2002, the Court approved the Form 26(f) Report of Parties Planning Meeting in Civil Action No. 02CV00700 (PCD) setting the deadline for discovery to January 31, 2003, and the deadline for filing dispositive motions to February 14, 2003. (Doc. #10). By several endorsements (Doc. # 36  99, 42, 61, 71) the deadline for discovery has been reset as well as the filing for dispositive motions. In addition the Court has issued several discovery orders; the last one of which set the deadline for discovery to March 24, 2004. (Doc. #94, #99, #111, #115, #119, #139).

2. None of the above-described discovery orders included a deadline for the filing of dispositive motions.

3. Because of plaintiff's failure to comply with discovery, defendants have been unable to take the deposition of plaintiff.

  4.  On February 23, 2004, plaintiff filed a second lawsuit, Civil Action No. 04CV274 (PCD) (designated as "Oliphant II") which was consolidated with plaintiff's previous action by the Court's ruling (Doc. # 174) (designated as ("Oliphant 1")).

  5.  On August 21, 2004, the Court issued an order to show cause in regard to Oliphant I. (Doc. #176). Plaintiff filed a motion to alter and amend judgment and reconsideration from judgment and relief related to the Court's order to show cause. (Doc. #181). The hearing on the order to show cause took place on September 20, 2004, at which the Court directed defendants' counsel to set forth the outstanding discovery responses in defendants' objection to plaintiff's motion to alter and amend judgment and reconsideration from judgment and relief. (Doc. # 189).

  6.  Defendants filed a motion to dismiss in Oliphant II which the court ruled upon dismissing all of plaintiff's claims except for a Title VII claim for retaliation for filing an appeal to the Second Circuit. (Doc. #176).

  WHEREFORE, the defendants respectfully request the Court to set deadlines for the following:

    a.  a deadline for plaintiff's compliance with the outstanding discovery which is the subject of the court's order to show cause and set forth in defendants' pleading (Doc. #189) and, in addition, a deadline for the taking of plaintiff's deposition as it relates to said discovery responses up to and including thirty days from said compliance deadline.

    b.  a deadline for discovery, including the taking of depositions, as it relates to the second action, Oliphant II, limited to the surviving claim of

retaliation for filing an appeal to the Second Circuit up to and including January 1, 2005;

  c. a deadline for the filing of dispositive motions in the consolidated action up to and including forty-five days from the above-described deadline set for discovery relating to Oliphant II to February 15, 2005.

Pursuant to Local Rule 7(b), the undersigned counsel contacted the pro se plaintiff who indicated her opposition to this motion.

          DEFENDANTS
          STATE OF CONNECTICUT,
          DEPARTMENT OF
          TRANSPORTATION, ET AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____

          Eleanor May Mullen
          Assistant Attorney General
          Federal Bar No. ct22430
          55 Elm Street
          P.O. Box 120
          Hartford, CT  06141-0120
          Tel: (860) 808-5340
          Fax: (860) 808-5383
          E-Mail Address:
          eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing Motion To Set Deadline For Discovery and Filing Dispositive Motions was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 20th day of October, 2004, first class postage prepaid to:

    Vorcelia Oliphant
    130 Cherry Ann St., No.3
    New Haven, CT 06514

 

_____
Eleanor May Mullen
Assistant Attorney General