UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Vorcelia OLIPHANT,
      Plaintiff,

-vs-

STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION,
et al.
      Defendants.

Civil No. 3:02cv700 (PCD)

### RULING ON DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF

On September 22, 2004, this Court held an Order to Show Cause hearing during which, among other things, Defendants were ordered to provide Plaintiff with a list of all information that Plaintiff needed to provide to Defendants in order to comply with discovery. On October 4, 2004, Defendants set forth in their Objection to Plaintiff's Motion to Alter and Amend Judgment and Reconsideration from Judgment and Relief [Doc. No. 189] the outstanding interrogatories for which Plaintiff has allegedly provided incomplete, unresponsive, and evasive responses. For the reasons stated in the following paragraph, Defendants' request that Plaintiff's motion for reconsideration be denied and that the sanction of dismissal be imposed for failure to show cause is **denied**.

As this Court stated at the Order to Show Cause hearing, Plaintiff shall satisfy, or sufficiently explain her failure to satisfy, Defendants' outstanding discovery requests on or before November 12, 2004. In addition, if Plaintiff desires to reply to Defendants' Objection to

Plaintiff's Motion to Alter and Amend Judgement and Reconsideration from Judgment and Relief, Plaintiff shall file her reply with this Court on or before November 12, 2004. If Plaintiff fails to comply with this Order, a dismissal may enter on motion of the Defendants.

SO ORDERED.

Dated at New Haven, Connecticut, October 27, 2004.

------------------------

Peter C. Dorsey
United States District Judge