UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:02CV00700 (PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION, | | |
| Michael Lonergan | | |
| James Connery | | |
| Frank Kaminski | | |
| Cordula | | |
| Ines Feleciano | | |
| Wanda Seldon | : | |
| *Defendants* | : | October 26, 2004 |

**AMENDED ANSWER AND AFFIRMATIVE DEFENSES**

COMES NOW the defendants and pursuant to Federal R. Civ. P. 15(a) files this amended answer and affirmative defenses to plaintiff's Amended Complaint dated February 23, 2004, 2004, filed on behalf of all the above-captioned defendants.

**EIGHTH AFFIRMATIVE DEFENSE**

**THE COURT LACKS PERSONAL JURISDICTION OVER THE**

**INDIVIDUAL DEFENDANTS**

The Court lacks personal jurisdiction over defendants Michael Lonergan, James Connery, Frank Kaminski, Cordula, Ines Feleciano, and Wanda Seldon in their individual capacities in that they were not properly served with process.

DEFENDANTS
STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. ct22430
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
email: eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Amended Answer and Affirmative Defenses to Plaintiff's Second Amended Complaint was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 26th day of October, 2004,  first class postage prepaid to:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

_____
Eleanor May Mullen
Assistant Attorney General

2