UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Vorcelia OLIPHANT,
   Plaintiff,

-vs-          Civil No. 3:02cv700 (PCD)

STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION,
et al.
   Defendants.

FILED
2004 OCT 28 P 2: 02
U.S. DISTRICT COURT
NEW HAVEN, CT

## RULING ON DEFENDANTS' MOTION TO SET DEADLINE FOR DISCOVERY AND FILING DISPOSITIVE MOTIONS

Defendants move [Doc. No. 191] for this Court to set deadlines for discovery and for the filing of dispositive motions. Defendants request that the court set "a deadline for discovery, including the taking of depositions, as it relates to the second action, Oliphant II,[1] limited to the surviving claim of retaliation for filing an appeal to the Second Circuit up to and including January 1, 2005." Defendants also request that this Court set "a deadline for the filing of dispositive motions in the consolidated action up to and including forty-five days from the above-described deadline set for discovery relating to Oliphant II to February 15, 2005." Defendants' motion is **granted in part**.

It is hereby ordered that the parties shall complete discovery in the consolidated action, including the taking of a deposition relating to Oliphant II, on or before December 22, 2004. The parties shall file all dispositive motions in the consolidated action on or before January 7, 2004.

---

[1] On February 17, 2004, Plaintiff filed a second action, No. 04cv274 (PCD) (referred to as "Oliphant II"), which this Court consolidated with Plaintiff's original action [Doc. No. 174].

SO ORDERED.

Dated at New Haven, Connecticut, October 27, 2004.

_____
Peter C. Dorsey
United States District Judge