## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*FILED*

| | |
|---|---|
| VORCELIA OLIPHANT,<br>    Plaintiff, | CIVIL NO. 3:02CV00700(PCD) |
|     vs.<br>STATE OF CONNECTICUT DEPARTMENT OF<br>TRANSPORTATION, ET Al<br>    Defendant | October 28, 2004 |

2004 OCT 29  A 11: 16

U.S. DISTRICT COURT
NEW HAVEN, CT

## MOTION FOR ENLARGEMENT

Pursuant to Rule 9(b), of the Conn. L. Civ.R. Plaintiff requests an enlargement of time of 5 days or until November 2, 2004 to file responsive pleading to defendants objection to plaintiff's motion to alter and amend judgment and reconsideration from judgment and relief.

Plaintiff intends to also provide the production request that the defendant included in the motion.  After gathering materials plaintiff realized that the amount of copies to be made are burdensome and will create a tremendous expense for the plaintiff who is unemployed and does not receive worker compensation or unemployment.

Plaintiff was not able to ascertain defendant's agreement or objection to this motion.  It is after working hours when plaintiff decided that because of the burden of copying discovery materials that an enlargement is necessary.

WHEREFORE, the plaintiff requests 5 days until November 2, 2004 to have completed the filings of these materials.

Submitted by: _Vorcelia Oliphant_
130 Cherry Ann Street
New Haven, CT 06514
(203)237-7515

1

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed,

US Postage prepaid, this 28th day of October 2004, to:


Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120



Vorcelia Oliphant,
130 Cherry Ann, 3
New Haven, CT 06514
(203) 237-7515

2