UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED Nov 2  7:49 AM '04

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.,<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>November 1, 2004 |

## NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON FILINGS

The Plaintiff, Vorcelia Oliphant, Pro Se, hereby certify that in accordandance with the Court's standing supplemental order, she has served a copy of the following on the Defendants:

1. Plaintiff's Reply to Defendants' Objection to Plaintiff's Motion to alter and Amend Judgment and Reconsideration from Judgment and Relief from Judgment

2. Notice of Compliance with the Supplemental order on Filing

3. Exhibits 1-12C which are as follows:

   1. US Postal Form 3817 Certificate of Mailing to Eleanor mailing dated 9/15/04
   2. US Postal Track and Confirm Delivery to the US District Court dated Example of Postal Form 3817- Certificate of Mailing dated 9/15/04
   3-4A US Postal forms examples and explanations
   5-5D emails Numbered 1-7 regarding Motion for Discovery Deadlines.
   6 Email 1-2 from E. Mullen regarding address
   7 Plaintiff Rule 5 certification of mailing for Notice of Compliance dated July 1, 2004
   8 US Postal form Certificate of Mailing for Notice date July 1, 2004
   9 US Postal receipt for for Certificate of Mailing with date and time
   10 Court filed and court stamped Notice of Compliance
   11 11A Letter from E. Mullen to the Court regarding alledged notice not received
   12 -12B Emails 1-6 regarding outstanding interrogatories
   13 Letter from Mike Lonergan regarding retrieving work things

Submitted by: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Compliance with Supplemental Order for Filings was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this **1** day of November , 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515