EXHIBIT

1 - 13



Exhibit 1

Exhibit 1



**UNITED STATES POSTAL SERVICE** ®

## Track & Confirm

#### Current Status

You entered 0304 1070 0000 2398 0968

Your item was delivered at 9:07 am on September 21, 2004 in NEW HAVEN, CT 06510.

( Shipment Details > )

#### Notification Options

▸ **Track & Confirm by email**    What is this?    ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs** (



**U.S. Postal Service Delivery Confirmation Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

ELENOR M. MULLEN
P.O. BOX 120
55 ELM STREET
HARTFORD, CT 06141-0120

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access Internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY):
[X] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel
(See Reverse)

DELIVERY CONFIRMATION NUMBER:
0304 1070 0000 2398 0951

PS Form 152, May 2002

Postmark Here

http://trkcnfrm1.smi.usps.com/netdata-cgi/db2www/cbd_243.d2w/output

10/8/2004

EXHIBIT / A


**UNITED STATES**
**POSTAL SERVICE®**

## Track & Confirm

### Current Status

You entered 0303 3430 0002 1970 1363

Your item was delivered at 9:18 am on September 16, 2004 in NEW HAVEN, CT 06519.

( Shipment Details > )

### Notification Options

▶ Track & Confirm by email    What is this?    ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map  contact us  government services
Copyright © 1999-2002 USPS. All Rights Reserved. Terms of Use  Privacy Policy

**Track & Confirm**
Enter label number:

**Track & Confirm FAQs** (



U.S. Postal Service™ Delivery Confirmation™ Receipt

Postage and Delivery Confirmation fees must be paid before mailing.

Article Sent To: (to be completed by mailer)

(Please Print Clearly)
Conn US District Court
141 Church St
New Haven, CT 06519

HARTFORD CT AMF-BDL
Postmark
Here
SEP 15 2004
USPS 06199-000

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com ®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
☐ Priority Mail™ Service
☐ First-Class Mail® parcel
☐ Package Services parcel
(See Reverse)

PS Form 152, May 2002

9/16/2004 @
9:18 am

| U.S. POSTAL SERVICE | CERTIFICATE OF MAILING | Affix fee here in stamps or meter postage and post mark. Inquire of Postmaster for current fee. |

**MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT PROVIDE FOR INSURANCE–POSTMASTER**

Received From:

_____

_____

_____

One piece of ordinary mail addressed to:

_____

_____

_____

PS Form **3817**, January 2001

ExhiBit 3



**UNITED STATES POSTAL SERVICE®**

Home | Help

Find a ZIP Code / Locate a Post Office / Track & Confirm / Calculate Postage / Change Address / Find a Form

| Buy Stamps & Shop | Grow Your Business | Send Mail & Packages | Receive Mail & Packages | Send Money & Payments | All Products & Services | About U & News |

Search [        ] [ Search > ]

Home > Send Mail & Packages > Ways to Send Mail & Packages > Extra Services > Domestic Extra Services > Certificate of Mailing

**Ways to Send Mail & Packages**

Extra Services

Domestic Extra Services

▸ Certificate of Mailing

Prepare Mail & Packages

Business Tips & Tools

Postage Rates

# Certificate of Mailing

## You can prove you sent it with Certificate of Mailing.

When you need to verify that you've sent a letter or package - purchase a Certificate of Mailing.

A Certificate of Mailing is a receipt that provides evidence of the date that your mail was presented to the Postal Service™ for mailing. It can only be purchased at the time of mailing. And don't lose it! It's the only official record available.

Learn about detailed Features and Fees for Certificate of Mailing.

**Locate a Post Office**

Find a nearby Post Office right from your computer.

### You use Certificate of Mailing with:

- First-Class Mail® – Letters, envelopes, and small packages weighing 13 ounces or less.
- Standard Mail - Items weighing less than 16 ounces can be sent at discounted presorted automation rates.
- Package Services - Send small and large packages, envelopes, and tubes. Includes Parc Post®, Media Mail, Bound Printed Matter, and Library Mail.

### You can combine Certificate of Mailing with the following Extra Services:

- Special Handling - Provides preferential handling for fragile or perishable items.
- Parcel Airlift Service (PAL) – You can have your package sent by air to or from a military outside the 48 contiguous states.

