# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

FILED

Nov 2  7 49 AM '04

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.,<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>November 2, 2004 |

### NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON FILINGS

The Plaintiff, Vorcelia Oliphant, Pro Se, hereby certify that in accordance with the Court's standing supplemental order, she has served a copy of the following on the Defendants:

1. NOTICE OF COMPLIANCE WITH THE COURT'S SUPPLEMENTAL ORDER ON PLEADADINGS, dated November 2, 2004

2. MOTION TO AMEND OR WITHDRAW PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND RELIEF DATED OCTOBER 26,

Submitted by: _____
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

1

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Compliance with Supplemental Order for Filings was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 2 day of November, 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515