**UNITED STATES DISTRICT COURT**

FILED

**DISTRICT OF CONNECTICUT**   NOV 2   7 46 AM '04

| | |
|---|---|
| VORCELIA OLIPHANT,<br>    Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>    Defendant | CIVIL NO. 3:02CV00700(PCD)<br>NEW HAVEN CONN.<br><br>November 2, 2004 |

## MOTION TO AMENDED OR WITHDRAW PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND RELIEF DATED OCTOBER 26, 2004

Pursuant to Federal Rule of Civil Procedure 15, Plaintiff hereby amends or withdraws her Reply to Defendants Objection to Plaintiff's Motion for Reconsideration and Relief dated October 26, 2004, mailed on October 28, 2004 and filed on October 29, 2004, Plaintiff files in its stead, Plaintiff's Reply To Defendants Objection To Plaintiff's Motion For Reconsideration and Relief, dated and filed this 2nd day of November 2004.

Wherefore, plaintiff respectfully requests that her October 26, 2004 Reply to Defendants' Objection to Plaintiff's Motion for Reconsideration and Relief filed on October 29, 2004 is Withdrawn and replaced with Plaintiff's Reply to Defendants' Objection to Plaintiff's Motion for Reconsideration and Relief filed on today, November 2, 2004.

Submitted by: _Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

1p.

## CERTIFICATION

I hereby certify that a copy of the foregoing **MOTION TO AMEND OR WITHDRAW PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RECONSIDERATION AND RELIEF DATED OCTOBER 26, 2004** was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 2nd day of November ,2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O.Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

1p.