UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vorcelia OLIPHANT,<br>    Plaintiff, | :<br>: |
| -vs- | :     Civil No. 3:02cv700 (PCD) |
| STATE OF CONNECTICUT<br>DEPARTMENT OF TRANSPORTATION,<br>    et al.<br>    Defendants. | :<br>:<br>:<br>:<br>: |

### RULING ON PLAINTIFF'S MOTION FOR ENLARGEMENT

Plaintiff moves [Doc. No. 195] for an enlargement of time of 5 days or until November 2, 2004 to file a responsive pleading to Defendants' Objection to Plaintiff's Motion to Alter and Amend Judgment and Reconsideration from Judgment and Relief [Doc. No. 189]. Plaintiff's Motion is **denied as moot**, as this Court, on October 27, 2004 ordered Plaintiff to satisfy, or sufficiently explain her failure to satisfy, Defendants' outstanding discovery requests on or before November 12, 2004 [Doc. No. 192]. If Plaintiff fails to comply with this Court's October 27, 2004 Order, a dismissal may enter on motion of the Defendants.

SO ORDERED.

Dated at New Haven, Connecticut, November ___, 2004.

                                                      Peter C. Dorsey<br>                                              United States District Judge