# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>November 5, 2004 |

**FILED**
2004 NOV -5  P 3: 22
U.S. DISTRICT COURT
NEW HAVEN, CT

## NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON FILINGS

The Plaintiff, Vorcelia Oliphant, Pro Se, hereby certify that in accordance with the Court's standing supplemental order, she has served a copy of the following on the Defendants:

1. PLAINTIFF'S MOTION FOR PROTECTIVE ORDER FOR MEDICAL INFORMATION

2. PLAINTIFF'S MEMORANDUM OF LAW FOR PROTECTIVE ORDER FOR MEDICAL INFORMATION

Submitted by: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

9

## CERTIFICATION

I hereby certify that a copy of the foregoing Notice of Compliance with Supplemental Order for Filings was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5day of November ,2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O.Box 120
Hartford, CT 06141-0120

                                             Vorcelia Oliphant
                                             130 Cherry Ann Street, No. 3
                                             New Haven, CT 06514
                                             (203)237-7515