UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>　　Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>　　Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>November 5, 2004 |

**FILED 2004 NOV -5 P 3:22 U.S. DISTRICT COURT NEW HAVEN, CT**

### PLAINTIFF'S MOTION FOR PROTECTIVE ORDER FOR MEDICAL NOTES

　　The Plaintiff pursuant to Federal Rule of Civil Procedure 26 (c) and courts order of September 22, 2004, requests a protective order for medical communications, pschotherapist notes demanded by defendants. The Supreme Court has designated such confidential communications as privilege and plaintiff respectfully requests the court designate it as such.

　　Wherefore, Plaintiff respectfully requests that the court designate these confidential communications as privilege and deny the defendants this information. Plaintiff provides her memorandum of law in support of this motion.

Respectfully submitted by: _/s/ Vorcelia Oliphant_
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

## **CERTIFICATION**

I hereby certify that a copy of the foregoing PLAINTIFF'S MOTION FOR PROTECTIVE ORDER FOR MEDICAL NOTES was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 5 day of November ,2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O.Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

11