UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT, | CIVIL ACTION NO. |
| *Plaintiff* : | 3:02CV00700(PCD) |
| : | |
| V. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF TRANSPORTATION, | |
| ET AL. : | |
| *Defendants* : | NOVEMBER 8, 2004 |

**MOTION FOR PERMISSION TO FILE SURREPLY TO PLAINTIFF'S REPLY TO DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF**

Defendants respectfully permission to file a surreply to Plaintiff's Reply To Defendants' Objection To Plaintiff's Motion To Alter and Amend Judgment and Reconsideration From Judgment and Relief attached hereto for the purpose of correcting the glaring misstatements of law and facts as set forth therein.

Accordingly, defendants have attached said surreply hereto

DEFENDANTS
DEPARTMENT OF
TRANSPORTATION,
ET. AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Eleanor May Mullen
Assistant Attorney General
Federal Bar # ct22430
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
E-mail :
eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Motion For Permission To File Surreply to Plaintiff's Reply To Defendants' Objection To Plaintiff's Motion To Alter and Amend Judgment and Reconsideration From Judgment And Relief was mailed, first class postage prepaid, this 8th day of November, 2004 to:

Porcelain Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

_____
Eleanor May Mullen
Assistant Attorney General