UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
Nov 8   7:40 AM '04

| | |
|---|---|
| VORCELIA OLIPHANT,<br>    Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>    Defendant | CIVIL NO. 3:02CV00700(PCD)<br>NEW HAVEN CONN<br><br>November 8, 2004 |

## EXHIBITS IN SUPPORT OF PLAINTIFF'S MOTION FOR PROTECTIVE ORDER FOR MEDICAL NOTES

Plaintiff provides the attached exhibits in support of her motion for protective order for her medical notes. The exhibits are:

1. A form from the defendants for release of the information

2. A letter from the defendants regarding the forms sent.

Plaintiff requests that the exhibits are considered in support of her motion for a protective order of her medical communications as set forth in her motion and memorandum of Law in support of the motion for the protective order filed on Friday, November 5, 2004.

Respectfully submitted by: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

1p.

## **CERTIFICATION**

  I hereby certify that a copy of the foregoing Exhibits in Support of Plaintiff's Motion for Protective Order of Her Medical Notes was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 8day of November, 2004, first class postage prepaid to:

  Eleanor May Mullen
  Assistant Attorney General
  55 Elm Street
  P.O. Box 120
  Hartford, CT 06141-0120

                Vorcelia Oliphant
                130 Cherry Ann Street, No. 3
                New Haven, CT 06514
                (203)237-7515

2p.

RICHARD BLUMENTHAL
ATTORNEY GENERAL



Office of The Attorney General
### State of Connecticut

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Tel: (860) 808-5340
Fax: (860) 808-5385

October 6, 2004

Vorcelia Oliphant
130 Cherry Ann St., No.3
New Haven, CT 06514

RE: **OLIPHANT V. STATE OF CONNECTICUT, DEPARTMENT OF TRANSPORTATION ET AL., Civil Action No. 3:02CV700(PCD)**

Dear Ms. Oliphant:

Enclosed please find medical authorization forms to be completed by you for each and every one of your medical providers and returned to me for purposes of complying with discovery.

As you can see the form has been revised to avoid any confusion and to ensure that you include the address of the medical provider as well your date of birth and social security number. It does not need to be notarized.

Thank you for your cooperation in this matter.

Very truly yours,

Eleanor May Mullen
Assistant Attorney General

EMM
Enclosures

Exhibit 1

# AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS IN CONNECTICUT

**Patient/Client name:** __Vorcelia Oliphant_____ DOB: _____

SSN: _____

I, ___Vorcelia Oliphant_____ , hereby authorize _____ of
**(Address)** _____,
to release my medical and mental health records including a copy of my complete and entire mental and physical health record, all records for my care and treatment, including psychiatric and emergency room records, nursing notes, laboratory results (individually copied), pathology reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered.

If any of the information to be released constitutes a psychiatric communication or a communication with a psychologist, this release will serve as my written release of that psychiatric/psychological information, and such a refusal will in no way jeopardize my right to continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I understand that there are special requirements for my consent to release as found in Part 2 of Title 42 of the C.F.R., which prohibits the further release of that information without my consent, as referenced in the federal regulations, or as otherwise permitted by law.

**TO THE RECIPIENT OF THESE MATERIALS:**

In the event that any of the disclosed information includes HIV/AIDs information, this is protected under state law as follows:

"This information has been disclosed to you from records whose confidentiality is
    protected by state law. State law prohibits you from making any further
    disclosure of it without the specific written consent of the person to whom it
    pertains, or as otherwise permitted by said law. A general authorization for the
    release of medical or other information is NOT sufficient for this purpose." Any
    oral disclosure shall be accompanied or followed by the above notice. See
    Connecticut General Statute section 19a-585.

EXHIBIT 2

PSYCHIATRIC COMMUNICATIONS: If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

"This information disclosed to you is protected by state and federal law, specifically as outlined in 42 C.F.R. Part 2. Federal law prohibits you from making further disclosure of this information unless the written consent of the person about whom the information pertains is obtained. A general authorization for the release of medical or other information is NOT sufficient for this purpose. Federal law also restricts any use of this information to criminally investigate or prosecute any alcohol or drug abuse patient." See Connecticut General Statute section 19a-126h.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

_____                    _____
Signature of Patient/Client                    Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

EXHIBIT 2A