# UNITED STATES DISTRICT COURT

# DISTRICT OF CONNECTICUT

FILED
Nov 22  8 49 AM '04

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>November 22, 2004 |

## PLAINTIFF'S MOTION IN OBJECTION TO DEFENDANTS' MOTION TO FILE SURREPLY TO PLAINTIFF'S REPLY TO DEFENDANTS OBJECTION TO PLAINTIFF'S MOTION TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF FROM JUDGMENT

Pro Se Plaintiff Pursuant to Federal Rule of Civil Procedure 1(one), 12(f) objects to defendants' motion to file a surreply(Docket No. 204) to *"Plaintiff's Reply to Defendants Objection to Plaintiff's Motion to Alter and Amend Judgment and Reconsideration from Judgment and Relief from Judgment"* for the following reasons:

A. Defendant surreply will constitute unnecessary delay in the proceedings and perpetrate manifest injustice against the plaintiff that she is continually forced to combat against her case being dismissed due to various frivolous technicalities raised by the defendants and not matters of law.

B. Plaintiff did not raise new issues in her reply to defendants' objection, the basis necessitating a surreply. Plaintiff responded to the defendants points raised in their objection by referencing each paragraph defendant raised in accordance with the Fed.Rule of Civ.P. 10(b). The defendants have had opportunity to reply and be heard on the issue.

C. The defendants have been heard on their objection wherein they moved to have plaintiff's case dismissed in an attempt to circumvent the court's September 22, 2004 ruling and Octobere 28, 2004 ruling (Docket No.192). The defendants, in so doing raise no good reason for such a surreply other than to continue to delay the proceedings. The court already rendered a ruling on the defendants' objection( Docket No. 192). The defendants again attempt to circumvent the courts ruling and the Federal Rules of Civil Procedure by requesting a surreply to plaintiff's objection granted by that court's order..

D. Defendants actions continue to prejudice the plaintiff in the proceedings for which heretofore, they have suffered no consequences for their actions that would make them stop. The defendants by their bad faith conduct are continuously delaying the proceedings and prejudicing the plaintiff (Prejudice has been set forth in plaintiff previous motions ( See Docket Nos.181,182,184,197--as amended by 199--,202) and others throughout these proceedings. In particular, it has been demonstrated by both the plaintiff and indirectly by the defendant how the change in plaintiff's health has affected her in these proceedings between the time it began and now. Both the plaintiff and the defendant demonstrated the adverse impact her change in health situation has had on her performance currently in these proceedings compared to her performance at the start of these proceedings).

E. . This motion by the defendants to file a surreply is a repeat of the defendant's dilatory actions through out these proceedings. This motion will cause unnecessary delay for the defendant to be heard on which the court has

already rendered its ruling (Docket No.192) denying the defendants' objection on which they were heard as they used their opportunity to object as another dilatory attempt to have plaintiff's case dismissed.

Wherefore, plaintiff respectfully requests that the defendant's motion to file a surreply be denied or stricken for the a fore stated reasons and the reasons stated in plaintiffs motions (docket no.181,182,184,197(199)) If defendant is permitted to file a surreply plaintiff requests that she be given opportunity to respond to the defendants surreply. Plaintiff's request that her Objection to Defendant's Objection to Plaintiff's Motion for Reconsideration, Relief or Amend Judgment be granted to prevent the manifest injustice and prejudice to the plaintiff that has been documented herein and previously in these related pleadings. In addition the plaintiff respectfully requests that the court exercise its inherent power in accordance with 28 U.S.C. 1927(1994) to show a finding of bad faith conduct by the defendants in order to have them stop with it bad conduct that is impacting the proceedings as provided in the motion and supported by the plaintiff's Memorandum of Law in support of this motion and in objection to defendants motion for surreply that is attached.

Respectfully submitted by: *[signature]*
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237 - 7515

## CERTIFICATION

I hereby certify that a copy of the foregoing *PLAINTIFF'S MOTION IN OBJECTION TO DEFENDANTS' MOTION TO FILE SURREPLY TO PLAINTIFF'S REPLY TO DEFENDANTS OBJECTION TO PLAINTIFF'S MOTION TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF FROM JUDGMENT*, was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 22 day of November, 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515