# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT, <br> Plaintiff, <br> vs. <br> James F. Byrnes, Commissioner, ET. AL. <br> Defendant | CIVIL NO. 3:02CV00700(PCD) <br><br> December 9, 2004 |

**FILED**
2004 DEC 10 P 2: 16
U.S. DISTRICT COURT
NEW HAVEN, CT

## MOTION FOR SCOPE AND LIMITATION OF DEPOSITION

Plaintiff pursuant to the Federal Rules of Civil Procedure 30(a)(7), 30d, 29, 28, 11 b and 1(One) requests the court's intervention to Plaintiff's Deposition being conducted by the defendants.

**Defendants appear to attempt to delay or confuse the date for the deposition to be had.**

Plaintiff has received confusing dates as to when the deposition is to take place. Plaintiff on Sunday received an email for the deposition to be had on Monday, December 13, 2004. Plaintiff then on Tuesday December 7, 2004 received two fax notices that the Deposition was to be held on Friday, December 13, 2004. Plaintiff on Thursday, December 9, 2004 received an Express Mail from the defendants that the Deposition is scheduled for Friday December 13, 2004.

The date conflicts because the Friday following December 9, 2004 is December 10, 2004 and the Monday following Monday is December 13, 2004.

**Pursuant to Fed. R. Civ. P. 30(d)(4) believes the deposition is being conducted in such a way as to harass the plaintiff.**

On Monday December 3, 2004, at first deposition plaintiff arrived to the deposition approximately 10 minutes early. The defendants counsel made it clear to the plaintiff that the person accompanying her, Peter Macher, could not remain because he was an employee of the department of transportation. At this time or no time prior did defendants' counsel ever mention that the defendants were attending the deposition.

Plaintiff was alone and all five defendants were given postit note pads and pens, for the purpose of passing questions to the attorney, which was done at that time. All of this was extremely distracting and distressing to the plaintiff and believed this was done to intimidate or harass the plaintiff. Also, the note passing was in conflict to Federal Rules of Civil Procedure 30(c) which states that such questions by parties are to be served in a sealed envelopes to be propounded to the witnesses by the attorney.

In addition, Plaintiff requests that the deposition be conducted by video recording. The Stenographer selected is one that the Attorney General's Office has done business with in the past or is contracted with. This too poses a conflict. To ensure there is no bias by the Court Recording company plaintiff requests a party that does not have a working relationship with the Attorney General's office and one that the plaintiff has input in the selection.

Plaintiff has notified the defendant of some of these concerns at the deposition and others concerns she has raised in email for which notification may be in short notice for the defendant to reply.

Wherefore, plaintiff has not had full opportunity to have defendant's input but has raised the most serious concerns previously. To ensure the defendants adhere to the Federal Rules of Civil Procedure without harassment to the plaintiff, it is requested that

the court order the deposition to be conducted by video or monitored by a court appointed officer. AND THAT DEFENDANTS NOT BE PERMITTED TO PASS NOTES DURING THE PLAINTIFFS DEPOSITION PURSUANT TO FED. R. CIV. P. 30(c).

V.O.

Respectfully submitted: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

## **CERTIFICATION**

I hereby certify that a copy of the foregoing MOTION FOR SCOPE AND LIMITATION OF DEPOSITION was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 10 day of December, 2004, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

                                                                       Vorcelia Oliphant
                                                                        130 Cherry Ann Street, No. 3
                                                                        New Haven, CT 06514
                                                                        (203) 237-7515

Subj: **Deposition**
Date: 12/5/2004 11:35:22 AM Eastern Standard Time
From: Eleanor.Mullen@po.state.ct.us
To: VTO1@aol.com

Dear Ms. Oliphant:

    I am cancelling the deposition that is scheduled to be continued to Dec. 6 at 1 p.m. because of its possible conflict with an oral argument that was previously scheduled for tomorrow morning in court. Because I do not have a definite time for the oral argument, there is a possibility that it may conflict with the deposition scheduled for 1 p.m. I will contact you tomorrow afternoon regarding an alternative date after I check the availibility of the individual defendants.

