UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION | | |
| ET AL. | : | |
| *Defendants* | : | December 30, 2004 |

## DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 9(b) and the Court's Supplemental Order, defendants request a thirty day extension of time for filing a dispositive motion in the above-entitled matter, up to and including thirty days from the Court's ruling on plaintiff's motion for protective order for medical notes. (Doc. # 202). In support of this motion, the defendants represent as follows:

1.  In the Court's ruling, dated October 28, 2004, the court set the deadline for discovery to December 22, 2004 and the deadline for filing dispositive motions to January 7, 2005. (Doc. #194).

2.  On November 5, 2004, plaintiff filed a motion for protective order for medical notes (Doc. #202) which has yet to be ruled upon by the Court.

3.  Defendants began the deposition of plaintiff on December 3, 2004, but were forced to continue the deposition at plaintiff's request because of ill health.

4.  The deposition was continued to December 13, 2004, but not completed because of the outstanding production of medical documents subject to the court's ruling on plaintiff's pending motion for protective order.

WHEREFORE, defendants respectfully request a thirty day extension of time from the date of the Court's ruling upon plaintiff's motion for protective order for medical notes to complete the deposition of plaintiff and file their dispositive motion.

Pursuant to Local Rule 7(b), the undersigned counsel attempted to contact pro se plaintiff by email and phone but was unable to reach plaintiff to ascertain her position on this motion.

                                      DEFENDANTS
                                      STATE OF CONNECTICUT,
                                      DEPARTMENT OF
                                      TRANSPORTATION, ET AL.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

BY: _____

                                      Eleanor May Mullen
                                      Assistant Attorney General
                                      Federal Bar No. ct22430
                                      55 Elm Street
                                      P.O. Box 120
                                      Hartford, CT  06141-0120
                                      Tel: (860) 808-5340
                                      Fax: (860) 808-5383
                                      E-Mail Address:
                                      eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion For Enlargement of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of December, 2004, first class postage prepaid to:

Vorcelia Oliphant
130 Cherry Ann St., No.3
New Haven, CT 06514

_____
Eleanor May Mullen
Assistant Attorney General