# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT, | CIVIL NO. 3:02CV00700(PCD) |
| Plaintiff, | |
| vs. | |
| James F. Byrnes, Commissioner, ET. AL. | December 29, 2004 |
| Defendant | |

## MOTION FOR SANCTIONS AND RELIEF

Plaintiff pursuant to Federal Rule of Civil Procedure 30(d)(3), 30(d)(4), and 37 and 26, 27 7b, Local Rule 11, moves for a court order and relief from the defendants' bad faith conduct and deceptive dilatory methods employed in these proceedings and employed to depose the Plaintiff on December 13, 2004.

Wherefore, Plaintiff urges the court for an order for sanctions and relief from the bad faith conduct of the defendant's counsel as setforth in plaintiff memorandum of law and affidavits attached.

Respectfully submitted: _____

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

## CERTIFICATION

I hereby certify that a copy of the foregoing MOTION FOR SANCTIONS AND

RELIEF was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure

on this 29 day of December 2004, first class postage prepaid to:

> Eleanor May Mullen
> Assistant Attorney General
> 55 Elm Street
> P.O.Box 120
> Hartford, CT 06141-0120

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515