# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>December 29, 2004 |

## PLAINTIFF'S AFFIDAVIT FOR MOTION FOR SANCTIONS AND RELIEF

I, Vorcelia Tanya Oliphant do affirm in accordance with the laws of the United States of American and Connecticut, under penalty of perjury and in accordance with 28 USC 1746, do state and affirm the following:

1. I am over 18 years of age and reside in the State of Connecticut.

2. The facts documented in the foregoing Motion for Relief and Memorandum of Law are true and accurate to the best of my knowledge.

3. But for Defendants deceptive conduct, Plaintiff would not have proceeded with the deposition without the court's ruling on her December 10, 2004 motion( Docket No.213). The motion was made to ensure that the deposition be conducted fairly and to monitor defendants conduct to for this purpose.

4. Plaintiff went forth based on the Defendant's attorney false statement that she had spoken with the judge and that he had denied plaintiff's motion( Docket No.213).

5. Plaintiff only learned on December 16, 2004 that no such exparte conversation with the Court occurred.

6. All aspects of the deposition was done in such a way as to harass the plaintiff.

a.  Plaintiff was made to stand waiting in the Lobby for about 45 minutes prior to the deposition(There are no seats in the Lobby). After about twenty-five minutes after the Defendants went upstairs plaintiff phoned the Defendants' to know when she would be brought upstairs or provided a place to sit. She called a second time to leave her cell phone number for them to call her when they were ready for her to be brought upstairs.

b.  Plaintiff's only support, her brother, was harassed by having him constantly move his seat. Each time he would move it to the satisfaction of the defendant's counsel who would minutes later make him move his seat again. Plaintiff brother would not have done anything to talk or communicate with the plaintiff when he was made to move his seat. Each time plaintiff's brother complied. The last incident occurred when he was placed at the opposite end of the room behind the door at the direction and to the satisfaction of the defendants' counsel. At a break plaintiff's brother came to talk with her and then he was made to leave the room.

c.  During the deposition defendants of the case came and went throughout and passed notes, and made faces at the plaintiff during the deposition which was distressing and distracting to the plaintiff.

7.  Plaintiff's deposition was conducted in bad faith under which the defendants deliberately misled the plaintiff to proceed in a deposition, which was taken under deceptive tactics, and in every aspect as to harass and intimidate the plaintiff.

Submitted by: _~~Vorcelia Oliphant~~_____
Vorcelia Oliphant
130 Cherry Ann Street, Unit #3
New Haven, CT 06514

## CERTIFICATION

This is to certify that a copy of the foregoing

AFFIDAVIT IN SUPPORT MOTION FOR SANCTIONS AND RELIEF has

been mailed, US Postage prepaid, this 29 day of December

2004, in accordance to Rule 5(b) of the Federal Rules of

Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

BY: _____
    Vorcelia Oliphant
    130 Cherry Ann Street, # 3
    New Haven, CT 06514
    (203) 237-7515

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

December 29, 2004

Clerk of the Court
141 Court Street
New Haven, CT 06501

RE:  Refiling Motion filed on December 21, 2004 docket no. 3:02CV0700(PCD)

Dear Clerk of the Court:

Attached is plaintiff's motion I filed on December 21, 2004.  I believe it was returned because it may appeared not to be in compliance with Judge Dorsey's Supplemental Order on Filing.  I have corrected this and am filing this in accordance with Judge Dorsey's Supplemental Order 1(g) and Local Rule 11.

Thank you.

Sincerely yours,

Vorcelia Oliphant
Pro Se Plaintiff