UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:02CV700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION | | |
| ET AL. | : | |
|    *Defendants* | : | December 28, 2004 |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR RELIEF**

Plaintiff's motion is yet another in a pattern of obstructionist and harassing conduct designed to distract the court from the merits of the case.

To the extent plaintiff alleges deceptive and harassing conduct on the part of defendants' counsel, the videotape speaks for itself. The videotape clearly sets forth defendants counsel's apology to plaintiff for the delay in the start of the deposition due to defendants' counsel presence at court in New Britain from 9:30 a.m. through 12:15 a.m. on the same day. The videotape also sets forth the defendants counsel's attempt to address plaintiff's obstructionist motion for scope and limitation of deposition by contacting the judge's chambers for a ruling regarding the same and the ruling itself. Plaintiff now accuses defendant's counsel of lying regarding the ruling. More importantly, the videotape sets forth several requests by defendants' counsel to plaintiff's brother to move away from the plaintiff as the witness. It also shows plaintiff receiving several notes from plaintiff's brother. Plaintiff's brother cooperated with each request only to move back toward plaintiff during the breaks in the deposition. Defendants'

counsel finally requested that plaintiff's brother leave the deposition. Defendants' counsel had allowed plaintiff's brother to attend the deposition in an attempt to cooperate with plaintiff's request for a member of her immediate family to be present. Having abused the privilege, plaintiff's brother was requested to wait outside the room until completion of the deposition. It is also important to note that defendants had agreed to bear the expense of the videotaping of the deposition at the request of the plaintiff in yet another attempt to cooperate with plaintiff.

      Accordingly, plaintiff's motion for relief should be denied as frivolous and vexatious.

DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF
TRANSPORTATION, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Eleanor May Mullen
Assistant Attorney General
Federal Bar No. ct22430
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Objection To Plaintiff' Motion For Relief was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 28th day of December, 2004, first class postage prepaid to:

Vorcelia Oliphant
130 Cherry Ann St., No.3
New Haven, CT 06514

_____
Eleanor May Mullen
Assistant Attorney General