UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vorcelia Oliphant,<br>    **PLAINTIFF** | : CIVIL No. 3:04CV00274 (PCD) |
| VS. | : |
| STATE OF CONNECTICUT<br>DEPARTMENT OF TRANSPORTAT-<br>ION, ET. AL.,<br>    **DEFENDANTS** | : DATE:  December 16, 2004 |

## ANTHONY OLIPHANT DECLARATION OF FACTS ON DEPOSITION
## CONDUCTED ON DECEMBER 13TH, 2004

I, Anthony W. Oliphant, being dully self-deposed hereby state the following facts under the penalty of perjury:

1.) I am the party identified in the above referenced title and caption in this matter.

2.) I have personal knowledge of the events occurring on Decemebr 13, 2004, at 55 Elm Street, Hartford, CT. 06106, involving assistant attorney general: Eleanor M. Mullen.

3.) I am over eighteen (18) years of age and believe in the obligation of an oath.

4.) On approximately December 13, 2004, I accompanied my sister, Plaintiff: Vorcelia T. Oliphant, to her scheduled deposition in the above-entitled action at 55 Elm Street, Hartford, CT.

5.) We (I and Plaintiff) had arrived at about fifteen (15)

minutes before 1:00 pm. , as the deposition was scheduled for. Only to be, wrongfully, not met by AAG-Mullen staff until about 1:40 pm. inorder to be accompanied up to the deposition area.

6.) Upon reaching the area scheduled for the deposition, I was surprised by the amount of people already in the area that had total about seven (7) people, not including myself or plaintiff, consisting of: AAG-Mullen, video-man, court-stenographer, and four (4) other un-identified parties not introduced or mentioned.

7.) Before the deposition had begun, I was inappropriately told by AAG-Mullen that I would have to move my seat away from plaintiff, for no obvious reason. Which I did as ordered.

8.) Upon the deposition being started I would not speak or do anything that could be interpreted as being distracting.

9.) Within one (1) hour AAG-Mullen had requested over three (3) breaks in the deposition and at each break AAG-Mullen would again ask me to move my seat, again, for no obvious reason. Also with AAG-Mullen alleging to plaintiff that she had spoken to the court and had gotten a ruling on the plaintiff's pending motion for a protective-order, involving the questions at deposition as I believe, with everything being in favor of AAG-Mullen during the third (3rd) break in the depositions conducted this day (12/13/04).

10.) At about 2:40 pm., again, AAG-Mullen requested another break in the deposition. Which upon AAG-Mullen returning back in the room, I was immediately told by AAG-Mullen that I would have to

leave the deposition and the building.  Which, again, was for no obvious reasons why I should have to leave the deposition being conducted (12/13/04) then?  With this being communicated to me in a nasty and very un-professional tone of voice, by AAG-Mullen.

11.) I did as ordered of me by AAG-Mullen, dispite myself having done nothing wrong, and departed the facility as mandated.

Wherefore, I the undersigned hereby state that the foregoing is both true and correct, under penalty of perjury, under the laws of the state of Connecticut and the United States of America as is now being executed on this 16th day of December, 2004, pursuant 28 U.S.C. §1746, for a valid declaration of facts,

BY: _____
Anthony W. Oliphant, Witness
130 Cherry Ann Street,#3
Hamden, CT. 06514
(203)809-0464

## CERTIFICATION

This is to certify that a copy of the foregoing AFFIDAVIT IN SUPPORT MOTION FOR RELIEF has been mailed, US Postage prepaid, this 21day of December 2004, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

BY: _____
Vorcelia Oliphant
130 Cherry Ann Street,# 3
New Haven, CT 06514
(203)237-7515