UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCEILA OLIPHANT | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV00700 (PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION, | | |
| ET AL. | : | |
| *Defendants* | : | January 6, 2005 |

**DEFENDANTS' REPLY TO PLAINTIFF'S OBJECTION TO DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

Plaintiff's objection is yet another example of plaintiff turning any attempt on the part of defendants' counsel to cooperate with her into a matter of harassment and now a dilatory tactic.

As plaintiff states in her objection, defendants' counsel stated to plaintiff that she would await the court's ruling on her protective order regarding disclosure of her medical notes before obtaining any more of her medical records. Several medical authorizations had been previously produced, submitted to plaintiff's medical providers, and records obtained before the filing of plaintiff's motion. Upon the filing of the motion, defendants' counsel decided to await the court's ruling before accepting the remaining medical authorizations because the substance of the motion inappropriately requests not a protective order but a complete bar to the disclosure of *"any and all communications and notes of communications between plaintiff and her therapist."* (p. 6, Plaintiff's Memorandum Of Law For Protective Order For Medical Information, Doc. # 203). In order to avoid any inappropriate conduct in obtaining any documents relating to

1

plaintiff's motion, let alone make the impossible distinction between medical records and medical notes or communications, defendants' counsel stated to plaintiff that she would await the court's ruling on her motion.

It is clear that plaintiff has no interest in cooperating with defendants' counsel in the prosecution of her lawsuit. Plaintiff also fails to understand that defendants have every right to defend themselves in this lawsuit and to do so vigorously. Having placed her medical state at issue in her allegation of having suffered an adverse employment in being forced to file for disability retirement, they are entitled to all her medical documents despite plaintiff's characterization of the request for medical documents as "overboard." (p.3, Plaintiff's Memorandum Of Law For Protective Order For Medical Information, Doc. # 203). At the same time, defendants' counsel refuses to be placed in the tenuous position of being accused of inappropriate conduct in obtaining her medical record that she has made the subject of a pending motion. Accordingly, defendants renew their request for a thirty day extension of time from the court's ruling on the motion for protective order for filing a dispositive motion.

                                      DEFENDANTS
                                      STATE OF CONNECTICUT,
                                      DEPARTMENT OF
                                      TRANSPORTATION, ET AL.

                                      RICHARD BLUMENTHAL
                                      ATTORNEY GENERAL

BY:
                                      _____
                                      Eleanor May Mullen
                                      Assistant Attorney General
                                      Federal Bar No. ct22430
                                      55 Elm Street
                                      P.O. Box 120
                                      Hartford, CT  06141-0120
                                      Tel: (860) 808-5340
                                      Fax: (860) 808-5383
                                      E-Mail Address:
                                      eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Reply to Plaintiff's Objection To Defendants' Motion For Enlargement Of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 6th day of January, 2005, first class postage prepaid to:

    Vorcelia Oliphant
    130 Cherry Ann St., No.3
    New Haven, CT 06514

                                      _____
                                      Eleanor May Mullen
                                      Assistant Attorney General