UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Vorcelia OLIPHANT, | : | |
|     Plaintiff, | : | |
| | : | |
| -vs- | : | Civil No. 3:02cv700 (PCD) |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF TRANSPORTATION | : | |
|     et al. | : | |
|     Defendants. | : | |

## RULING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER FOR MEDICAL NOTES

Plaintiff moves [Doc. No. 202] for a protective order for her medical information on the basis that confidential communications between herself and her psychotherapist are protected by the psychotherapist-patient privilege. Plaintiff's motion is denied because the psychiatrist-patient privilege does not apply to cases, such as this, where plaintiff has placed her medical condition at issue. See e.g., Conn. Gen. Stat. § 52-146f (5) ("Communications or records may be disclosed in a civil proceeding in which the patient introduces his mental condition as an element of his claim or defense . . .").

SO ORDERED.

Dated at New Haven, Connecticut, January 18 , 2005.

/s/

Peter C. Dorsey
United States District Judge