UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Vorcelia OLIPHANT,<br>　　　Plaintiff,<br><br>　　　-vs-<br><br>STATE OF CONNECTICUT<br>DEPARTMENT OF TRANSPORTATION,<br>　　　et al.<br>　　　　　Defendants. | Civil No. 3:02cv700  (PCD) |

**RULING ON DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME**

　　　Defendants move [Doc. No. 215] for a thirty-day extension of time for filing a dispositive motion, up to and including thirty days from this Court's ruling on Plaintiff's Motion for Protective Order for Medical Notes [Doc. No. 202].  Defendants' motion is **granted**.

　　　This Court denied Plaintiff's Motion for Protective Order for Medical Notes on January 18, 2005.  Accordingly, discovery, including Plaintiff's deposition, shall be completed on or before January 28, 2005.  Dispositive motions shall be filed on or before February 18, 2005.

　　　SO ORDERED.

　　　Dated at New Haven, Connecticut, January 19, 2005.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　Peter C. Dorsey
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge