UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Vorcelia OLIPHANT, | : | |
|     Plaintiff, | : | |
| | : | |
| -vs- | : | Civil No. 3:02cv700  (PCD) |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF TRANSPORTATION, | : | |
|     et al. | : | |
|     Defendants. | : | |
| | : | |

**RULING ON PLAINTIFF'S MOTION FOR SANCTIONS AND RELIEF**

Plaintiff moves [Doc. No. 216] for sanctions and relief from the alleged bad faith conduct of Defendants' counsel. Plaintiff's motion is without merit and, accordingly, is denied.

SO ORDERED.

Dated at New Haven, Connecticut, January  20 , 2005.


                                             /s/

                                    Peter C. Dorsey
                                  United States District Judge