# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2005 JAN 28 P 1:42
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br><u>James F. Byrnes, Commissioner, ET. AL.</u><br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>January 28, 2005 |

## MOTION FOR STAY PENDING APPEAL

Pursuant to Federal Rule of Civil Procedure 62, the Plaintiff moves the court for a stay pending appeal of the order entered on January 18, 2005 that denied plaintiff's motion for protective order of her medical communications.

Plaintiff is not attempting to delay the proceedings but believes the continuance of the proceedings pending the appeal will cause her irreparable harm in this action.

Respectfully Submitted,

BY: /s/ Vorcelia Oliphant
Vorcelia Oliphant, Plaintiff
130 Cherry Ann Street, Unit 3
New Haven, CT 06514
(203)237-7515

## CERTIFICATION

This is to certify that a copy of the forgoing Motion for Stay has been mailed, U. S. Postage prepaid, this 28th day of January 28, 2005, to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

BY: /s/ Vorcelia Oliphant
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203)237-7515

4