UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:02CV700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION | | |
| ET AL. | : | |
|    *Defendants* | : | February 1, 2005 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR STAY PENDING APPEAL

Defendants hereby object to plaintiff's motion for stay pending appeal of the court's order entered on January 18, 2005, denying plaintiff's motion for protective order of her medical communications on the grounds of failure to post a supersedeas bond pursuant to Fed. R. Civ. P.Rule 62(d). The rule provides:

> "When an appeal is taken the appellant by giving a supersedeas bond may obtain a stay subject to the exceptions contained in subdivision (a) of this rule. The bond may be given at or after the time of the filing the notice of appeal or of the order allowing the appeal, as the case may be. The stay is effective when the supersedeas bond is approved by the court."

The exceptions mentioned in Rule 62(a) include injunction cases, receivership cases, and patent infringement cases in which an accounting has been ordered. Becker et al. v. United States et al. 451 U.S. 1306, 1307; 68 L.Ed.2d 828 (1981). The exceptions do not apply to this case which involves a Title VII claim for retaliation for filing various complaints and grievances and a 42 U.S.C. §1983 First Amendment retaliation claim.

In this case, plaintiff has not filed a supersedeas bond along with the notice of appeal. Accordingly, plaintiff is not entitled to a stay pending appeal to the extent she

has failed to post a supersedeas bond at the time of filing her notice of appeal or fails to post the same after the filing of the notice of appeal or by the time of procuring an order allowing the appeal.

                              DEFENDANTS
                              STATE OF CONNECTICUT,
                              DEPARTMENT OF
                              TRANSPORTATION, ET AL.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY:

_____
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. ct22430
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Memorandum In Support Of Motion For Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 1st day of February, 2005, first class postage prepaid to:

Vorcelia Oliphant
130 Cherry Ann St., No.3
New Haven, CT 06514

_____
Eleanor May Mullen
Assistant Attorney General