# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**FILED**
2005 JAN 28 P 1:42
U.S. DISTRICT COURT
NEW HAVEN, CT

Vorcelia Oliphant

v.

CT. Dept of Transportation, et al

CIVIL CASE NO. 3:02 CV 700 (PCD)

## NOTICE OF APPEAL

1. Pursuant to F. R. A. P. 4(a)(1), _Vorcelia Oliphant_ hereby gives notice and
   (appealing party)
appeals to the United States Court of Appeals for the Second Circuit from the following
~~Judgment~~ or Order (attach the Judgment or Order): _____

_____

_____

_____

2. The ~~Judgment~~ /Order in this action was entered on _January 18, 2005_
   (date)

_Vorcelia Oliphant_
Signature

_VORCELIA OLIPHANT_
Print Name

_130 Cherry Ann St, No 3_
_New Haven, CT 06514_
Address

_(203) 237-7515_
Telephone Number

Date: _January 28, 2005_

Note: You may use this form to take an appeal provided that it is received by the Office of the Clerk of the U.S. District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

**DISTRICT OF CONNECTICUT**
**File Number 3:02CV00700**

| | |
|---|---|
| VORCELIA OLIPHANT,<br>*Plaintiff, Petitioner,*<br>v.<br>Department of Transportation, et al:<br>*Defendants, Respondents.* | CASE NO. _____<br><br>NOTICE OF APPEAL |

Notice is hereby given that Vorcelia Oliphant, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from an order from the District court for the District of Connecticut. The order (denied plaintiff's motion for protection of Petitioner's medical communications) was entered in this action on the 18th day of January 2005.

Vorcelia Oliphant
Pro Se Plaintiff/Appellate
130 Cherry Ann Street, Unit 3
(203) 237-7515
New Haven, CT 06514

# CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, US Postage prepaid, this 28t$^h$ day of January 2005, to:

The attorney for all the named defendants:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Clerk of Court
United State Court of Appeals
For the Second Circuit
Thurgood Marshall United States Court House
40 Foley Square
New York, NY 10007

By: _____
Vorcelia Oliphant
Pro Se Plaintiff
130 Cherry Ann Street, Unit 3
New Haven, CT 06514
(203)237-7515

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

Vorcelia OLIPHANT,
      Plaintiff,

-vs-                          Civil No. 3:02cv700 (PCD)

STATE OF CONNECTICUT
DEPARTMENT OF TRANSPORTATION
    et al.
      Defendants.

## RULING ON PLAINTIFF'S MOTION FOR PROTECTIVE ORDER FOR MEDICAL NOTES

Plaintiff moves [Doc. No. 202] for a protective order for her medical information on the basis that confidential communications between herself and her psychotherapist are protected by the psychotherapist-patient privilege. Plaintiff's motion is denied because the psychiatrist-patient privilege does not apply to cases, such as this, where plaintiff has placed her medical condition at issue. See e.g., Conn. Gen. Stat. § 52-146f (5) ("Communications or records may be disclosed in a civil proceeding in which the patient introduces his mental condition as an element of his claim or defense . . .").

SO ORDERED.

Dated at New Haven, Connecticut, January 18, 2005.

                                                          /s/

                                                 Peter C. Dorsey
                                          United States District Judge