UNITED STATES DEISTRICT COURT
DISTRICT OF CONNECTICUT

VORCELIA OLIPHANT : Docket No. 3:02CV0700(PCD)
*Plaintiff,* :

:
*v.* : March 7, 2005
STATE OF CONNECTICUT :
DEPARTMENT OF
TRANSPORTATION, et al.,
*Defendants*

**MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OBJECTIONS TO DEPOSITION QUESTIONS**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure for the District of Connecticut, plaintiff hereby move, nunc pro tunc, for an enlargement of time of fifteen days, or until March 22, 2005, to file any objections to questions of the deposition taken in December 2004. This is plaintiff's first request with respect to the deposition. The Court had granted defendants request for an extension of the discovery deadline within which plaintiff was unable to meet for having to research and file other legal issues.

The undersign pro se plaintiff, due to her schedule, had previously requested from defendant's counsel, on or about February 11, 2004, three weeks within which to "sign-off" on the deposition and raise objections to questions. Defendant's counsel agreed to the date of March 4, 2004. However, because of the size of the lengthy deposition, the emotional energy demanded and the complexity and amount of information pro se plaintiff needs to know to review the deposition to sign-off or file any objections, the amount of time granted and agreed upon was a deadline the plaintiff has not been able to meet. Plaintiff believes she can have the above completed within two weeks.

Wherefore, plaintiff respectfully moves this court, nunc pro tunc, for an enlargement of time within which to meet the requirements for signing-off on the deposition and the filing of any deposition question.

Respectfully submitted by:

Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

CERTIFICATION

I hereby certify that a copy of the foregoing document was mailed, postage prepaid, first class mail, this 7th day of March 2005 to:

Eleanor M. Mullen
Assistant Attorney General
P.O. Box 120
55 Elm Street
Hartford, CT 06141-0120

BY: ____________________
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, NO. 3
New Haven, CT 06514
(203) 237-75115