UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:02CV0700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF TRANSPORTATION ET AL. | : | |
|    *Defendants* | : | March 24, 2005 |

## **DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME NUNC PRO TUNC**

Pursuant to Local Rule 7(b) and the Court's Supplemental Order, the defendants in the above-entitled matter hereby request an enlargement of time nunc pro tunc to file their dispositive motions. In support of this motion, the defendants represent as follows:

1. The deadline for filing dispositive motions was reset to February 18, 2005, by the Court's ruling, dated January 19, 2005 (Doc. # 224).

2. On January 28, 2005, plaintiff filed a Motion for Stay pending appeal of the court's ruling denying her motion for protective order (Doc. # 226) and Notice of Appeal (Doc. # 228).

4. Defendants' counsel acted on the reasonable assumption that the case was stayed but realized that the Court had entered no order granting plaintiff's motion for stay when the Court entered a ruling, dated March 10, 2005, on a different matter. (Doc. #231).

5. In the interest of judicial economy and efficiency, this case should be disposed on summary judgment.

1

WHEREFORE the defendants request an enlargement of time nunc pro tunc for the filing of the motion for summary judgment and accompanying papers in support thereof set forth in the Notice of Compliance filed herewith this even date.

>                DEFENDANTS
>                STATE OF CONNECTICUT,
>                DEPARTMENT OF
>                TRANSPORTATION, ET AL.
>
>                RICHARD BLUMENTHAL
>                ATTORNEY GENERAL
>
> BY:            _____
>                Eleanor May Mullen
>                Assistant Attorney General
>                Federal Bar No. ct22430
>                55 Elm Street, P.O. Box 120
>                Hartford, CT  06141-0120
>                Tel: (860) 808-5340
>                Fax: (860) 808-5383
>                E-Mail Address:
>                eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Motion for Enlargement of Time Nunc Pro Tunc was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of March, 2005, first class postage prepaid to:

Vorcelia Oliphant
130 Cherry Ann St., No.3
New Haven, CT 06514

>                _____
>                Eleanor May Mullen
>                Assistant Attorney General