UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:02CV0700 (PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | | |
| ET AL, | : | |
| *Defendants* | : | March 24, 2005 |

**NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER ON FILINGS**

    The Defendants, State of Connecticut, Department of Transportation, et al., hereby certify that in accordance with the Court's standing Supplemental Order, the Defendants have served a copy this date of the proposed Motion for Summary Judgment, Memorandum of Law in Support of Summary Judgment, Rule 56(a)1 Statement of Undisputed Facts and all moving papers, and a Notice to Pro Se Litigant Opposing Motion for Summary Judgment As Required by Local Rule of Civil Procedure 56(b) on Plaintiff, pro se.

                                                   DEFENDANTS
                                                   STATE OF CONNECTICUT
                                                   DEPARTMENT OF TRANSPORTATION
                                                   ET AL.

                                                   RICHARD BLUMENTHAL
                                                   ATTORNEY GENERAL

                          BY:   _____
                                                   Eleanor M. Mullen
                                                   Assistant Attorney General
                                                   Federal Bar No. 22430
                                                 55 Elm Street, P.O. Box 120
                                                 Hartford, CT  06141-0120
                                                 Tel: (860) 808-5340
                                                 Fax: (860) 808-5383
                                                 email: eleanor.mullen@po.state.ct.us

2

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Compliance With Supplemental Order On Filings was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of March, 2005, United States mail, first class postage prepaid, to:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

_____
Eleanor M. Mullen
Assistant Attorney General