UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | Docket No. 3:02CV0700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION, | | |
| ET AL. | : | |
|    *Defendants* | : | March 24, 2005 |

**NOTICE TO PRO SE LITIGANT OPPOSING MOTION FOR SUMMARY JUDGMENT AS REQUIRED BY LOCAL RULE OF CIVIL PROCEDURE 56(b)**

The purpose of this notice, which is required by the Court, is to notify you that the defendants have filed a motion for summary judgment asking the Court to dismiss all or some of your claims without a trial. The defendants argue that there is no need for a trial with regard to these claims because no reasonable jury could return a verdict in your favor.

THE DEFENDANT'S MOTION MAY BE GRANTED AND YOUR CLAIMS MAY BE DISMISSED WITHOUT FURTHER NOTICE IF YOU DO NOT FILE PAPERS AS REQUIRED BY RULE 56 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND RULE 56 OF THE LOCAL RULES OF CIVIL PROCEDURE. COPIES OF THESE RULES ARE ATTACHED TO THIS NOTICE AND YOU SHOULD REVIEW THEM VERY CAREFULLY.

The papers you file must show that (1) you disagree with the defendant's version of the facts; (2) you have evidence contradicting the defendant's version; and (3) the evidence you rely on, if believed by a jury, would be sufficient to support a verdict in your favor.

To make this showing, you must file one or more affidavits disputing the defendants' version of the facts. An affidavit is a sworn statement by a witness that the facts contained in the affidavit are true to the best of the witness's knowledge and belief. To be considered by the Court, an affidavit must be signed and sworn to in the presence of a notary public or other person authorized to administer oaths. In addition to these affidavits, you may also file deposition transcripts, responses to discovery requests, and other evidence that supports your claims.

If you fail to submit evidence contradicting the defendants' version of the facts, your claims may be dismissed without further notice. It is therefore very important that you read the defendants' motion, memorandum of law, affidavits, and other evidentiary materials to see if you agree or disagree with the defendants' version of the relevant facts. It is also very important that you review the enclosed copy of Rule 56 of the Local Rules of Civil Procedure carefully. This rule provides detailed instructions concerning the papers you must file in opposition to the defendant's motion, including how you must respond to specific facts the defendant claims are undisputed (see Rule 56(a)(2)) and you must support your claims with specific references to evidence (see Rule 56(a)(3)). If you fail to follow these instructions, the defendants' motion may be granted.

You must file your opposition papers with the Clerk of the Court and mail a copy to the defendants' counsel within 21 days of the filing of the defendant's motion with the Clerk of the Court.[1] This 21-day period is extended an additional three days if any of the conditions of Rule

---

[1] In this matter before the Honorable Judge Peter C. Dorsey, the plaintiff needs to follow Judge Dorsey's Supplemental Order (Doc. # 2). The plaintiff must send the original and copy of their opposition motion, memorandum and Rule 56(a) Statement of Facts and any supporting documentation to defendants' counsel who will, after the appropriate 10-day period pursuant to Federal Rules to file a reply brief, will file with the Court the defendants' motion for summary judgment, plaintiff's opposition papers, defendants' reply brief and a notice of compliance with the Court. Plaintiff, upon serving the defendant with the opposition papers, is required to file a notice of compliance with the Court listing the documents served and the date of such service to defendant's counsel.

6(e) of the Federal Rules of Civil Procedure are met (for example, if you received the defendant's motion by mail or overnight delivery service).

                                             DEFENDANTS
                                             DEPARTMENT OF
                                             TRANSPORTATION, ET AL.

                                             RICHARD BLUMENTHAL
                                             ATTORNEY GENERAL


BY: _____
      Eleanor May Mullen
      Assistant Attorney General
      Federal Bar # ct22430
      55 Elm Street, P.O. Box 120
      Hartford, CT  06141-0120
      Tel:  (860) 808-5340
      Fax: (860) 808-5383
      Eleanor.Mullen@po.state.ct.us


## CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Notice to Pro Se Litigant Opposing Motion for Summary Judgment as Required by Local Rule of Civil Procedure 56(b) was mailed, first class postage prepaid, this 24th day of March, 2005 to:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT 06514


                                                _____
                                                Eleanor May Mullen
                                                Assistant Attorney General