UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 APR 18 A 10: 50
U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET Al<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>April 15, 2005 |

## MOTION FOR ENLARGEMENT

Pursuant to Rule 7(b), of the Conn. L. Civ.R. Plaintiff requests an enlargement of time until May 16, 2005 to file repsonses due on or about April 18, and close of filing depositive motions on April 30 2005. Plaintiff also request an enlargement to request nunc pro tunc interrogatories and production defendants objected to about January that plaintiff overlooked for the time to make requests or seek to obtain this information. For this plaintiff will request a motion for a modification to the scheduling order to due her current circumstances and pro se status. Plaintiff about April 8, 2004 had a surgery for an illness that proceeded the surgery by a few weeks that culminated by her being admitted to St. Francis hospital for surgery and a lengthy recovery time(see exhibit attached). This is about plaintiff's 4th motion for enlargement due to medical reasons. Plaintiff has not had opportunity to confer with Defendants' counsel. Plaintiff phoned her at approximately 10:50 am on this date and was informed that she was out for the day. Plaintiff left a message on her voicemail with a description of this motion she intend to file today.

WHEREFORE, the plaintiff requests until May 16, 2005 to have completed the filings of these motions.

1

Submitted by: _____
Vorcelia Oliphant
130 Cherry Ann Street
New Haven, CT 06514
(203)237-7515

# St. Francis Hospital and Medical Center
HARTFORD, CONNECTICUT
## PATIENT DISCHARGE PLAN / INSTRUCTIONS

Date: 4/8/05   Diet: Regular

### INSTRUCTIONS: INCLUDING ACTIVITY / RESTRICTIONS

| | Independent | With Help | Not Allowed | INSTRUCTION |
|---|---|---|---|---|
| Drive Car | | | ✓ | Call if wheezing |
| Lift | | | ✓ | No heavy lifting |
| Return to Work | | ✓ | | when cleared by |
| Shower | ✓ | | | MD |
| Tub Bath | | | ✓ | Call for appt. |
| Sexual Activity | | | ✓ | Call for appt. w/Dr. 3rd fl |
| MEDICATIONS: SEE LIST |  |  |  |  |

### FOLLOW-UP

| | NAME | PHONE | INSTRUCTION |
|---|---|---|---|
| PHYSICIAN: | Srinivasan | 263-2449 | |
| PHYSICIAN: | | | |
| HOME CARE AGENCY: | | | |
| OTHER: | | | |

What are your plans for obtaining your medications:

**CALL YOUR PRIMARY PHYSICIAN WITH ANY QUESTIONS YOU MAY HAVE REGARDING YOUR MEDICATIONS OR CARE.**

VALUABLES RECEIVED ☐ Yes ☐ No ☒ NA

Discharge medication/treatments discussed with patient/support person: ___ Yes ___ No ✗ NA

Discharge medications/treatments understood by patient/support person: ___ Yes ___ No ✗ NA

Prescriptions given to and discussed with patient/support person: ___ Yes ___ No ✗ NA

PHYSICIAN'S SIGNATURE _____ DATE 4/8/05
PATIENT/SUPPORT SIGNATURE _____ DATE 4/8/05
REGISTERED NURSE SIGNATURE _____ DATE 4/8/05

Smoking cessation education given to patient and/or other household member. ☐ YES

For more information call St. Francis Health Connect 1-877-903-7798

07822A (Rev. 3/03)   WHITE COPY - PATIENT   YELLOW COPY - CHART   PINK COPY - PHYSICIAN

Exhibit T

## CERTIFICATION

This is to certify that a copy of the foregoing Motion for enlargement has been mailed, US Postage prepaid first class, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 15th day of April 2005, to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant,
130 Cherry Ann, Unit No. 3
New Haven, CT 06514
(203) 237-7515