# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

FILED
2005 APR 18 A 10: 50

| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF<br>TRANSPORTATION, ET Al<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>April 15, 2005 |
|---|---|

## AFFIDAVIT

I, Vorcelia Oliphant, being over the age of 18 duly deposed and affirmed state the following:

1. I have been ill for many weeks

2. On or about April 8, 2005 I was admitted to St. Francis Hospital.

3. I have given a recovery date of three weeks from the date of Surgery.

4. The date may be changed due to some complications that have since developed.

Submitted by: _____
Vorcelia Oliphant
130 Cherry Ann Street, Unit # 3
New Haven, CT 06514
(203) 237-7515

SHAZIA JAVAID
*NOTARY PUBLIC*
MY COMMISSION EXPIRES JULY 31, 2007

4

## CERTIFICATION

This is to certify that a copy of the foregoing Affidavit has been mailed, US Postage prepaid first class, in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 15th day of April 2005, to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant,
130 Cherry Ann, Unit No. 3
New Haven, CT 06514
(203) 237-7515