UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:02CV00700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION | | |
| ET AL. | : | |
|    *Defendants* | : | April 19, 2005 |

**DEFENDANTS' OBJECTION TO PLAINTIFF'S MOTION FOR ENLARGEMENT**

Defendants hereby object most strenuously to plaintiff's motion for modification of the scheduling order to the extent that she requests a reopening of discovery. Discovery in the above-entitled matter ended on January 28, 2005 pursuant to the Court's order, dated January 19, 2005. (Doc. #224). Defendants filed a Notice of Compliance with Supplemental Order On Filings on March 28, 2005 regarding the service of its Motion For Summary Judgment upon plaintiff. (Doc. # 233). While defendants' have no objection to plaintiff's request for enlargement of time as to the filing of her responsive pleading to defendants' motion for summary judgment, defendants absolutely object to any modification of the scheduling order for the reopening of discovery. Plaintiff fails to offer any credible reason for the reopening of discovery other than her surgery which took place on April 8, 2005, almost four months after the close of discovery. Indeed, the credibility of her reason is undermined by her ability to file a Notice of Appeal to the Second Circuit on January 28, 2005. (Doc. #228).

Accordingly, to the extent plaintiff requests a modification of the scheduling order to reopen discovery, defendants object most strenuously. To the extent plaintiff requests

1

an enlargement of time to file a responsive pleading to defendants' motion for summary judgment, defendants have no objection.

DEFENDANTS
STATE OF CONNECTICUT,
DEPARTMENT OF
TRANSPORTATION, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Eleanor May Mullen
Assistant Attorney General
Federal Bar No. ct22430
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel: (860) 808-5340
Fax: (860) 808-5383
E-Mail Address:
eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Objection to Plaintiff's Motion For Enlargement of Time was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 19th day of April, 2005, first class postage prepaid to:

Vorcelia Oliphant
130 Cherry Ann St., No.3
New Haven, CT 06514

_____
Eleanor May Mullen
Assistant Attorney General

2

3