UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA TANYA OLIPHANT | : | No. 3:02CV00700 (PCD) |
| VS. | : | |
| DEPARTMENT OF TRANSPORTATION, ET AL | : | |
| | : | April 28, 2005 |

## MOTION TO WITHDRAW APPEARANCE

Consistent with a court order by Judge Robert L. Holzberg on April 15, 2005, undersigned counsel respectfully requests that he be allowed to withdraw his appearance in the above-captioned case.

Respectfully submitted:

BY _____
JAMES S. BREWER
Federal Bar No. ct07019
P.O. Box 330343
West Hartford, CT 06133-0343
Tel: 860-216-2876

## CERTIFICATION

A copy hereof was mailed, postage prepaid, on the above-mentioned date, to the following counsel of record:

Vorcelia Tanya Oliphant
130 Cherry Ann Street
New Haven, CT 06514

Eleanor M. Mullen
Attorney General's Office-Employment Rights
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

U.S. Court of Appeals
40 Foley Square
New York, NY 10007

JAMES S. BREWER