UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT, *Plaintiff,* vs. Department of Transportation, ET. AL. *Defendant* | CIVIL NO. 3:02CV00700(PCD) May 16, 2005 |

## PLAINTIFF'S MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION

Plaintiff, pursuant to federal rule of civil procedure 56(e), 56(f) L. Civ. R. 7(b), respectfully requests an additional 25 days to reply to defendants motion for Summary Judgment before the court rules. This time is necessary to reply to defendant's materials, and obtain additional affidavits that plaintiff needs for this motion.

1) Plaintiff has attempted to acquire affidavits however, the individuals are reluctant witnesses and others are concerned for their career security as most have some type of ties to the State of Connecticut Department of Transportation.

2) Plaintiff has had difficulty locating and contacting other potential affiants whom she has only recently located and whose testimonies will prove helpful in her reply to the defendants motion.

3) Plaintiff has had one extension of three weeks to respond to this motion due to health reasons.

Wherefore, Plaintiff respectfully requests 25 days to submit her Response to the defendants' summary judgment motion. Plaintiff has contacted the defendants' counsel at approximately 4:00 p.m. this day, she was not available. Plaintiff

is not able to ascertain defendants' position on this motion. Plaintiff contacted her but she was out. She left a message informing her of this motion and that plaintiff did not received a copy of her last motion (Docket No 238) in opposition to Plaintiff's motion in which Plaintiff gave the court notice of her intention to file, nunc pro tunc, for an extension of discovery (Docket No 236). Court denied the motion. Plaintiff makes this motion because specific additional discovery is needed herein to respond to defendants' particular issues raised in their summary judgment motion.

Respectfully submitted by: _____
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing **PLANTIFF'S MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION** has been mailed, US Postage prepaid, this 16 day of May 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Pro Se

BY: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, # 3
New Haven, CT 06514
(203)237-7515