UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>*Plaintiff,*<br>Vs.<br>Department of Transportation, ET. AL.<br>*Defendant* | CIVIL NO. 3:02CV00700(PCD)<br><br>May 16, 2005 |

## PLANTIFF'S MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION

Plaintiff pursuant to Federal Rule of Civil Procedure 56(e), 56(f), L. Civ. R. 7(b) has requested an extension to respond to defendants motion. Plaintiff has the burden of proof. Plaintiff needs more time to gather facts to respond adequately to the particular statements in defendants' motion. *Sales v. Smith*, E.d. Mo. 1991, 779 F. Supp. 1006, affirmed 960 f.2d 1053. Plaintiff has provided an affidavit showing need for a continuation of discovery to gather the information to address the issues in the motion for summary judgment. . She had requested an extension to discovery (Docket No.236) intended to include the time with that Plaintiff needed an extension to respond to this matter for which she gave the court notice of an extension of discovery nunc pro tunc due to an oversight which was denied. Plaintiff now raise this motion for extension as it is directly relates to the additional information she needs to acquire to respond to the particular issues defendants raise in their motion for summary judgment. (See *Wichita Falls Office Assoc. v Banc One Corp.*, 978 F.2d 915(5th Cir.1992, CA5 Tex), 113 S Ct 2340 affirmed.

Wherefore the plaintiff respectfully requests that the court grant her the extension

Of 25 days to respond to this motion.

Respectfully submitted by: *[signature]*
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing PLANTIFF'S **MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR FURTHER EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION** has been mailed, US Postage prepaid, this 16 day of May 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

                           Pro Se

                           BY: _/s/ Vorcelia Oliphant_
                           Vorcelia Oliphant
                           130 Cherry Ann Street, # 3
                           New Haven, CT 06514
                           (203) 237-7515