UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VORCELIA OLIPHANT,
*Plaintiff,*
vs.
Department of Transportation, ET. AL.
*Defendant*

CIVIL NO. 3:02...

May 16, 2005

## PLAINTIFF AFFIDAVIT OPPOSSING DEFENDANTS MOTION FOR SUMMARY JUDGMENT

I Vorcelia Oliphant do declare under penalty of perjury in accordance with 28 U.S.C. 1746 the following:

I am over the age of 18.

I reside in Connecticut and understand an obligation of this declaration.

I am the plaintiff in the above-entitled action.

In order to properly prepare an affidavit in opposition to defendant's motion for summary judgment in this action, it is necessary that I, the plaintiff, get statements from other witnesses. Some I have spoken with were reluctant to testify because of their proximity to the State of Connecticut Department of Transportation or they fear for their job security. Other witnesses are believed competent to testify but are not reachable. I expect to prove the following facts, on taking their statements:

- Defendants' state of mind or intent in their actions against the plaintiff.
- Have the evidence to refute the fact-finding on September 26, 2004 was not normal
- Plaintiff has been diligent about getting these statements but has not been able to locate some of the witnesses until recently.

Further Not Sayeth the Declarant

Respectfully submitted by: _____
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing **PLAINTIFF AFFIDAVIT OPPOSISING DEFENDANTS MOTION FOR SUMMARY JUDGMENT** has been mailed, US Postage prepaid, this 16 day of May 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

```
Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
```

                                    Pro Se


                                    BY: _____
                                        Vorcelia Oliphant
                                        130 Cherry Ann Street, # 3
                                        New Haven, CT 06514
                                        (203) 237-7515