UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:02CV700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION | | |
| ET AL. | : | |
|    *Defendants* | : | May 19, 2005 |

## DEFENDANTS' OBJECTION TO PLAINTIFF'S FURTHER MOTION FOR EXTENSION OF TIME TO RESPOND TO SUMMARY JUDGMENT MOTION

Defendants hereby object to any further extension of time for the plaintiff to respond to the summary judgment motion on the ground that the motion amounts to a veiled attempt to circumvent the court's ruling denying her recent motion for extension of the discovery deadline. (Doc. # 240). Plaintiff, herself, states that the purpose of this extension is to conduct further discovery, *"Plaintiff makes this motion because specific additional discovery is needed herein to respond to defendants' particular issues raised in their summary judgment motion."* (p.2, Plaintiff's Motion For Further Extension Of Time to Respond To Summary Judgment Motion, dated May 16, 2005). Accordingly, plaintiff's motion is a veiled attempt to circumvent the court's previous ruling denying her motion for extension of discovery .

Defendants attach an email notifying plaintiff of their objection. As of this date, plaintiff's motion has not been docketed to determine if plaintiff was in receipt of said objection at the time of filing of her motion.

WHEREFORE, the defendants object to the granting of any further extension of time for the plaintiff to respond to the summary judgment motion.

DEFENDANTS
DEPARTMENT OF TRANSPORTATION, ET, AL.
RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____

Eleanor May Mullen
Assistant Attorney General
Federal Bar # ct22430
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Eleanor.Mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Objection To Plaintiff's Further Motion For Extension Of Time To respond To Summary Judgment Motion was mailed, first class postage prepaid, this 19th day of May, 2005 to:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

_____
Eleanor May Mullen
Assistant Attorney General

2