**Mullen, Eleanor M.**

**From:** Mullen, Eleanor M.
**Sent:** Tuesday, May 17, 2005 9:29 AM
**To:** 'VTO1@aol.com'
**Subject:** Oliphant v. State of Connecticut, Department of Transportation, et al.

Dear Ms. Oliphant:

    I received your voice message requesting my position on your request for a thirty-day extension of time for your response to the motion for summary judgment.

    This is to inform you that I object to any further extension of time and request that you note my objection in your motion to the court.

    You also stated that you did not receive any copy of the defendants' objection to your previous request for extension of time. The certification on the pleading indicates that it was mailed to you on April 19, 2005. Another copy will be sent to you.

Thank you,
Eleanor Mullen

Eleanor May Mullen
Assistant Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone: (860) 808-5340
Fax:    (860) 808-5383
URL:    http://www.cslib.org/attygenl