UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 MAY 27  A 10: 28

| VORCELIA OLIPHANT, | CIVIL NO. 3:02CV00700(PCD) |
| *Plaintiff,* | DISTRICT COURT |
| vs. | NEW HAVEN, CT |
| Department of Transportation, ET. AL. | May 26, 2005 |
| *Defendant* | |

## PLANTIFF'S MOTION FOR RECONSIDERATION AND ARTICULATION, RELIEF AND TO AMEND JUDGMENT OF COURTS RULING ON PLAINTIFF'S MOTION PER RULE 56(F) FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Plaintiff pursuant to Federal Rule of Civil Procedure 60 (b), 59, 46, 7(b) 11(b), L.Civ.R. 7(c), moves this court for reconsideration, articulation and to amend or alter judgment of the courts ruling (Docket no. 246) Plaintiff had requested time for discovery of 25 days in order to respond to defendants motion for summary judgment. This request and this motion is in no way an attempt to delay the proceedings.  The Court has granted until June 10, 2005 about half the time needed per plaintiff's motion and memorandum Docket No. 243, 244.

Plaintiff seeks articulation of the court's ruling.  The court ruling did not address the key element of plaintiff's requests per rule 56(f) for additional discovery.  Without this articulation or clarification the defendants would have good ground to refuse plaintiff's requests and cause anytime the court grants to be squandered, prejudicing the plaintiff.  It is not clear within the approximate two week time frame granted by the court whether the court is granting Plaintiff only a time extension or permitting her to conduct the discovery needed to respond to defendants' summary judgment.

Plaintiff states herein that the time frame is not sufficient for plaintiff to conduct the discovery necessary to respond to defendants' motion as set forth in her original requests for time

extension per Fed R. Civ. P. 56(f) and memorandum Dockets 243, 244. Plaintiff is not trying to delay the proceedings by such request or this motion.

Wherefore, plaintiff respectfully requests the court to reconsider it ruling Docket No. 246 and amend or alter it it to permit the discovery needed beyond the June 10, 2005 deadline of its ruling or such additional time that the court deems for additional discovery to be had.

Plaintiff setsforth her reasons in her attached Memorandum.

Respectfully submitted by: _(signature)_
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237 -7515

## CERTIFICATION

This is to certify that a copy of the foregoing <u>PLAINTIFF'S</u> <u>MOTION FOR RECONSIDERATION AND ARTICULATION, RELIEF AND TO AMEND</u> <u>JUDGMENT OF COURTS RULING ON PLAINTIFF'S MOTION PER RULE 56(F) FOR</u> <u>EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION FOR SUMMARY</u> <u>JUDGMENT</u> has been mailed, US Postage prepaid, this 25 day of May 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Pro Se

BY: _____
     Vorcelia Oliphant
     130 Cherry Ann Street, # 3
     New Haven, CT 06514
     (203)237-7515