UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No.3:02CV0700 (PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | | |
| DEPARTMENT OF TRANSPORTATION | : | |
| *Defendants* | : | JUNE 6, 2005 |

## MOTION TO QUASH AND FOR SANCTIONS

Defendants, State of Connecticut, Department of Transportation et al., hereby move to quash the attached subpoenas duces tecum, dated June 2, 2005, issued by Phyllis M. Malone, Clerk, on behalf of the plaintiff, Vorcelia Oliphant and served upon non-parties to the above-entitled matter; namely John Rorrio, Kim Medley, Robert O'Connor, John Vitale, and Peggy DesRoberts on June 3, 2005. The subpoenas command these persons to appear at 43 Woodland St., Suite 200, Hartford, CT 06105 on June 7, 2005, for purposes of taking their deposition in the above-entitled matter. In support of this motion, defendants submit that the above-described deposition subpoenas impose an unreasonable burden upon the above-described persons based on the short notice of four calendars days, including only two business days, requiring the protection of the witnesses by the court pursuant to Fed. R. Civ. P. 45(c)(1). More importantly, the depositions of these non-parties amount to "fact" discovery that is beyond the deadline for discovery and are therefore inappropriate, requiring that the deposition subpoenas be vacated. Finally, said subpoenas amount to willful disobedience of a court order (Doc. #240) denying plaintiff's request to reopen discovery and as such deserve the imposition of sanctions.

WHEREFORE, the defendants, State of Connecticut, Department of Transportation, et al., move for entry of an order quashing the attached subpoenas and request that they be allowed to file a bill of costs related to the filing of this motion.

        DEFENDANT
        STATE OF CONNECTICUT
        DEPARTMENT OF TRANSPORTATION
        ET AL.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL

BY: _____
        Eleanor M. Mullen
        Assistant Attorney General
        Federal Bar No. 22430
        55 Elm Street
        P.O. Box 120
        Hartford, CT  06141-0120
        Tel: (860) 808-5340
        Fax: (860) 808-5383
        email: eleanor.mullen@po.state.ct.us

# **CERTIFICATION**

I hereby certify that a copy of the foregoing Motion To Quash was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 7th day of June, 2005, first class postage prepaid to:

Vorcelia Oliphant
130 Cherry Ann St., Unit 3
New Haven, CT 06514

_____
Eleanor M. Mullen
Assistant Attorney General