UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No.3:02CV0700 (PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT | | |
| DEPARTMENT OF TRANSPORTATION | : | |
| *Defendants* | : | JUNE 7, 2005 |

**MOTION FOR PROTECTIVE ORDER**

Defendants, State of Connecticut, Department of Transportation et al., hereby move for a protective order pursuant to Fed. R.Civ. P. Rule 37 to limit the scope of the depositions of John Rorrio, Kim Medley, Robert O'Connor, John Vitale, and Peggy DesRoberts in the event the Court allows the depositions to go forward and denies the defendants' Motion To Quash, filed on this same date.  Specifically, the defendants request that the court issue an order directing as follows:

(a) that plaintiff may not inquire through discovery about matters that the court has precluded from her case pursuant to the order of the court dated July 21, 2003, (Doc. #111);

(b) that if the plaintiff asks questions of the deponents that violate the court order, the witness may decline to answer the question so counsel can present the issue to the court for a ruling, if necessary.

The defendants seek this protective order to avoid any circumvention of the Court's prior ruling on the part of plaintiff.  Defendants further request that the Court order the plaintiff to conduct the depositions at the courthouse because of information

regarding plaintiff's medical condition that was disclosed during discovery.  Defendants have submitted a memorandum in support hereof.

    WHEREFORE, the defendants respectfully move for an order limiting the scope of the deposition, instructing plaintiff not to inquire into any issues addressed by the Court's prior ruling (Doc. #111) and that the deposition be held at the courthouse.

                                               DEFENDANTS
                                               DEPARTMENT OF
                                               TRANSPORTATION,
                                               ET. AL.

                                               RICHARD BLUMENTHAL
                                               ATTORNEY GENERAL

BY: _____
       Eleanor May Mullen
       Assistant Attorney General
       Federal Bar # ct22430
       55 Elm Street, P.O. Box 120
       Hartford, CT  06141-0120
       Tel:  (860) 808-5340
       Fax: (860) 808-5383
       E-mail :
       eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Motion For Protective Order was mailed, first class postage prepaid, this 7th day of June, 2005 to:

Vorcelia Oliphant,
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

                                                                            _____
                                                                            Eleanor May Mullen
                                                                            Assistant Attorney General