**Mullen, Eleanor M.**

| | |
|---|---|
| **From:** | Mullen, Eleanor M. |
| **Sent:** | Tuesday, June 07, 2005 9:20 AM |
| **To:** | 'VTO1@aol.com' |
| **Subject:** | Witnesses |

Ms. Oliphant:

    Judge's Dorsey's clerk has informed me of the need to contact the witnesses regarding the stay of the depositions. I have done so.

Eleanor Mullen


Eleanor May Mullen
Assistant Attorney General's Office
55 Elm Street
P.O. Box 120
Hartford, CT 06106

Phone: (860) 808-5340
Fax:   (860) 808-5383
URL:   http://www.cslib.org/attygenl

## Mullen, Eleanor M.

**From:** VTO1@aol.com
**Sent:** Tuesday, June 07, 2005 10:00 AM
**To:** Mullen, Eleanor M.
**Subject:** Re: Witnesses

Why would you need to contact my witnesses? This I don't understand. I have contacted all as of last night except one person whose email address I could not obtain. Who I intended to call this morning.

I consider your contacting my witnesses, before I can depose them and who you are not representing as counsel, as a huge conflict.

6/7/2005