UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUN 20 P 3: 41

| VORCELIA OLIPHANT, *Plaintiff,* vs. Department of Transportation, ET. AL. *Defendant* | CIVIL NO. 3:02CV00700(PCD) June 16, 2005 |
|---|---|

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Plaintiff opposes defendant's motion pursuant to Fed R. Civ. Procedure 45. Defendants motion is another attempt to have the subpoenas/depositions quashed which it is in the courts' discretion to modify or quash. Therefore, defendants motion for protection amounts to a frivolous motion and serves as another example of what the plaintiff has continually had to contend from the defendants in these proceedings.

Defendants bring this motion to per Federal Rule of Civil Procedure 37 for sanctions and to compel discovery disguised as a protective order.

If defendants intended this to be a motion per federal rule of civil procedure 26 that addresses protective order in discovery plaintiff states notes that:

1. Defendants have not demonstrated standing for the protective order
2. Defendants here again demonstrate no legal grounds upon which this protective order can be granted.
3. Defendants motions with regards to discovery per plaintiff's requests pursuant to Fed. R. Civ. P. 56(f) (Docket No. 243, 244) and Court's ruling (Docket No. 246) has amounted to dilatory tactics that plaintiff has had to contend throughout these proceedings and is thereby being prejudiced by defendants actions.

Wherefore, plaintiff requests that defendants motion for protective order are denied in the interest of justice with which they have tried to obstruct and interfere with plaintiff obtaining any

discovery through their frivolous motions. Plaintiff submits her Memorandum of Law in support of this motion

Respectfully submitted by: /s/

Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing <u>PLAINTIFF'S MOTION IN OPPOSITION TO DEFEDANTS MOTION FOR PROTECTIVE ORDER</u> has been mailed, US Postage prepaid, this 16, day of June 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Pro Se

BY: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, # 3
New Haven, CT 06514
(203) 237-7515