UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>*Plaintiff,*<br>vs.<br>Department of Transportation, ET. AL.<br>*Defendant* | CIVIL NO. 3:02CV00700(PCD)<br><br>June 22, 2005 |

## MOTION TO FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO QUASH AND FOR SANCTIONS AGAINST DEFENDANTS IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH AND FOR SANCTIONS

Plaintiff respectfully request permission to file a surreply to Defendants reply Objection to Plaintiff's Motion to Quash and For Sanctions Against Defendants in Opposition to Defendants' Motion to Quash and for Sanctions for the purpose of correcting glaring mistatements as set for therein.

Plaintiff's Surreply is attached.

Respectfully submitted by: *[signature]*
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing <u>PLAINTIFF'S MOTION TO FOR LEAVE TO FILE SUR-REPLY TO DEFENDANT'S OBJECTION TO PLAINTIFF'S MOTION TO QUASH AND FOR SANCTIONS AGAINST DEFENDANTS IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH AND FOR SANCTIONS</u> has been mailed, US Postage prepaid, this 22, day of June 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Pro Se

BY: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, # 3
New Haven, CT 06514
(203) 237-7515