UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT | : | CIVIL NO. 3:02CV0700(PCD) |
|    *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | |
| ET AL. | | |
|    *Defendants.* | : | July 1, 2005 |

### NOTICE OF COMPLIANCE WITH SUPPLEMENTAL ORDER

In accordance with the Court's Supplemental Order, the Defendants, State of Connecticut, Department of Transportation, James F. Byrnes, Arthur Gruyn, Brian Castler, Francine Houston, Jo Ann Devine, Alan Mazzola and Keith Anderson hereby file their Motion for Summary Judgment and all accompanying moving papers, and respectfully represent as follows:

    1.    A copy of defendants' Motion for Summary Judgment and accompanying moving papers was forwarded to the pro se plaintiff via first class mail on March 24, 2005.

    2.    A notice of compliance was filed with the Court on the same date (Doc. # 233).

    3.    A Notice to Pre Se Litigant Opposing Motion for Summary Judgment As Required by Local Rule of Civil Procedure 56(b) was served the same date along with copies of Rule 56 of the Federal Rule of Civil Procedure and Rule 56 of the Local Rules of Civil Procedure on the pro se plaintiff (Doc. # 234).

4. The plaintiff's opposition papers, following two motions of extensions of time, were due on June 24, 2005 pursuant to a Court Order (Doc. # 262, dated June 21, 2005). As of this date, no opposition to Defendants' Motion for Summary Judgment has been received.

WHEREFORE, the defendants file with the Court their unopposed Motion for Summary Judgment and pray that the motion be granted.

>
> DEFENDANTS
> DEPARTMENT OF TRANSPORTATION, ET AL.
>
> By:  RICHARD BLUMENTHAL
>      ATTORNEY GENERAL
>
>
> _____
> Eleanor M. Mullen
> Assistant Attorney General
> Federal Bar No. ct22430
> 55 Elm Street, P.O. Box 120
> Hartford, CT 06141-0120
> Tel: (860) 808-5340
> Fax: (860) 808-5383
> Email:Eleanor.Mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Notice of Compliance with Supplemental Order was mailed this 1st day of July, 2005, first class postage prepaid, to:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT  06514

>
> _____
> Eleanor M. Mullen
> Assistant Attorney General