UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | Docket No. 3:02CV0700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION, | | |
| ET AL. | : | |
| *Defendants* | : | March 24, 2005 |

**DEFENDANTS' INDEX OF EVIDENCE IN SUPPORT
OF THEIR MOTION FOR SUMMARY JUDGMENT**

Exhibit 1    Plaintiff's Responses to Defendants' Interrogatories, dated March 6, 2003;

Exhibit 2    Affidavit of James Connery, dated March 23, 2005;

Exhibit 3    Application for Retirement Benefits on behalf of Vorcelia Oliphant, effective February 2, 2004;

Exhibit 4    Notice of Decision in the Matter of the Application of Vorcelia Oliphant, # 418900, Hearing No. D-8729, dated November 22, 2004;

Exhibit 5    Letter from Vorcelia Oliphant to Cordula, dated February 2, 2001;

Exhibit 6    Affidavit of Illegal Discriminatory Practice, dated April 2, 2001;

Exhibit 7    Affidavit of Illegal Discriminatory Practice, dated March 18, 2004;

Exhibit 8    Copy of Affidavit of Wanda Seldon, dated October 29, 2003;

Exhibit 9    Letter from Seldon to Oliphant, dated December 9, 2003;

Exhibit 10   Excerpts from Continued Deposition of Vorcelia Oliphant, dated December 13, 2004;

Exhibit 11   Affidavit of Cordula, dated November 15, 2004;

Exhibit 12   Affidavit of Michael Lonergan, dated November 15, 2004;

Exhibit 13   Affidavit of James P. Connery, dated November 15, 2004;

Exhibit 14    Affidavit of Francis J. Kaminski, dated November 15, 2004;

Exhibit 15    Affidavit of Wanda N. Seldon, dated November 15, 2004;

Exhibit 16    Affidavit of Ines M. Feliciano, dated November 15, 2004;

Exhibit 17    Copies of Affidavits of Arthur Gruhn, Brian Castler, Keith Anderson, Jo Ann Devine, Francine Houston, Alan J. Mazzola, James F. Brynes, all dated October 23, 2003.

DEFENDANTS
DEPARTMENT OF
TRANSPORTATION, ET AL.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:    _____
Eleanor May Mullen
Assistant Attorney General
Federal Bar # ct22430
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Tel:  (860) 808-5340
Fax: (860) 808-5383
Eleanor.Mullen@po.state.ct.us

**CERTIFICATION**

      I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Index of Evidence in Support of their Motion for Summary Judgment was mailed, first class postage prepaid, this 24th day of March, 2005 to:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

In accordance with the Court's Supplemental Order (Doc.# 2) in this matter, this certification represents only that this document has been provided to the above for her review and response, to then be returned to the undersigned for filing with the Court along with any reply thereto as may be deemed appropriate.

                                                                                                Eleanor May Mullen
                                                                                               Assistant Attorney General