**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VORCELIA OLIPHANT | : | Case No. 3:02CV0700 (PCD) |
| *Plaintiff* | : | |
| v. | : | Judge Peter C. Dorsey |
| | : | |
| Dept. of Transportation, | : | Notice of Manual Filing |
| et al. | : | |
| *Defendants* | : | March 24, 2005 |

Please take notice that the Defendants have manually filed the following document or thing

Exhibits in Support of Defendants' Motion for Summary Judgment

These exhibits have not been filed electronically because

[ x ]   the document or thing cannot be converted to an electronic format
[ x ]   the electronic file size of the document exceeds 1.5 megabytes
[   ]   the document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 57(b)
[   ]   Plaintiff/Defendant is excused from filing this document or thing by Court order.

The document or thing has been manually served on all parties.

Respectfully submitted,

/s/ Eleanor May Mullen
Eleanor May Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT  06141-0120
Phone: (860) 808-5340
Fax: (860) 808-5383
E-mail: Eleanor.Mullen@po.state.ct.us
Federal Bar # ct 22430

**CERTIFICATION**

The undersigned does hereby certify that on the 24th day of March, 2005, a true and accurate copy of the forgoing was sent by First Class United States mail, first class postage prepaid, to the following:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT  06514

In accordance with the Court's Supplemental Order (Doc.# 2) in this matter, this certification represents only that this document has been provided to the above for her review and response, to then be returned to the undersigned for filing with the Court along with any reply thereto as may be deemed appropriate.

_____
Eleanor May Mullen
Assistant Attorney General