UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL -8 P 1: 23

US DISTRICT COURT
NEW HAVEN, CT

| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>Department of Transportation, ET AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>July 7, 2005 |
|---|---|

## PLAINTIFF'S MOTION FOR RELIEF FROM COURT ORDER No.262 DATED JUNE 20, 2005 FOR FILING DEADLINE ON JUNE 24, 2005 CHANGED TO JULY 1, 2005 OPPOSSITION TO SUMMARY JUDGMENT

Plaintiff pursuant to Federal Rules of Civil Procedure 6(b)(2), 61 and 60(b) and local rule 7 and 7(B)2, respectfully moves for relief from the filing deadline of Defendant's Motion for Summary Judgment dated March 24, 2005 and Court's orderNo. 262 Dated June 20, 2005. Plaintiff missed the deadline due partly due illness, related circumstances and the short time ordered to file the motion and moving papers.

Plaintiff submits the attached memorandum and affidavit in support of this motion.

Submitted by: _____
Vorcelia Oliphant
130 Cherry Ann Street, # 3
New Haven, CT 06514

## CERTIFICATION

This is to certify that a copy of the foregoing PLAINTIFF'S MOTION FOR RELIEF FROM COURT ORDER No. DATED JUNE 20, 2005, No. 262 FOR FILING DEADLINE ON JUNE 24, 2005 CHANGED TO JULY 1, 2005 OPPOSSITION TO SUMMARY JUDGMENT has been mailed, US Postage prepaid, this 8th, day of July 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120


BY: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, # 3
New Haven, CT 06514
(203) 237-7515