UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL -8 P 1: 23
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>  Plaintiff,<br>vs.<br>  Department of Transportation, ET. AL.<br>  Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>July 7, 2005 |

## PLAINTIFF'S MEMORANDUM FOR RELIEF FROM COURT'S JUNE 20, 2005 RULING No. 262 and FILING DEADLINE ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Plaintiff in the above captioned case submits this memorandum in support of her motion for relief from court order dated June 20, 2005 in hopes that the court consider the circumstances as set forth in her attached affidavit. Plaintiff request relief pursuant to Federal Rules of Civil Procedure 6(b)(2), 61 and 60(b) and local rule 7 and (b).

Wherefore, plaintiff request relief of the court's June 20, 2005 ruling due to the harmless error by the plaintiff for the omission of the responsive pleading by her in these proceeding. Plaintiff contends excusable neglect that may have interfered with her meeting the deadline due to the combined circumstances set forth in her Affidavit attached.

Respectfully submitted by: _____
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, US Postage prepaid, this 8th day of July 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

BY: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, # 3
New Haven, CT 06514
(203) 237-7515