FILED

2005 JUL -8 P 1: 23

U.S. DISTRICT COURT
NEW HAVEN CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br><u>Department of Transportation, ET. AL.</u><br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>July 7, 2005 |

### AFFIDAVIT OF VORCELIA OLIPHANT FOR MOTION FOR LEAVE TO FILE OPPOSITION TO SUMMARY JUDGMENT

I, Vorecelia T. Oliphant, am over the age of 18 and do understand the seriousness of an oath. I state the following in accordance with 28 U.S.C. 1746:

1) I am a resident of the State of Connecticut.

2). On Friday July 1, 2005 I suffered a severe migrane headache.

3) I had been confined to my home the holiday weekend.

3) I have been without certain medication I am prescribed due to a glich in a change of my insurance coverage.

4) Also, my pharmacy, which is not a major chain, was closed on the holiday.

5) I missed the deadline of July 1, 2005 that I had to meet for timely filing opposition to summary judgment. The court had permitted, me, upon my phoning on Tuesday June 27, 2004 when I received the court's order in the mail for the June 24, 2004 deadline, to file the brief on Friday July 1, 2005.

6) In spite of the court's extension, I was not able to meet the deadline that was given me.

7) I can not fully know but for my condition whether or not I would have been able to complete this motion within the threes day given from Tuesday June 27, 2005 by the deadline given of July 1, 2005.

8) As such, as of Friday there was still work to do on the motion. I exercised all diligence in an attempt to meet this deadline which the above circumstances contributed in my missing. I had not been able to complete it until today July 7, 2005.

9) I hope the court would consider in light of its extensions that this was not at all anticipated and that I have with all diligence, especially since last Tuesday, June 27, 2005, made every effort to meet the July 1, 2005 deadline.

FURTHER AFFIANT SAYET NOT

_____
Vorcelia T Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

Date: July 7, 2005

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, US Postage prepaid, this 8th day of July 2005, in accordance to Rule 5(b) of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

BY: _____
Vorcelia Oliphant
130 Cherry Ann Street, # 3
New Haven, CT 06514
(203) 237-7515