UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2005 JUL -8 P 1: 23
U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF TRANSPORTATION, ET AL.<br>Defendants | CIVIL NO. 3:02CV0700(PCD)<br><br>July 7, 2005 |

## PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS MOTION FOR SUMMARY JUDGMENT

Plaintiff pursuant to Federal Rule of Civil Procedure 56(a)(2), hereby moves in opposition to defendants' motion for Summary Judgment. Plaintiff believes the evidence she is submitting overcomes defendants' motion to show there are genuine issue of material facts in dispute that are a matter of law. Also, plaintiff pursuant to Federal R. of Civ. Procedure 46 takes exception to the Courts' ruling No. 111. Any evidence that may be in the record and barred by the courts' ruling 111 are offers of proof that plaintiff would have submit if permitted. All evidence will support Plaintiff claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq.m (Title VII), for a claim of First Amendment retaliation against the individual defendants under 42 U.S.C §1983. Defendants do not support the claim that defendants are entitled to qualified immunity from and, furthermore, the individual defendants are not entitled to qualified immunity. Plaintiff submits a Statement of Facts, with this motion and her evidence.

Wherefore, Plaintiff requests that defendants motion for Summary Judgement be denied.

Respectfully submitted by: *[signature]*
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237 –7515

## CERTIFICATION

This is to certify that a copy of the PLAINTIFF'S MOTION IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 8TH day JULY 2005 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

        PRO SE Plaintiff

BY: *[signature]*
    Vorcelia Oliphant
    130 Cherry Ann Street, Unit 3
    New Haven, CT 06514
    (203) 237-7515