UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JUL -8 P 1: 23

U.S. DISTRICT COURT
NEW HAVEN CT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF<br>TRANSPORTATION, ET AL.<br>Defendants | CIVIL NO. 3:02CV0700(PCD)<br><br>July 7, 2005 |

## PLAINTIFF INDEX OF EVIDENCE IN SUPPORT OF HER MOTION IN OPPOSITION TO SUMMARY JUDGMENT

EXHIBIT    1 Family Medical Leave Documentation w/notes from J. Connery

EXHIBIT    2. Letter to Retirement & Benefit Division Dated April 15, 2004

EXHIBIT    2A December 1, 2004 Letter of appeal to Retirment Board1

EXHIBIT    3 January 24, 2001 Complaint to Affirmative Action

EXHIBIT    3A Two memos dated March 14, 2002 1:01, 2:17between plaintiff and Affirmative Action Cordula

EXHIBIT    3B Memo plaintiff to Cordula of Affirmative Actiondated March 23, 2001

EXHIBIT    3C Memo Oliphant to Afrimative Action-Ms. Cordual dated April 19, 2001

EXHIBIT    3d    Plaintiff Deposition Pag 82:4-25; 83:1-5

EXHIBIT    3E Emails Parties:One letter to Dr. Libby of DAS, 5 emails Jay Doody, Plaintiff, Jo Devine
Back-up for the January 24, 2001 Affirmative Action complaint dated.

EXHIBIT    4 Plaintiff Grievance dated February 22, 2001

EXHIBIT    5 Copy Front Page of Connecticut Commission on Human Rights
Opportunities date filed April 2, 2001

EXHIBIT      6 Complaint letter to Ms. Cordula date January 30, 2003. Received in Affirm. Act. January 31, 2003

EXHIBIT      7 Plaintiff Disclaimer filed Oct 22, 2001 Cover Memo to Frederick Sanders, Filed by Jay Doody for plaintiff

EXHIBIT      8 Copy of Article 8 of Personnel Records, Derogatory information in file can be grieved

EXHIBIT      9 CHRO Case No. 0110381 Affidavit Pages 9-10

EXHIBIT      9A  9 Emails From plaintiff to F. Houston,and between Plaintiff and Devine; July 31, 2000April 03, 2000,March 27, 2000 regarding sick time usage as related to counseling for sick time usage. And Service Rating For September 2000 with memo attached. Service Rating not signed but in signature box a note to see attached memo.

EXHIBIT      9B  Two written counseling dated August 9, 2001, June 10, 2001.

EXHIBIT      10 Affidavit of Timoth J. McGuane

EXHIBIT      11  Plaintiff Deposition Page 104:118-1-5

EXHIBIT      12  Five emails between Connery and Plaintiff January 7, 2003 10:49 AM thorugh Janary 8, 2003 1:53 PM; April 3, 2003, 9:04 AM

EXHIBIT      13 Seventeen emails: 4 emails on April 1, 2003 9:19AM-9:27 AM Between Plaintiff and Alberta Goodwin of PC support; 8 emails between Connery and Plaintiff October 4, 2002 through October 11, 2002; 2 emails between Plaintiff and B. Castler on May 9, 2002 through May 17, 2002 at 8:38,  3 emails between J. Bouchey and Plaintiff dated May 15, 2001-May 31, 2001.

EXHIBIT      14  Fact-Finding For vorclia Oliphant Dated September 26, 2003

EXHIBIT      15 Affidavit of Plaintiff of events leading to fact finding of September 26, 2003

EXHIBIT      16 Letter To Dave Glidden dated May 26, 2005, with 2 attachements of "Advice of Change in Payroll" Put On Suspension, Reinstate From Suspension

EXHIBIT      17 4 Emails dated between August 14, 2003 through August 19, 2003 Between Plaintiff, Connery, and Lonergan( numbered A, B-1, B-2, C, D)

EXHIBIT      18 Plaintiff Depo p. 137: 10-16

EXHIBIT      19 Plaintiff Depo page. 144: 24 through page 145:5; page 136:2 through page 137:16;

EXHIBIT     19A    Minority In Action Meeting Agenda dated March 13, 2001

EXHIBIT     20    Affidavit of John J. Doody dated July 19, 2001, email to John J. Doody from Plaintiff dated July 6, 2001, CGS 5-226.

EXHIBIT     21 Eleven Emails: 6 emails dated April 3, 2001 through April 6, 2001 between plaintiff and B. Castler; 5 emails dated January 24, 2001 through January 25, 2001.

EXHIBIT     22 Email date March 8, 2001 from Oliphant to Gruhn.

EXHIBIT     23 Organization chart, Statistical data of Officials/Adm Statewide dated 3/4/02; Legislative Strategy Board Manager Position

EXHIBIT     24  21 Emails: 2 between P. Macher and Plaintiff dated 7/21/03-7/22/03; 12 Emails between M. Lonergan and Plaintiff dated July 24, 2003 through August 21, 2003; 6 between Connery and Plaintiff dated August 14, 2003 through August 20, 2003. One email from P.C. support; One email of the meeting invite.

EXHIBIT     25  6 Emails: 1 email from R. Weicki to Plaintiff; dated September 25, 2001, 2 Emails between Connery and Plaintiff.Dated from September 26, 2001 through September 26, 200; 1 email from plaintiff to Connery dated June 5, 2001. 2 emails between R.Weicki and Plaintiff dated September 21, 2001

EXHIBIT     26  5 emails between Connery and Plaintiff Dated June 11, 2002.

EXHIBIT     27 8 Emails between Castler and Plaintiff. Dated from May 3, 2002 through May 17, 2002. 1 memo dated May 6, 2002

EXHIBIT     28 Plaintiff's deposition. Page 136:2-6, 7,11-25; page 137:1-2

EXHIBIT     29 Plaintiff's deposition Page 137: 8-18, 21-25; page 138:1-2, 23-35; page 139:1-3.

EXHIBIT     29A  PLAINTIF DEPO. P. 136: 1 through P. 137; 1-20; 147: 8-17 P. 34: 17-19

EXHIBIT     30 Date outlook completed task-Date for ride your bike to work day, dated May 25, 2001

EXHIBIT     31 Note obtain on October 18, 2001 information shown is for visit nurse on October 15, 2001.

EXHIBIT     32 Memo from James Connery Re: Dated September 18, 2003 and given on September 29, 2003.

3

## CERTIFICATION

This is to certify that a copy of the PLAINTIFF'S INDEX OF EVIDENCE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT in accordance with Rule 5(b) has been mailed, U. S. Postage prepaid, this 8TH day JULY 2005 to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT  06141-0120

        PRO SE Plaintiff

        BY: _____
        Vorcelia Oliphant
        130 Cherry Ann Street, Unit 3
        New Haven, CT 06514
        (203) 237-7515

3