UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT : | CIVIL NO. 3:02CV0700(PCD) |
|    *Plaintiff,* : | |
| : | |
| v. : | |
| : | |
| STATE OF CONNECTICUT, : | |
| DEPARTMENT OF TRANSPORTATION : | |
| ET AL. | |
|    *Defendants.* : | JULY 19, 2005 |

### DEFENDANTS' MOTION FOR ENLARGEMENT OF TIME

Pursuant to Local Rule 7(b), defendants, State of Connecticut, Department of Transportation et al. respectfully request an enlargement of time of ten (10) days for the filing of their responsive pleadings to Plaintiff's Memorandum In Opposition To Defendant's Motion For Summary Judgment. Plaintiff's responsive pleading was due on or before June 24, 2005, pursuant to the Court's ruling (Doc.#262), but filed on July 7, 2005, without any proper request for an enlargement of time in accordance with Local Rule 7(b). Defendant's responsive pleadings are due on or about July 22, 2005, in compliance with the ten period for filing a reply set by Local Rule 7(d). Accordingly, defendant requests an additional ten (10) days for the filing of their responsive pleadings and accompanying papers. The request is made because of the need to address the numerous issues raised by Plaintiff's Memorandum In Opposition To Defendant's Motion For Summary Judgment and the press of other matters.

Pro se plaintiff, objects to this enlargement request because it conflicts with her schedule.

WHEREFORE, defendant respectfully requests a ten (10) day enlargement of time, up to and including August 5, 2005, to file its responsive pleadings to Plaintiff's Memorandum In Opposition To Defendant's Motion For Summary Judgment .

          DEFENDANT
          DEPARTMENT OF TRANSPORTATION, ET. AL.

          RICHARD BLUMENTHAL
          ATTORNEY GENERAL

BY: _____
     Eleanor May Mullen
     Assistant Attorney General
     Federal Bar # ct22430
     55 Elm Street, P.O. Box 120
     Hartford, CT  06141-0120
     Tel:  (860) 808-5340
     Fax: (860) 808-5383
     E-mail : eleanor.mullen@po.state.ct.us

## CERTIFICATION

I hereby certify that pursuant to Rule 5(b) of the Federal Rules of Civil Procedure a copy of the foregoing Defendants' Memorandum In Support of Motion For Protective Order was mailed, first class postage prepaid, this 19th day of July, 2005 to:

Vorcelia Oliphant,
130 Cherry Ann Street, Unit 3
New Haven, CT 06514

_____
Eleanor May Mullen
Assistant Attorney General