UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT | : | CIVIL NO. 3:02CV0700(PCD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | : | |
| DEPARTMENT OF TRANSPORTATION | : | |
| ET AL. | | |
| *Defendants.* | : | AUGUST 2, 2005 |

## MOTION TO STRIKE PLAINTIFF'S LOCAL RULE 56(a)2 STATEMENT OF UNDISPUTED FACTS

Pursuant to Fed. Rule Civ. P. Rule 56 and Local Rule 56, the defendants hereby move to strike the inadmissible evidence proferred in the exhibits and numerous paragraphs of Plaintiff's Local Rule 56(a)(2) Statement of Undisputed Facts, submitted in opposition to Defendants' Motion For Summary Judgment, for the reason that said evidence is barred from being presented by the Court's ruling (Doc. #111), and is unsupported by citation to admissible evidence, lacks any citation to such evidence at all or merely assert legal conclusions and plaintiff's own opinion or speculation and, furthermore, raise claims previously dismissed by the Court rulings (Doc. #98, #106, #176) or assert new claims not raised in either of the two complaints that form the basis of this action. Finally, defendants move to strike plaintiff's Local Rule 56(a)2 Statement of Undisputed Facts in its entirety for failure to comply with Local Rule 56.

All the above reasons are more particularly set forth in the accompanying Memorandum of Law In Support of Motion to Strike of even date herewith.

DEFENDANTS
DEPARTMENT OF
TRANSPORTATION, ET AL.


By:    RICHARD BLUMENTHAL
ATTORNEY GENERAL


_____
Eleanor M. Mullen
Assistant Attorney General
Federal Bar No. ct22430
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120
Tel:  (860) 808-5340
Fax:  (860) 808-5383
Email:Eleanor.Mullen@po.state.ct.us


**<u>CERTIFICATION</u>**

I hereby certify that a copy of the foregoing Motion To Strike Plaintiff's Local Rule 56 (a)(2) Statement of Undisputed Facts was mailed this 2nd day of August, 2005, first class postage prepaid, to:

Vorcelia Oliphant, pro se
130 Cherry Ann Street, Unit 3
New Haven, CT  06514


_____
Eleanor M. Mullen
Assistant Attorney General