UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
| *Plaintiff* | : | 3:02CV700(PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, DEPARTMENT OF TRANSPORTATION ET AL. | : | |
| *Defendants* | : | March 24, 2005 |

**MOTION FOR SUMMARY JUDGMENT**

COMES NOW the Defendants, pursuant to Rule 56 of the Federal Rules of Civil Procedure, hereby move for summary judgment in their favor because the evidence submitted herewith shows that there is no genuine issue of material facts in dispute and, as a matter of law, plaintiff cannot sustain her burden of proof for a claim of retaliation against the defendant, the Department of Transportation, under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e et seq., ("Title VII"), or for a claim of First Amendment retaliation against the individual defendants under 42 U.S.C. § 1983 and, furthermore, the individual defendants are entitled to qualified immunity from damage claims.

In support of this motion, a Statement of Facts, accompanying affidavits and an accompanying Memorandum are attached hereto.

                DEFENDANTS
                STATE OF CONNECTICUT,
                DEPARTMENT OF
                TRANSPORTATION, ET AL.

                RICHARD BLUMENTHAL
                ATTORNEY GENERAL

BY:_____
                Eleanor May Mullen
                Assistant Attorney General
                Federal Bar No. ct22430
                55 Elm Street, P.O. Box 120
                Hartford, CT  06141-0120
                Tel: (860) 808-5340
                Fax: (860) 808-5383
                E-Mail Address:
                eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

   I hereby certify that a copy of the foregoing Defendants' Motion For Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of March, 2005, first class postage prepaid to:

  Vorcelia Oliphant
  130 Cherry Ann St., No.3
  New Haven, CT 06514

In accordance with the Court's Supplemental Order (Doc.# 2 ) in this matter, this certification represents only that this document has been provided to the above for her review and response, to then be returned to the undersigned for filing with the Court along with any reply thereto as may be deemed appropriate.


                _____
                Eleanor May Mullen
                Assistant Attorney General