FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT    2005 AUG 29 P 2: 16

| | | |
|---|---|---|
| Vorcelia Oliphant | : | CIVIL NO. 3:02CV700 (PCD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| State of Connecticut, | : | |
| Department of Transportation | : | AUGUST 26, 2005 |
| ET AL. | | |
| *Defendants.* | | |

### Plaintiff's Motion for Leave to File a Sur-Reply to Defendant's Reply to Summary Judgment

Plaintiff pursuant to Court Supplemental Order and Local Rule of Civil Procedure 7(d) and Federal Rule of Civil Procedure 6(b) and local rule 7(b) requests of the court and extension of time until Wednesday August 31, 2005 to respond to defendants' motion to strike.

Defendants have objected to any additional time that the plaintiff will request to respond to outstanding motions.

Plaintiff had been overwhelmed with responding to defendants' outstanding motions concurrently. Yet defendants reply contains matters that if unaddressed can prejudice the plaintiff substantially at this stage of summary judgment.

Wherefore, plaintiff respectfully request of the court that she is granted until Wednesday, August 31, 2005 or such time the court deems sufficient to provide her Sur-Reply to defendant's Reply to plaintiff's summary judgment opposition.

Respectfully submitted: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing Plaintiff's Motion for Leave to File a Sur-Reply to Defendant's Reply to Summary Judgment was mailed this 26th day of August 2005, first class postage prepaid, to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

PRO SE PLAINTIFF,

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515