UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Vorcelia Oliphant | : | CIVIL NO. 3:02CV700(PCD) |
| *Plaintiff,* | : | |
| | : | |
| v. | : | |
| | : | |
| State of Connecticut, | : | |
| Department of Transportation | : | AUGUST 26, 2005 |
| ET AL. | | |
| *Defendants.* | | |

### Plaintiff's Motion for Extension Time To File Opposition to Defendants' Motion to Strike 56(a) Statement of Undisputed Facts

Plaintiff pursuant to Federal Rule of Civil Procedure 6(b), 12 and Local Rule 7(b) requests of the court and extension of time until Wednesday August 31, 2005 to respond to defendants' motion to strike.

Defendants have objected to any additional time that the plaintiff will request to respond to outstanding motions.

Plaintiff has been overwhelmed with responding to both defendants' reply to plaintiff's summary judgment and this, their motion to strike plaintiff's 56(a) statement and finds that the time has not been adequate for her to meet these deadlines.

Wherefore, plaintiff respectfully request of the court that she is granted until Wednesday, August 31, 2005 or such time as the court deems to provide her objection to the motion to strike.

Respectfully submitted: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Plaintiff's Motion for Extension of Time to File Opposition to Defendants' Motion to Stike 56(a) Statement of Undisputed Facts was mailed this 26th day of August 2005, first class postage prepaid, to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

                                            PRO SE PLAINTIFF,

                                            Vorcelia Oliphant
                                            130 Cherry Ann Street, No. 3
                                            New Haven, CT 06514
                                            (203) 237-7515