UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 OCT 14  P 3: 54

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br><u>Department of Transportation, ET AL.</u><br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>October 14, 2005 |

## PLAINTIFF'S MOTION FOR TRANSCRIPT

Plaintiff pursuant to Federal Local Rules of Civil Procedure 80, Federal Rule of Civil Procedure 80, Rule of Appellate Procedure 10(b), 11 and 28 U.S.C. 753(f), moves for a copy of the transcript for an Order to Show Cause hearing held on September 22, 2004 (Docket No. 177) and for all associated costs to be waived. Because of the nature of the proceeding before the appeals court presently, plaintiff did not realize that the September 22, 2004 hearing had bearing on the present issue before the appeals court in this case. Plaintiff-Appellant is now having to submit her response to defendants' reply and find the transcript of what transpired in the brief September 22, 2004 (Docket No. 177) hearing is imperative. Plaintiff faxed her request for the transcript to Ms. Sherman, the court Reporter on September 19, 2005 (Exhibit 1) and has since learned that a motion is required. The appellate court finds that the issue raised is one of first mention or raises an issue that is not frivolous

Plaintiff-appellant is not proceeding in forma pauperis but she is presently on a medical leave of absence from work and has been since October 2003.

Wherefore, Plaintiff respectfully requests that she be provided a copy of the entire transcript of the September 22, 2004 hearing and for such costs to be waived or paid pursuant to 28 U.S.C. 753(f) or by other means the court deems. If the court should find that the fees cannot be otherwise paid or waived. Plaintiff requests to know the costs of the transcript and methods of payment.

Respectfully submitted by _____
Vorcelia T. Oliphant
Pro Se Plaintiff-Appellant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing PLAINTIFF'S-MOTION FOR TRANSCRIPT was mailed on 14th day of OCTOBER, 2005, pursuant to FED RULES OF CIVIL PROCEDURE 5(b), first class postage prepaid to:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

_____
Vorcelia Oliphant
Pro Se Plaintiff-Appellant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

September 19, 2005

Michelle Sherman
United States District Court of Connecticut
141 Church Street
New Haven, CT 06510

Re:   3:02CV0700(PCD) Order Transcript for Order to Show Cause
Hearing Held on September 22, 2004 (Docket No. 177)

Dear Ms. Sherman:

I am writing to requests an official transcript of the above hearing. I have motioned the 2nd circuit and have requested payment per 28 USC 753(f). (See motion attached)

I am not familiar with the procedure for ordering transcripts and do not know what follows such requests. I believe Court reporter, Kathleen was present the day of the hearing.

Can you please prepare the transcript and let me know when it will be ready and the costs.

Sincerely yours,

Vorcelia Oliphant
Pro Se