FILED
2005 NOV 17 P 12: 54
US DISTRICT COURT
NEW HAVEN, CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VORCELIA OLIPHANT,                              CIVIL NO. 3:02CV00700(PCD)

**Plaintiff,**                                  November 16, 2005
vs.
**Department of Transportation, ET. AL.**
**Defendant**

## MOTION FOR RELIEF OF COURT ORDER DOCKET NOS. 297, 298 GRANTING "NUNC PRO TUNC SUR-REPLY"

Plaintiff moves pursuant to Fed. R. Civ. Proc. 1(one), 60(b) (4), 60(a) for relief from the court's omission, inadvertence or otherwise in the above docketed order No. 297/298. This matter is one that relates directly to the merits of plaintiff's appeal taken from Court orders (Docket Nos. 262,246). The issue therein relate to the motion to file a sur-reply and has been docketed with the appellate court 05-3765-cv wherein jurisdiction now appears to rest.

Plaintiff has not moved Nunc Pro Tunc on the motion (docket no. 264) to file a sur-reply. She has not filed anything since October 14, 2005 when she requested a transcript of a court hearing, (Docket No. 294). Since then there have been 4(four) entries to the Docket that shows errors of the proceedings. The motion for leave to file a sur-reply and the attached reply was docketed June 23, 2005 (Docket No. 264 it notes that the sur-reply is attached). The court made its ruling (Docket No. 262) on the matter of Defendants' Motion to Quash plaintiff's third party subpoenas (Docket No. 250-258, 256, 257,258) on June 21, 2005. Plaintiff prepared and on June 22, 2005 mailed the motion to the district court unaware that the court had already made its ruling. Plaintiff since that time filed a motion for reconsideration (Docket No. 271-273) of the court's

ruling No. 262. Most all the issues plaintiff raised in the motion for leave to file a sur-reply were presented in her motion for reconsideration of the courts ruling (Docket No. 262). Since the ruling, plaintiff has had to respond to the defendants' summary judgment motion (docket no. 267) absent of the relief she sought pursuant to FRCP 56(f) in opposing the defendants' motion to quash her subpoenas which denied her of what little discovery available to her in this proceeding to adequately respond to defendant's summary judgment motion. The motion for leave was filed after the court ruled on plaintiff's motion for reconsideration and prior to the Notice of appeal was taken and docketed. In addition, the way the documents are shown, the ruling docket no. 298 is plaintiff's motion that is in response to document 256 which also is plaintiff's motion. The error being that plaintiff can not be responding to her own motions.

Wherefore, Plaintiff respectfully requests that the court relieve plaintiff of this order (Docket 297) as it will appear to undermine the appellate court's jurisdiction, for which leave of the appellate court is required for this action as it relates directly to the merits of plaintiff's appeal pending as afore stated.

Plaintiff's memorandum of law is attached.

Respectfully submitted by: _____
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing MOTION FOR RELIEF OF COURT ORDER DOCKET NO. 297, 298 GRANTING NUNC PRO TUNC SUR-Reply has been mailed, US Postage prepaid, this 16th day of November 2005, in accordance to Rule 5 of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120


Pro Se




BY: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, #3
New Haven, CT 06514
(203)237-7515