UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2005 NOV 17 P 12: 54

U.S. DISTRICT COURT
NEW HAVEN, CT

VORCELIA OLIPHANT,                        CIVIL NO. 3:02CV00700(PCD)

                                          November 16, 2005

    Plaintiff,
vs.
Department of Transportation, ET. AL.
    Defendant

# MEMORANDUM OF LAW IN SUPPORT OF PLANTIFF'S MOTION FOR RELIEF OF COURT'S ORDER DOCKET NO. 297/298

Plaintiff pursuant to Federal Rule of Civil Procedure 1(one), and 60(b)(4), 60(a) moves for relief from courts order granting nunc pro tunc a motion to file a sur-reply and docketing the reply. The motion was filed inadvertently after the court had made its ruling on the matter (Docket No. 262).

    Since then plaintiff has taken an emergency appeal on the merits of the matter to which the sur-reply is directly related. Should the nunc pro tunc action taken on the sur-reply require a future ruling from the court, this would go to undermine the appeal and the record that plaintiff has taken the appeal from and for which rule 60(a) would require leave of the appeals court in order for the district court to act. Burger King Corp. v Horn & Hardart Co., (1990, CA2 NY) 893 F2d 525.

    Wherefore, Plaintiff respectfully requests that the court grant her relief of its ruling (Docket No. 297, 298) to insure that her right to the emergency appeal taken related to 05-3765 is not thwarted by this order and future rulings of the district court as the sur-reply directly relates to the merits of this appeal.

Respectfully submitted by: /s/
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing MEMORANDUM OF LAW IN SUPPORT OF PLANTIFF'S MOTION FOR RELIEF OF COURT'S ORDER DOCKET NO. 297 has been mailed, US Postage prepaid, this 16, day of November 2005, in accordance to Rule 5 of the Federal Rules of Civil Procedure to:

Eleanor Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Pro Se

BY: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street,# 3
New Haven, CT 06514
(203)237-7515