# MANDATE

D. Conn.
02-cv-700
Dorsey, J.

## United States Court of Appeals
FOR THE
SECOND CIRCUIT



At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse at Foley Square, in the City of New York, on the 10th day of November two thousand and five,

Present:
    Hon. Guido Calabresi,
    Hon. Barrington D. Parker,
    Hon. Richard C. Wesley,
        *Circuit Judges.*

Vorcelia Oliphant,

        Plaintiff-Appellant,

v.                                                              05-3765-cv

Department of Transportation, *et al.*,

        Defendants-Appellees.

This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay*, 437 U.S. 463, 467 (1978); *Barrick Group, Inc. v. Mosse*, 849 F.2d 70, 72 (2d Cir. 1988) (holding that orders denying or compelling discovery are not appealable prior to the entry of final judgment). Therefore, it is ORDERED that the appeal is DISMISSED.

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _Deborah Holmes_
DEPUTY CLERK

NOV 10 2005

SAO-GG

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: _Lucille Carr_

MANDATE ISSUED:   DEC 8 2005