UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>Department of Transportation, ET AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>March 24, 2006 |

## PLAINTIFF'S MOTION FOR STAY FOR RELEASE OF MEDICAL RECORDS PENDING APPEAL TO Supreme Court

Plaintiff pursuant to Federal Rule of Civil Procedure 62, and in reference to Federal Rule of Appellate Procedure 41 requests a stay of the proceedings and a stay or the release of her medical records. This motion is prompted by the following:

Defendants letter dated March 21, 2006 to the Honorable Peter C. Dorsey, reminds or informs him that, Plaintiff's appeal in the Second Circuit regarding her motion for a protective order for the production of her medical notes entered on January 18, 2005 (Doc. No. 223) by the Hon. P. Dorsey has been denied. ( See Exhibit 1 attached)

Defendant letter further informs or reminds the judge that defendants' motion for summary judgment is pending and requests that in the event that their summary judgment motion is denied that the court renew its order for production of plaintiff's medial notes (see exhibit attached 1).

In light of this defendants' request, plaintiff moves the court for issuance of a stay for the following reasons: 1) The Appellate court has not yet entered its mandate in this matter and 2) Plaintiff has requested a stay of the issuance of the mandate pending appeal to the Supreme Court (See Exhibit Attached 2). 3) It would appear that defendants letter

P. 1

to the Supreme Court (See Exhibit Attached 2). 3) It would appear that defendants letter requests is made to undermine plaintiff's motion made to the Second Circuit on March 16, 2006 and 4) undermine the civil procedure process. Plaintiff certified to the Appellate Court mailing of the motion to the defendants.

Wherefore, Plaintiff requests that defendants' request pursuant to their letter dated March 21, 2006 be denied until the appeal is fully resolved and that the district court issue a stay in this matter until that time.

Respectfully submitted by: *[signature]*
Vorcelia T. Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing PLAINTIFF'S MOTION FOR STAY FOR RELEASE OF MEDICAL RECORDS PENDING APPEAL TO SUPREME COURT was mailed on 24th day of March, 2006, pursuant to FED RULES OF CIVIL PROCEDURE 5(b), first class postage prepaid to:

Eleanor M. Mullen
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
Pro Se Plaintiff
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

p.3



**RICHARD BLUMENTHAL**
ATTORNEY GENERAL

55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Office of The Attorney General
## State of Connecticut

Tel: (860) 808-5340
Fax: (860) 808-5385

March 21, 2006

The Honorable Peter C. Dorsey
United States District Court
141 Church St.
New Haven, CT 06510

RE: **VORCELIA OLIPHANT V. STATE OF CONNECTICUT, DEPARTMENT OF TRANSPORTATION, ET AL., Civil Action No. 3:02-CV-00700(PCD)**

Dear Judge Dorsey:

The Second Circuit has dismissed plaintiff's appeal of the order denying her motion for protective order as to the production of her medical notes. The order was entered by you on January 18, 2005. (Doc.#223). The Second Circuit ruling is attached hereto.

At present, the defendants' motion for summary judgment is pending. In the event, the motion is denied, the defendants request that the court renew its order of production of plaintiff's medical notes.

Very truly yours,

Eleanor May Mullen
Assistant Attorney General

EMM
Enclosure

cc: Vorcelia Oliphant

Exhibit 1

Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514

UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

| | |
|---|---|
| Vorcelia Oliphant, | ) Case No.: 05-0618CV |
| Appellant, | ) Motion for Stay Issuance of Mandate |
| vs. | ) |
| State of Connecticut Department of Transportation, ET Al, | ) |
| Appellee | ) |

## MOTION TO STAY ISSUANCE OF MANDATE

The above named Appellant-plaintiff pursuant to Federal Rule of Appellate Procedure Rule 41(d)(2) and the provisions of 28 U.S.C. § 2101(f) respectfully moves the Court to enter an order staying issuance of the mandate in the above-entitled appeal. Summary Order issued March 3, 2006.

The reason for this motion is that it is the intent of the above-named Appellant-plaintiff to make proper and timely application to the Supreme Court of the United States for a writ of certiorari.

The petition for a writ of certiorari will be substantially based on the following grounds:

The second circuit court's summary order permits a controversy to persist between the Connecticut State Statute and Federal Law that denies appellant-plaintiff protection afforded her by the constitution and Federal law.

Exhibit 2

- 1

Wherefore, the above-named Appellant-Plaintiff respectfully moves the Court for an order staying the issuance of the mandate pending the filing by Appellant-plaintiff of a petition for writ of certiorari in the Supreme Court of the United States, and until final disposition of the above entitled appeal.

Dated this 16th day of March, 2006

Submitted by: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

I, the above-named pro se appellant-plaintiff certify that the foregoing motion to stay issuance of mandate is, and application to the Supreme Court of the United States for a writ of certiorari will be, presented in good faith without the intent of being frivolous or filed with the intent to cause delay.

