# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br>James F. Byrnes, Commissioner, ET. AL.<br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>MARCH 24, 2006 |

FILED

## PLAINTIFF'S MOTION FOR PERMISSION TO TREAT PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGEMENT AS CROSS-MOTION FOR SUMMARY JUDGMENT

Plaintiff, pursuant to Federal Rule of Civil Procedure 16(b), 15(a) and 1(one)in the above captioned matter respectfully moves the Court for leave to treat her Opposition to Defendant's Motion for Summary Judgment, dated July 8, 2005, as a Cross-Motion for Summary Judgment. The Court may grant this motion in accordance with a request for modification of scheduling order under Federal R. of Civil Procedure 16(b) and amendments pursuant to Fed. R. Civ. Pr. 15(a).

Plaintiff makes this motion upon the basis that: 1) Pro Se Plaintiff did not understand that such a Cross-Motion could be made at the time she filed her response to defendants' motion for Summary Judgment. 2) In light of the evidence plaintiff was able to provide for the record, in response to the Defendants' Requests for Production, Interrogatories and Requests for Admissions in opposition to their Summary Judgment Motion and in spite of defendants' insistence and attempts to block plaintiff from providing any such proof, it appears that the Plaintiff is entitled to judgment from the evidence she did provide.

Also, this matter before the court has not been scheduled for Trial and a final Pre-Trial Conference has not been held. All pleadings and responsive pleadings have been

served in the matter for which no responsive pleadings to Summary Judgment at this point are permitted. All that remains in this matter before the court is the Court's ruling on the Defendants' motion for Summary Judgment. Therefore it would serve the interests of justice and the economy of the Court to have the Plaintiff's Opposition viewed as a Cross-Motion for Summary Judgment pursuant to Federal Rule of Civil Procedure 1 (one) and for such Cross-Motion for Summary Judgment to be granted. If by granting this Cross-Motion for Summary Judgment, the Court finds that the Defendants will be required or permitted to make any filings in addition to what has already been provided regarding their Summary Judgment Motion and Reply to Summary Judgment and related documents already filed, then plaintiff wishes not to prolong the proceedings and do withdraw this motion pursuant to Federal Rule of Civil Procedure 1 (one) in the interest of the economy of the court in the event of such finding.

Based upon the facts and the supporting documentation to both Memoranda relating to Summary Judgment, the Defendants have failed to meet their burden of proof for which the plaintiff has provided extensive proof and therewith appears to be entitled to judgment as a matter of law.

Wherefore, Pro Se Plaintiff requests the Court to grant this motion accordingly.

Respectfully submitted: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing PLAINTIFF'S MOTION FOR PERMISSION TO TREAT PLAINTIFF'S OBJECTION TO MOTION FOR SUMMARY JUDGEMENT AS CROSS-MOTION FOR SUMMARY JUDGMENT was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 24th day of March 2006, first class postage prepaid to:

Eleanor May Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515