UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2006 MAR 28  A 11: 36
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>Plaintiff,<br>vs.<br><u>Department of Transportation, ET AL.</u><br>Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>March 27, 2006 |

## PLAINTIFF'S MOTION TO AMEND MOTION STAY OF RELEASE OF MEDICAL RECORDS PENDING APPEAL TO THE SUPREME COURT

Plaintiff pursuant to Federal Rule of Civil Procedure 15 moves to amend her motion for Stay of Release of Medical Records Pending Appeal to the Supreme Court filed on Friday March 24, 2006 inorder to correct typographical errors. The amended motion is attached.

Respectfully submitted by: *[signature]*
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

I hereby certify that a copy of the foregoing ~~amended or corrected~~ PLAINTIFF'S MOTION TO AMEND MOTION OF STAY OF RELEASE OF MEDICAL RECORDS PENDING APPEAL TO THE SUPREME COURT was mailed on 27th day of March, 2006, pursuant to FED RULES OF CIVIL PROCEDURE 5(b), first class postage prepaid to:

Eleanor M. Mullen
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Joseph A. Jordano
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

Vorcelia Oliphant
Pro Se Plaintiff
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515