**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| VORCELIA OLIPHANT, | : | CIVIL ACTION NO. |
|    *Plaintiff* | : | 3:02CV00700 (PCD) |
| | : | |
| v. | : | |
| | : | |
| STATE OF CONNECTICUT, | | |
| DEPARTMENT OF TRANSPORTATION | | |
| ET AL. | : | |
|    *Defendants* | : | March 30, 2006 |

### DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO TREAT PLAINTIFF'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT AS CROSS-MOTION FOR SUMMARY JUDGMENT

Defendants hereby object to Plaintiff's Motion To Treat Plaintiff's Opposition To Motion For Summary Judgment As Cross-Motion For Summary Judgment as not timely filed, being well beyond the deadline for filing dispositive motions in this matter by almost eight months. Furthermore, the evidence referred to by plaintiff as set forth in her opposition to defendants' motion for summary judgment was previously barred by the Court's Ruling (Doc.#111) and is the subject of a pending motion to strike. Plaintiff once again is requiring the expenditure of further time and resources to address her attempt to circumvent the Court's ruling barring her from presenting evidence on numerous issues. (Doc.# 111).

The Court should take plaintiff at her word to withdraw her motion in the interest of "the economy of the Court," because of the burden of responding to the Cross-Motion For Summary Judgment and the effect of prolonging the proceedings. (See p. 2, Plaintiff's Motion For Permission To treat Plaintiff's Opposition To Motion For Summary Judgment As Cross-Motion For Summary Judgment).

For all the above reasons, defendants respectfully request that plaintiff's motion be denied.

                              DEFENDANTS
                              STATE OF CONNECTICUT
                              DEPARTMENT OF
                              TRANSPORTATION
                              ET AL.

                              RICHARD BLUMENTHAL
                              ATTORNEY GENERAL

BY: _____

                              Eleanor May Mullen
                              Assistant Attorney General
                              Federal Bar No. 22430
                              55 Elm Street
                              P.O. Box 120
                              Hartford, CT  06141-0120
                              Tel: (860) 808-5340
                              Fax: (860) 808-5383
                              E-Mail Address:
                              eleanor.mullen@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing Defendants' Opposition To Plaintiff's Motion To Treat Plaintiff's Opposition To Motion For Summary Judgment As Cross-Motion For Summary Judgment was mailed in accordance with Rule 5(b) of the Federal Rules of Civil Procedure on this 30th day of March, 2006, first class postage prepaid to:

**Vorcelia Oliphant, pro se**
**130 Cherry Ann St., Unit #3**
**New Haven, CT 06514**

_____
Eleanor May Mullen
Assistant Attorney General