UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Vorcelia OLIPHANT, | : | |
|     Plaintiff, | : | |
| | : | |
|     -vs- | : | Civil No. 3:02cv700 (PCD) |
| | : | |
| STATE OF CONNECTICUT | : | |
| DEPARTMENT OF | : | |
| TRANSPORTATION, et al. | : | |
|     Defendants. | : | |
| | : | |

### ORDER ON PLAINTIFF'S MOTION TO ALTER AND AMEND JUDGMENT AND RECONSIDERATION FROM JUDGMENT AND RELIEF

Pursuant to D. Conn. L. R. Civ. P. 7(c), Plaintiff moves for reconsideration of this Court's August 25, 2004 Order to Show Cause. In a ruling granting in part and denying in part Defendants' Motion to Dismiss [Doc. No. 176], this Court scheduled a hearing for September 22, 2004, for Plaintiff to show cause as to why this case should not be dismissed due to Plaintiff's noncompliance with numerous discovery orders. On September 13, 2004, Plaintiff filed this motion [Doc. No. 181, docketed on September 28, 2004] to reconsider the Court's decision to hold the hearing. Plaintiff appears to mistakenly believe that the Order to Show Cause was a sanction for past behavior. She requests a reconsideration of the Court's August 25, 2004 order on the basis that she had not willfully defied the Court's prior orders for discovery and that her health had prevented her from adequately complying with the discovery orders. However, the Order to Show Cause did not render a judgment on Plaintiff's prior behavior. It simply Cause instructed Plaintiff to provide further reason for the Court to deny Defendants' pending motion to dismiss Plaintiff's claims. This order was not a penalty and did not reflect any determination by the Court that Plaintiff had acted in error or in violation of any rule. Rather, this constituted a

fairly typical request by the Court that a party meet its burden of showing a claim upon which relief can be granted. By ordering that the Plaintiff show cause, the Court offered Plaintiff the opportunity to either comply with the discovery schedule ordered by the Court or to explain why she was unable to do so, whether due to her medical problems or otherwise. Accordingly, the Court **denies** Plaintiff's Motion to Alter and Amend Judgment and for Reconsideration from Judgment and Relief [Doc. No. 181].

      SO ORDERED.

Dated at New Haven, Connecticut, September 28, 2006.

/s/
Peter C. Dorsey, U.S. District Judge
United States District Court