# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>    Plaintiff,<br>vs.<br>STATE OF CONNECTICUT DEPARTMENT OF<br>TRANSPORTATION, ET Al<br>    Defendant | CIVIL NO. 3:02CV00700(PCD)<br><br>September 29, 2006 |

## MOTION FOR ENLARGEMENT

Pursuant to the Conn. L. Civ.R. 7(b) and Federal Civil Procedure Rule 6 (b), Plaintiff requests an enlargement of time of 3 days, until October 6, 2006 to submit sur-reply.

Court order issued September 26, 2006 (Docket No. 312) for plaintiff to file sur-reply by October 3, 2006. Plaintiff has religious obligations from September 29, 2006 through October 2 that restricts her time in which to complete the filing. Defendants counsel has no objection to this motion.

WHEREFORE, the plaintiff requests 3 days enlargement of time until October 6, 2006 to file the sur-reply.

Submitted by: /s/ Vorcelia Oliphant
Vorcelia Oliphant
130 Cherry Ann Street
New Haven, CT 06514
(203)237-7515

1

## **CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, pursuant to Fed. R. Civ. Proc. 5(b) Fed US Postage prepaid, this 29th day of September 2006, to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

                                              Vorcelia Oliphant,
                                              130 Cherry Ann
                                              New Haven, CT 06514
                                              (203)237-7515