### Related Publications

- Domestic Mail Manual – Read our Quick Guide to Mailing within the U.S.
- Certificate of Mailing, Domestic Mail Manual

POSTAL INSPECTORS
Preserving the Trust

INSPECTOR GENERAL
Promoting Integrity

site map   contact us   government services   jobs
**National & Premier Accounts   No FEAR Act EEO Da**

Copyright © 1999-2004 USPS. All Rights Reserved.   Terms of Use   Privacy Policy

*Exhibit 4*

S900    Special Postal Services
S910    Security and Accountability

# S914    Certificate of Mailing

**Summary**    S914 describes basic information and standard procedures for the certificate of mailing service.

## 1.0    BASIC INFORMATION

**Description**
**1.1**    Certificate of mailing service provides evidence that mail has been presented to the Postal Service for mailing. Certificate of mailing service does not provide a record of delivery.

**Eligible Matter—Bulk Quantities**
**1.2**    Form 3606 is used for a bulk mailing as a certificate to specify the number of pieces mailed. This certificate is provided only for a mailing of identical pieces of First-Class Mail, Standard Mail, and Package Services. This certificate states only the total number of articles mailed and must not be used as an itemized list. A certificate of mailing cannot be issued for a bulk mailing paid with a permit imprint.

**Eligible Matter— Single Pieces**
**1.3**    Form 3817 is used for a certificate for a single piece of First-Class Mail (including Priority Mail) or Package Services. Facsimile forms also may be used.

**Eligible Matter—Three or More Single Pieces**
**1.4**    When requesting a certificate of mailing for three or more pieces presented at one time, a mailer may use Form 3877 (firm sheet) or a facsimile, subject to payment of the applicable fee for each item listed. Facsimile Forms 3877 must contain the same information as the postal-provided form. The sheets of the books become the sender's receipts. All entries made in firm sheets must be made by typewriter, ink, or ballpoint pen. Alterations must be initialed by the mailer and accepting employee. All unused portions of the addressee column must be obliterated by drawing a diagonal line through them.

**Mailer Preparation**
**1.5**    A certificate of mailing must be completed by the mailer, using a typewriter, ink, or ballpoint pen. Individual and firm sheet certificates must show the names and addresses of the sender and addressee and may show the amount of postage paid. The mailer may also place identifying invoice or order numbers on the certificate.

**Fee and Postage**
**1.6**    In addition to the correct postage, the applicable certificate of mailing fee must be paid for each article on Form 3817 or for additional copies of either Form 3817 or Form 3877. The correct fee, based on the quantity mailed, must be paid in addition to postage for mailings of identical pieces of First-Class Mail and Package Services. Mailers paying with ordinary stamps, precanceled stamps, or meter stamps reported on Form 3606 must affix stamps or meter stamps to pay the bulk certificate of mailing fees. Mailers using Form 3877 with a permit imprint mailing can pay certificate of mailing fees with permit imprint.

**Additional Services**
**1.7**    The following services may be combined with certificate of mailing on single pieces if the applicable standards for the services are met and the additional service fees are paid:

    a. Parcel airlift service (PAL).

    b. Special handling.

S914

EXHIBIT 4A

**Subj:**    **Motion To Set Deadlines For Discovery and Filing of Dispositive Motions**
**Date:**    10/20/2004 11:16:13 AM Eastern Daylight Time
**From:**    Eleanor.Mullen@po.state.ct.us
**To:**      VTO1@aol.com

Dear Ms. Oliphant:

    Please review the attached and contact me as soon as possible as to your approval or objection for purposes of indicating the same to the Court.


Eleanor Mullen


Eleanor May Mullen
Assistant Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone:  (860) 808-5340
Fax:    (860) 808-5383
URL:    http://www.cslib.org/attygenl

Exhibit 5

②

**Subj:**  **RE: Motion To Set Deadlines For Discovery and Filing of Dispositive Motions**
**Date:**  10/20/2004 12:51:07 PM Eastern Daylight Time
**From:**  Eleanor.Mullen@po.state.ct.us
**To:**  VTO1@aol.com

Ms. Oliphant:

   This email is to address any confusion you may have regarding your opportunity to state your position on the motion to set deadlines for discovery and filing of dispositive motions.

   I called you this morning to inform you of my intent to file such a motion and to request your approval or objection to the same. You requested that I send the pleading via email because you were on another phone call from out of the country. In an effort to cooperate, I sent an email but forgot to attach the pleading. When I attempted to send another email with the attachement of the pleading, my computer would not allow me to do so. I then immediately left you a voice mail at 203-237-7515 to indicate the problem with the attachment. I further indicated that you should call me to discuss the deadlines set forth in the motion to allow you to indicate your position regarding the same.