Eleanor Mullen

Eleanor May Mullen
Assistant Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone: (860) 808-5340
Fax: (860) 808-5383
URL: http://www.cslib.org/attygenl

*Exhibit 5*

Subj: **RE: Deposition**
Date: 12/6/2004 8:12:33 PM Eastern Standard Time
From: Eleanor.Mullen@po.state.ct.us
To: VTO1@aol.com

Dear Ms. Oliphant:
    The deposition has been continued to Monday, December 13, 2004 at 1 p.m. Please email your confirmation of this date.
Thank you,
Eleanor Mullen

---

**From:** VTO1@aol.com [mailto:VTO1@aol.com]
**Sent:** Monday, December 06, 2004 11:00 AM
**To:** Mullen, Eleanor M.
**Subject:** Re: Deposition

I will wait to hear from you to set a date.

Thursday, December 09, 2004 America Online: VTO1

Exhibit 4

Subj: **Re: Deposition**
Date: 12/9/2004 3:35:36 PM Eastern Standard Time
From: VTQ1
To: Eleanor.Mullen@po.state.ct.us

I can attend Monday, December 13th, however I do have reservations concerning the selection of the Court Reporting Service taking the deposition. I would prefer one that I would have a say in selecting or the court. Also, I would prefer that the deposition is video recorded.

Please let me know your position on these issue at your earliest convenience.

Thursday, December 09, 2004 America Online: VTQ1

*Exhibit 3*



**RICHARD BLUMENTHAL,**
ATTORNEY GENERAL

Office of The Attorney General
## State of Connecticut

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

55 Elm Street, Fourth Floor
Hartford, Connecticut 06106
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Eleanor.Mullen@CTAG.STATE.CT.US

# Fax

**To:** Voreeka Oliphant

**From:** Eleanor M. Mullen
Assistant Attorney General
Office of the Attorney General

**Fax:** 203-237-7515

**Pages:** 5

**Re:** Deposition for Dec. 13, 2004

**Date:** 12/8/04

☐ Urgent   ☐ For Review   ☐ Please Comment
☐ Please Reply   ☐ Please Recycle

**Comments:** Please see Federal Notice of Deposition for Dec. 13, 2004 attached hereto.

NOTICE:   This telecopy transmission and any accompanying documents may contain confidential or privileged information. They are intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are not authorized to disclose, copy, distribute or use in any manner the contents of this information. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.

☑002/005
☑002/005

Exhibit 2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT, *Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV0700 (PCD)<br>: |
| v. | : <br>: |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION,<br>ET AL.<br>*Defendants* | : <br>: <br>: DECEMBER 8, 2004 |

## FEDERAL RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant will take the deposition of Vorcelia Oliphant, before Brandon Reporting Service, Court Reporters on Friday, December 13, 2004 at 1 p.m., or such other day to which the proceedings may be continued until completed, at the Office of the Attorney General, 55 Elm Street, 1st Floor Conference Room A, Hartford, CT 06106.

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, including the applicable Federal Rules of Civil Procedure.

Vorcelia Oliphant is further ordered to bring any and all documents relating to plaintiff's allegation of retaliation for the filing of her appeal to the Second Circuit Court of Appeals on August 4, 2003, including the following:

1. A copy of the Notice of Decision from the Disability Retirement Commission denying your request for disability retirement.

2. A copy of the medical document submitted to the Court on September 20, 2004, at the Order to Show Cause Hearing.

3. A list of the thirty members of the organization formed by plaintiff to address issues of lack of promotion of minorities at the Department of Transportation that forms the basis of plaintiff's First Amendment retaliation claim.

4. A list of the officers of the organization known as Minorities in Action.

5. Copies of all documents relating to the organization known as Minorities in Action, including agendas, minutes, attendance records of any and all meetings, and information survey forms distributed to Department of Transportation employees as well as individual case documents prepared by or on behalf of said organization.