Dated this 16th day of March 2006

Submitted By: /s/ Vorcelia Oliphant
Vorcelia Oliphant,
Pro Se Appellant-Plaintiff
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

Exhibit 2

## CERTIFICATION

I hereby certify that a copy of the foregoing **PLAINTIFF'S-APPELLANT'S MOTION TO STAY ISSUANCE OF MANDATE** was mailed on the 16th day of MARCH, 2006, pursuant to FRAP 27 the Federal Rules of Civil Procedure, first class postage prepaid to:

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
Pro Se Plaintiff-Appellant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

- 3 -

# UNITED STATES COURT OF APPEALS
# FOR THE SECOND CIRCUIT

## SUMMARY ORDER

**THIS SUMMARY ORDER WILL NOT BE PUBLISHED IN THE FEDERAL REPORTER AND MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY TO THIS OR ANY OTHER COURT, BUT MAY BE CALLED TO THE ATTENTION OF THIS OR ANY OTHER COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 3rd day of March, two thousand and six.

PRESENT:

        HON. SONIA SOTOMAYOR,
        HON. ROBERT A. KATZMANN,
           *Circuit Judges,*

        HON. RICHARD K. EATON,
           *Judge.*[*]

------------------------------------------------X

VORCELIA OLIPHANT,

           *Plaintiff-Appellant,*

    v.                                                                                                No. 05-0618-cv

DEPARTMENT OF TRANSPORTATION, JAMES BYRNES, Commissioner, FRANCINE HOUSTON, Personnel Officer, ARTHUR GRUHN, Office of Const. Manager, BRIAN CASTLER, Office of Const. Manager, JOHN DOES 1 & 2, JANE DOES 1 & 2, DEPT. OF ADMINISTRATIVE SERVICES, MR. MAZZOLA, Commissioner of Dept. of Administrative Services, KEITH ANDERSON, Ofcr. Dept. of Administrative Services, JOANN DEVINE, Transportation Supervising Engineer,

           *Defendants-Appellees,*

MICHAEL LONERGAN, JAMES CONNERY, FRANK KAMINSKY,

---

[*] The Honorable Richard K. Eaton, United States Court of International Trade, sitting by designation.

CORY CORDULA, INES FELCIANO, WANDA SELDON

*Consolidated-Defendants.*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

APPEARING FOR APPELLANT:    VORCELIA OLIPHANT, *pro se*, New Haven, CT.

APPEARING FOR APPELLEES:    JOSEPH A. JORDANO, Assistant Attorney General, New Haven, CT.

UPON DUE CONSIDERATION, it is hereby ORDERED, ADJUDGED AND DECREED that the appeal from the January 18, 2005, order of the United States Court for the District of Connecticut (Dorsey, J.) is DISMISSED for lack of jurisdiction.

     Plaintiff-appellant Vorcelia Oliphant ("plaintiff") appeals from a January 18, 2005 order of the district court denying a motion for a protective order preventing disclosure of her medical information under the psychotherapist-patient privilege in her suit against the Connecticut Department of Transportation, the Connecticut Department of Administrative Services and a number of individual employees and managers (collectively, "defendants"), under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e *et seq.* ("Title VII"), and 42 U.S.C. § 1983.[1] Plaintiff alleges that the defendants' actions caused her severe emotional distress, led her to seek the services of a medical professional, and forced her to file for disability retirement. The district court denied the motion, holding that plaintiff had waived the psychiatrist-patient privilege by introducing her medical condition as an element of her claims. Plaintiff filed this appeal from the district court's denial of her motion for a protective order. She did not move to certify her appeal under 28 U.S.C. § 1292(b), and the district court did not *sua sponte* certify it.

     On March 2, 2005, defendants moved this Court to dismiss plaintiff's appeal for want of

---

[1] Plaintiff alleges that defendants discriminated against her on the basis of race, gender and national origin and retaliated against her in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e *et seq.* ("Title VII") and Conn. Gen. Stat. § 46a-60(a)(4). She claims also that they discriminated against her on the basis of a perceived illness in violation of the American With Disabilities Act of 1990, and violated her rights under 42 U.S.C. §§ 1981 and 1983, the Equal Pay Act of 1964, as amended, 42 U.S.C. § 206, and the Family and Medical Leave Act, 29 U.S.C. § 2601 *et seq.*, and Section 504 the Rehabilitation Act of 1973, 29 U.S.C. § 794. The district court dismissed all of plaintiffs claims except for her Title VII claim against defendant-appellee the Department of Transportation ("DOT") for retaliation for filing various grievances and complaints, and a First Amendment claim under § 1983 "for retaliation after she organized approximately thirty individuals to seek redress for lack of promotion based on allegedly unlawful premises." *Oliphant v. Conn. Dep't of Transp.*, Nos. 3:02CV700 & 3:04CV274 (PCD), 2004 WL 3249237, *1 (D. Conn. Aug. 25, 2004).