   As you know, Local Rule 7(b) requires only that the party filing the motion "inquire" of the opposing party as to his/ her postion. This contact is customarily done through a phone call. I attempted to send you an email with the attachment of the pleading solely in an attempt to cooperate with your request for the same. As I stated above, my computer did allow me to attach the pleading.

   Accordingly, in no way are you being denied the opportunity to state your position unless you fail to contact me in a timely fashion nor was my email an attempt to deprive you of the same. To characterize it otherwise is a distortion of the facts.

   Once again, I am requesting that you contact me at 860-808-5340 in a timely fashion and I will discuss the pleading and the deadlines set forth in the same and allow you to state your position to be referenced in the motion.

   Thank you for your cooperation in this matter.
Eleanor Mullen



**From:** VTO1@aol.com [mailto:VTO1@aol.com]
**Sent:** Wednesday, October 20, 2004 12:11 PM
**To:** Mullen, Eleanor M.
**Cc:** VTO1@aol.com
**Subject:** Fwd: Motion To Set Deadlines For Discovery and Filing of Dispositive Motions

I am forwarding to you your above email that was to have attached the above motion for setting deadlines for discovery.

As you can see for yourself, the motion was not attached. And for the sake of clearing any doubts,  the website address did not have anything to show the motion would be found there either.

Please know that I would have preferred to have given my input on the motion as to whether or not I opposed it prior to it being filed.

As it stands I have not been given this opportunity.

Thursday, October 28, 2004 America Online: VTO1    EXHIBIT 5A



**Subj:** **RE: Motion To Set Deadlines For Discovery and Filing of Dispositive Motions**
**Date:** 10/20/2004 2:13:17 PM Eastern Daylight Time
**From:** Eleanor.Mullen@po.state.ct.us
**To:** VTO1@aol.com

Ms. Olipahnt:

I disagree with your recall of our conversation reagrding the motion. It was your suggestion that I email you the motion. After stating that you were on a call from out of the country, you offered to contact me this afternoon. Because I stated that I would be "in and out," you suggested sending the document via email and gave me your email address. Again, while I am not required to send you the motion in advance pursuant to Local Rule 7(b), I attempted to cooperate with your request.

As I stated before, my email would not accept the attachment. I made a phone call to you and left you a voice mail at 203-237-7515 requesting that you call me at 660-808-5340.

We have now spoken by phone. I discussed the deadlines set forth in the motion for discovery and the filing of dispositive motions and you have stated your objection to the same which I will indicate in my motion to the Court. You also stated that you disagree with several facts set forth in the motion. Again as I stated, you are free to file an objection to my motion.

Thank you for your cooperation in this matter.
Eleanor Mullen



**From:** VTO1@aol.com [mailto:VTO1@aol.com]
**Sent:** Wednesday, October 20, 2004 1:47 PM
**To:** Mullen, Eleanor M.
**Subject:** Re: Motion To Set Deadlines For Discovery and Filing of Dispositive Motions

Ms. Mullen,

I did not request that you send the motion by email. At the time you called I had placed the party on hold who was calling out of the country. I could not continue to keep the person on hold to discuss the motion at that very moment and requested only that you email me. You said that you would email the motion, that was not my request or suggestion.

When I checked, my email from you did not have the motion attached. I emailed or responded to you to make you aware of this because your email said the motion was attached and it wasn't and there was nothing in the body of your email indicating what the motion requested other than to set deadlines for Discovery and Filing Dispositive Motions.

I have a fax machine. The phone number is (203)237-7515

Exhibit 5B



**Subj:**  **RE: Motion To Set Deadlines For Discovery and Filing of Dispositive Motions**
**Date:**  **10/25/2004 9:09:23 AM Eastern Daylight Time**
**From:**  Eleanor.Mullen@po.state.ct.us
**To:**  VTO1@aol.com

Ms. Oliphant:

Our recollection of the facts regarding my attempts to contact you to ascertain your position on the motion is obviously different. The bottom line, however, is that I explained the reason for the motion, the deadlines being proposed and requested your position regarding the same as required by Local Rule 7(b). You stated your objection which I said I would note in the motion. I also stated that you were free to file an objection to the motion.