6. Copies of all medical reports and records, and itemized statements of medical expenses, pertaining to examination and/or treatment of the plaintiff for injuries incurred as a result of the incident(s) alleged in the Amended Complaint, dated February 23, 2004, limited to the issue of retaliation for the filing of an appeal to the Second Circuit Court of Appeals on August 4, 2003, including but not limited to, nurse's notes, charts, treatment summaries, physician's reports, bills or statements for prescription drugs or medicines, physician's services, hospital and/or operating room expenses, appliances, ambulance costs, recovery expenses and any other bills, costs or expenses referred to in answer to any of these interrogatories.

7. Fully executed medical records release authorizations, which were previously attached to the Federal Renotice of Deposition for December 3, 2004, for each health care provider from whom plaintiff has received medical treatment (physical, mental or otherwise) for the injuries alleged in the amended complaint, dated February 23, 2004, limited to the issue of retaliation for filing an appeal to the Second Circuit Court of Appeals on August 4, 2003, including any hospital, clinic, physician, nurse, or other medical practitioner.

8.  All documents that relate to any treatment, examination or consultation that Ms. Oliphant received in the past ten (10) years for any medical, psychiatric or psychological illness, disorder or condition from any hospital, clinic, physician, nurse or other medical provider practitioner.

9.  A copy of any statement made by any individual regarding the subject matter of the Amended Complaint, dated February 23, 2004, limited to the issue of retaliation for filing an appeal to the Second Circuit Court of Appeals on August 4, 2003 or concerning the actions of any party or witness thereto regarding the same (except privileged statements made by a party in confidence to his or her attorney).

10. All documents, notes, diaries or other writings kept by plaintiff that relate or refer to allegations in the Amended Complaint, dated February 23, 2004, limited to the issue of retaliation for the filing of an appeal to the Second Circuit Court of Appeals on August 4, 2003.

11. All documents in the possession of plaintiff that relate to the Amended Complaint, dated February 23, 2004, limited to the issue of retaliation for the filing of an appeal to the Second Circuit Court of Appeals on August 4, 2003.

12. The certified return receipt setting forth the signature of the "addressee" or person accepting receipt on September 21, 2004, at 6:18 a.m. for the item addressed to Eleanor Mullen, P.O. Box 120, 55 Elm St., Hartford, CT 06141-0120 and referred to as Exhibit 2A in Plaintiff's Reply To Defendants' Objection To Plaintiff's Motion To Alter and Amend Judgment and Reconsideration From Judgment and Relief, dated September 26, 2004.

DEFENDANTS,

STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General
Federal Bar No.ct022430
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that the original of the foregoing was mailed by overnight express mail, this 8th day of December, 2004 to:

Vorcelia Oliphant
130 Cherry Ann Street, Unit 3
New Haven, CT  06514

*Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

55 Elm Street, Fourth Floor
Hartford, Connecticut 06106
Tel.: (860) 808-5340
Fax: (860) 808-5383
E-mail: Eleanor.Mullen@CTAG.STATE.CT.US

# Fax

**To:** Vorcelia Olphant

**From:** Eleanor M. Mullen
Assistant Attorney General
Office of the Attorney General

**Fax:** 203-237-7515

**Pages:** 3

**Re:** Deposition For Dec. 13, 2004

**Date:** 12/8/04

☐ Urgent     ☐ For Review     ☐ Please Comment
☐ Please Reply     ☐ Please Recycle

● **Comments:** Please see Federal Renotice of Deposition for Dec. 13, 2004 attached hereto.

NOTICE:  This telecopy transmission and any accompanying documents may contain confidential or privileged information. They are intended only for use by the individual or entity named on this transmission sheet. If you are not the intended recipient, you are not authorized to disclose, copy, distribute or use in any manner the contents of this information. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange retrieval of the faxed documents.

Exhibit 1

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>*Plaintiff* | : CIVIL ACTION NO.<br>: 3:02CV0700 (PCD)<br>:<br>: |
| v. | : |
| STATE OF CONNECTICUT,<br>DEPARTMENT OF TRANSPORTATION,<br>ET AL.<br>*Defendants* | :<br>:<br>:<br>: DECEMBER 8, 2004 |

## FEDERAL RE-NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the defendant will take the deposition of Vorcelia Oliphant, before Brandon Reporting Service, Court Reporters on **Friday, December 13, 2004 at 1 p.m.**, or such other day to which the proceedings may be continued until completed, at the Office of the Attorney General, 55 Elm Street, 1st Floor Conference Room A, Hartford, CT 06106.