I apologize for any confusion or concern that you had regarding the filing of the motion.
Eleanor May Mullen



**From:** VTO1@aol.com [mailto:VTO1@aol.com]
**Sent:** Friday, October 22, 2004 6:45 AM
**To:** Mullen, Eleanor M.
**Cc:** VTO1@aol.com
**Subject:** Re: Motion To Set Deadlines For Discovery and Filing of Dispositive Motions

I must reply to your recollection to the conversation. Again, I never suggested that you email me the motion, that was your idea. I said that I could call you back, you said that you would be out of the office at which point I suggested that you email me. You then said you would email the motion.

I responded to your email explaining that the motion was not attached and that I had no idea what the motion was about outside of your requesting deadlines for discovery. I also explained that I did not have an opportunity to give my input to the motion prior to it being filed. The problem became one in which I believed I could have been misled to agree to the motion when I had no idea of what the motion was requested, the title of the motion alone without having any more information about the motion could have been misleading.

When I responded to the email stating basically that I had no opportunity to give my input since the motion was not attached as you had said it would be, it was after this response that I received your message on my voicemail that you had a problem with sending the motion.

I phoned in the afternoon when you said you would be available and learned from you that the motion was making accusations and requests to which I could not agree. This is my recollection of what occurred and as you are aware, I let you know at that time that I oppose the motion.

5c

*Exhibit* **5a**

Tuesday, October 26, 2004 America Online: VTO1



| | |
|---|---|
| Subj: | **Re: Motion To Set Deadlines For Discovery and Filing of Dispositive Motions** |
| Date: | 10/25/2004 11:46:33 AM Eastern Daylight Time |
| From: | VTO1 |
| To: | Eleanor.Mullen@po.state.ct.us |
| CC: | VTO1 |

Ms. Mullen,

No apology necessary. I was not confused about what transpired from the outset of you phoning about the motion. It was necessary for me to know some of the details of the motion before responding; the title alone was misleading.

Thank you for noting my objection.

*Exhibit 5D*

Tuesday, October 26, 2004 America Online: VTO1

**Subj:** **RE: Your phone message regarding my address**
**Date:** 8/16/2004 9:35:45 AM Eastern Daylight Time
**From:** Eleanor.Mullen@po.state.ct.us
**To:** VTO1@aol.com

Dear Ms. OLipahnt:
    I will try again and send the mail again to the same address.
Thank you,
Eleanor Mullen

---

**From:** VTO1@aol.com [mailto:VTO1@aol.com]
**Sent:** Thursday, August 12, 2004 3:47 PM
**To:** Mullen, Eleanor M.
**Subject:** Your phone message regarding my address

I received your message today regarding my address. I decided to email so that you can verify my address in writing.  My address remains as it is on my court pleadings:

Vorcelia Oliphant
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

I have no idea as to why the mail is being returned.

EXHIBIT 6

## CERTIFICATION

I hereby certify that a copy of the foregoing **Notice of Compliance with**

**Supplemental Order on Pleadings** was mailed in accordance with Rule 5(b) of the

Federal Rules of Civil Procedure on this 1st day of July, 2004, first class postage prepaid

to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Submitted by: _Vorcelia Oliphant_
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514

*Exhibit 7*

**U.S. POSTAL SERVICE    CERTIFICATE OF MAILING**
MAY BE USED FOR DOMESTIC AND INTERNATIONAL MAIL, DOES NOT
PROVIDE FOR INSURANCE — POSTMASTER

Received From:

VORICLIA OLIPHANT

130 CHERRY ANN ST #2

New HAVEN, CT 06519

One piece of ordinary mail addressed to:

ELEANOR MAY MULLEN
ASSISTANT ATTORNEY GENERAL
55 ELM ST
P.O. BOX 120
HARTFORD, CT 06141-0126

PS Form 3817, Mar. 1989

1C

JUL 1 2004

U.S. POSTAGE
PAID
NEW HAVEN, CT
JUL 01 '04
AMOUNT
$0.90
0001473-09

EXHIBIT 8



**UNITED STATES POSTAL SERVICE**

```
***** WELCOME TO *****
     FEDERAL STATION
   NEW HAVEN, CT  06510-2020
      07/01/04 02:59PM

Store  USPS         Trans   88
Wkstn  sys5004      Cashier KG5T37
Cashier's Name      JANE
Stock Unit Id       SIAJANE
PO Phone Number     203-752-3283
USPS #              0833690510

  1. First Class                   0.90
     Destination:    06141
     Weight:         0.90oz
     Postage Type:   Affixed
     Affix. Post.:   -0.37
     Total Cost:     1.27
     Base Rate:      0.37
              SERVICES
     Cert of Mailing             0.90

Subtotal                         0.90
Total                            0.90

Cash                             1.00
Change Due
    Cash                         0.10

  Number of Items Sold: 1
             Thank You
          Please come again!
```

Exhibit 9



# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

*FILED*

VORCELIA OLIPHANT,
Plaintiff,

vs.