The deposition is being taken for the purposes of discovery, for use at trial, or for such other purposes as are permitted under the Rules of Court, including the applicable Federal Rules of Civil Procedure.

Vorcelia Oliphant is further ordered to bring any and all documents relating to plaintiff's allegation of retaliation for the filing of her appeal to the Second Circuit Court of Appeals on August 4, 2003, including the following:

1. A copy of the Notice of Decision from the Disability Retirement Commission denying your request for disability retirement.

2. A copy of the medical document submitted to the Court on September 20, 2004, at the Order to Show Cause Hearing.

3. A list of the thirty members of the organization formed by plaintiff to address issues of lack of promotion of minorities at the Department of Transportation that forms the basis of plaintiff's First Amendment retaliation claim.

4. A list of the officers of the organization known as Minorities in Action.

5. Copies of all documents relating to the organization known as Minorities in Action, including agendas, minutes, attendance records of any and all meetings, and information survey forms distributed to Department of Transportation employees as well as individual case documents prepared by or on behalf of said organization.

6. Copies of all medical reports and records, and itemized statements of medical expenses, pertaining to examination and/or treatment of the plaintiff for injuries incurred as a result of the incident(s) alleged in the Amended Complaint, dated February 23, 2004, limited to the issue of retaliation for the filing of an appeal to the Second Circuit Court of Appeals on August 4, 2003, including but not limited to, nurse's notes, charts, treatment summaries, physician's reports, bills or statements for prescription drugs or medicines, physician's services, hospital and/or operating room expenses, appliances, ambulance costs, recovery expenses and any other bills, costs or expenses referred to in answer to any of these interrogatories.

7. Fully executed medical records release authorizations, which were previously attached to the Federal Renotice of Deposition for December 3, 2004, for each health care provider from whom plaintiff has received medical treatment (physical, mental or otherwise) for the injuries alleged in the amended complaint, dated February 23, 2004, limited to the issue of retaliation for filing an appeal to the Second Circuit Court of Appeals on August 4, 2003, including any hospital, clinic, physician, nurse, or other medical practitioner.

8. All documents that relate to any treatment, examination or consultation that Ms. Oliphant received in the past ten (10) years for any medical, psychiatric or psychological illness, disorder or condition from any hospital, clinic, physician, nurse or other medical provider practitioner.

9. A copy of any statement made by any individual regarding the subject matter of the Amended Complaint, dated February 23, 2004, limited to the issue of retaliation for filing an appeal to the Second Circuit Court of Appeals on August 4, 2003 or concerning the actions of any party or witness thereto regarding the same (except privileged statements made by a party in confidence to his or her attorney).

10. All documents, notes, diaries or other writings kept by plaintiff that relate or refer to allegations in the Amended Complaint, dated February 23, 2004, limited to the issue of retaliation for the filing of an appeal to the Second Circuit Court of Appeals on August 4, 2003.

11. All documents in the possession of plaintiff that relate to the Amended Complaint, dated February 23, 2004, limited to the issue of retaliation for the filing of an appeal to the Second Circuit Court of Appeals on August 4, 2003.

12. The certified return receipt setting forth the signature of the "addressee" or person accepting receipt on September 21, 2004, at 6:18 a.m. for the item addressed to Eleanor Mullen, P.O. Box 120, 55 Elm St., Hartford, CT 06141-0120 and referred to as Exhibit 2A in Plaintiff's Reply To Defendants' Objection To Plaintiff's Motion To Alter and Amend Judgment and Reconsideration From Judgment and Relief, dated September 26, 2004.

DEFENDANTS,

STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION
ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: *Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General
Federal Bar No.ct022430
55 Elm Street - P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
Email: eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that the original of the foregoing was mailed by overnight express mail, this 8th day of December, 2004 to:

Vorcelia Oliphant
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

*Eleanor May Mullen*
Eleanor May Mullen
Assistant Attorney General

4