STATE OF CONNECTICUT DEPARTMENT OF
TRANSPORTATION, ET AL.
Defendants

CIVIL NO. 3:02CV00700(PCD) JUL 1 2:51 PM '04

JULY 1, 2004

U.S DISTRICT COURT
NEW HAVEN, CONN.

## NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON PLEADINGS

In accordance with the Court's Supplemental Order on Filings, the plaintiff, Vorcelia Oliphant, has filed with the defendant the following documents for docketing:

- Plaintiff's Reply to the Defendants' May 27, 2004 Reply to Plaintiff's Motion to Renew Motion in Opposition to Defendants' Renewed Motion to Dismiss Pursuant to Federal Rule 37 and 41(Original document was mailed on June 18, 2004 to Defendants Counsel).

- Plaintiff's Motion to Renew Plaintiff's Motions set forth in Documents Nos. 147,148,149 and 140,141 in Opposition to Defendants' Motions to Renew set forth in Document Nos. 138 and 143 (Original document was mailed on June 18, 2004)

- Plaintiffs Reply to Defendants's Reply (Dated June 1, 2004) to Plaintiff's Memorandum in Opposition to Defendants' Motion to Dismiss (Original document was mailed June 24, 2004)

- Plaintiff's Notice of Compliance with Supplemental Order on Pleadings. Dated June 21, 2004, mistakenly mailed to the Defendants' counsel June 21, 2004.

Submitted by: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

EXHIBIT 10



RICHARD BLUMENTHAL
ATTORNEY GENERAL

*receiveд about August 20 2004 with my folder*

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
# State of Connecticut

*Tel: ( 860 ) 808-5340*
*Fax: (860) 808-5385*

July 15, 2004

Clerk
United States District Court
141 Church St.
New Haven, CT 06510

RE:  VORCELIA OLIPHANT V. STATE OF CONNECTICUT ET AL., Civil Actions No.
3:02CV700 and 3:04CV274 (PCD)

Dear Clerk:

Enclosed please find the following pleadings to be filed on behalf of the plaintiff in the above entitled actions:

1.    Plaintiff's Motion To Renew Plaintiff's Motions Set Forth In Documents Nos. 147, 148, 149, and 140, 141 In Opposition To Defendants' Motions To renew Set Forth In Doc. Nos. 138 and 143,  Civil Action No. 3:02CV700 (PCD).

2.    Plaintiff's Reply To Defendant's Reply (May 27, 2003) To Plaintiff's Motion To Renew Motion In Opposition To Defendants' Renewed Motion To Dismiss Pursuant To Federal Rule 37 and 41, Civil Action No. 3:02CV700 (PCD).

3.    Plaintiff's Reply To Defendants' Reply Dated June 1, 2004, To Plaintiff's Memorandum In Opposition To Defendants' Motion To Dismiss, Civil Action No. 3:04CV274 (PCD).

I apologize for my oversight in not realizing that I was in possession of plaintiff's originals for the above-described pleadings.  However, I never received a copy of plaintiff's Notice of Compliance with Supplemental Order on Pleadings, dated July 1, 2004 (Doc. #155), to be alerted to the fact that the above-described pleadings were original filings that plaintiff intended me to file with the Court.  Instead, I received a copy of a prior Notice of Compliance, dated June 21, 2004, stating that plaintiff had filed the pleadings described above as #1 and #2 with the Court.  My review of the Court's docket indicates that this Notice of Compliance was never filed with the Court and, indeed, Doc.#155 indicates that the prior Notice of Compliance was "mistakenly mailed to Defendants' counsel."

*ExhiBiT 11*

Clerk
July 14, 2004
Page 2


     Accordingly, I am now submitting the above-described pleadings to be filed on behalf of the plaintiff.

                                          Very truly yours,

                                          Eleanor May Mullen
                                          Assistant Attorney General

EMM
Enclosures

cc: Vorcelia Oliphant

EVhiBiTiA

Subj:    **RE: Defendants' Interrogatories**
Date:    3/23/2004 2:58:48 PM Eastern Standard Time
From:    Eleanor.Mullen@po.state.ct.us
To:      VTO1@aol.com

Dear Ms. Oliphant:
   I suggest that you review the defendant's Motion to Compel in order to comply with the Court's order.
Thank you,
Eleanor Mullen

**From:** VTO1@aol.com [mailto:VTO1@aol.com]
**Sent:** Tuesday, March 23, 2004 9:29 AM
**To:** Mullen, Eleanor M.
**Subject:** Defendants' Interrogatories

I will be responding to defendants' interrogatories.

To avoid any confusion, would you be so kind as to forward to me the interrogatories and production that is outstanding?  As you are aware I have responded three times and have now been ordered to provide answers and production for questions that have been ruled as outstanding that I must answer.  I have a deadline of March 26th and would appreciate if this request could receive your prompt attention.

Thank you in advance for your cooperation

Tuesday, March 23, 2004 America Online: VTO1        *Exhibit 12*

**Subj:**   **RE: Defendants' Interrogatories**
**Date:**   3/24/2004 9:01:38 AM Eastern Standard Time
**From:**   Eleanor.Mullen@po.state.ct.us
**To:**   VTO1@aol.com

Ms. Oliphant:

   The interrogatories are dated November 26, 2002 and June 20, 2003. Both have certifications stating that the documents were sent to you by mail.

   It is my understanding from your recent emails that you are now asking for additional copies of the interrogatories. If that is correct, I will provide copies that you may pick up at the Office of the Attorney General, 55 Elm St., Hartford, CT. If you tell me when you will be picking them up, I will arrange for the documents to be at the front desk in your name.

Eleanor Mullen

---

**From:** VTO1@aol.com [mailto:VTO1@aol.com]
**Sent:** Tuesday, March 23, 2004 3:23 PM
**To:** Mullen, Eleanor M.
**Subject:** Re: Defendants' Interrogatories

I don't believe the motion to compel have the actual interrogatories. I need this information from you if I am to meet the court's order without confusing the interrogatories and request for production. I can have someone to pick them up or I have a fax number where they can be sent.

Again, I thank you in advance for your cooperation.

Thursday, March 25, 2004 America Online: VTO1

EXHIBIT/24

Subj:    **RE: Defendants' Interrogatories**
Date:    3/25/2004 12:09:09 PM Eastern Standard Time
From:    Eleanor.Mullen@po.state.ct.us
To:      VTO1@aol.com

Dear Ms. Oliphant:

In addition to the interrogatories, dated November 26, 2002, there is an additional second set, dated June 20, 2003, which I pointed out in my previous email. I also pointed out that the certification page states that the second set was mailed to you on June 20, 2003.

In the event you have misplaced the second set, I have inserted them as an attachment to this email. If you do not receive them, I can also fax them to you. Please let me know if you receive the attachment or need them to be faxed.

As you know, the deadline set by the Court for responding to all the outstanding interrogatories is March 26, 2004.

Eleanor Mullen

---

**From:** VTO1@aol.com [mailto:VTO1@aol.com]
**Sent:** Thursday, March 25, 2004 10:02 AM
**To:** Mullen, Eleanor M.
**Subject:** Re: Defendants' Interrogatories

Thank you, but I have the interrogatories from November 26, 2002. I just was not altogether clear on which interrogatories were still outstanding or from which request for interrogatories I was to respond, I didn't want to confuse anything.

Thank you I will try to work with what I have.

Thursday, March 25, 2004 America Online: VTO1

Exhibit 12-B



# STATE OF CONNECTICUT
## DEPARTMENT OF TRANSPORTATION

2800 BERLIN TURNPIKE, P.O. BOX 317546
NEWINGTON, CONNECTICUT  06131-7546
Phone:
(860) 594-2680

April 1, 2004

Ms. Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

Dear Ms. Oliphant:

This is in response to your note dated March 8, 2003, which was faxed to the Department of Transportation, Office of Construction on March 1, 2004, regarding your request to make arrangements to retrieve your personal belongings from your work station. Please be advised that you can make arrangements to retrieve your personal belongings anytime between the hours of 7:30 AM and 4:30 PM, provided that you give a minimum 24-hour prior notice to this office. Arrangements can be made with Security personnel to accompany you as requested and you are also allowed to have Union representatives accompany you if you desire.

Contact me as soon as possible to make the proper arrangements. In my absence you may also contact Kenneth Fargnoli, James Connery, Robert Wiecki or Kim Breton.

Very Truly Yours,

Michael W. Lonergan
Construction Administrator
Bureau of Engineering and
Highway Operations

An Equal Opportunity Employer
Printed on Recycled or Recovered Paper

EXHIBIT 13