# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

VORCELIA TANYA OLIPHANT

      v.　　　　　　　　　　　　　　　　Civil No. 3:02 CV 700 (PCD)

STATE OF CONNECTICUT, DEPARTMENT
OF TRANSPORTATION, JAMES F. BYRNES,
COMMISSIONER, FRANCINE HOUSTON,
PERSONNEL OFFICER, ARTHUR GRUHN,
OFFICE OF CONSTRUCTION MANAGER,
BRIAN CASTLER, OFFICE OF CONSTRUCTION
MANAGER, JOHN DOE, JANE DOE, STATE OF
CONNECTICUT DEPARTMENT OF ADMINISTRATIVE
SERVICES, MR. MAZZOLA, COMMISSIONER OF
DEPARTMENT OF ADMINISTRATIVE SERVICES,
KEITH ANDERSON, OFFICER OF THE
DEPARTMENT OF ADMINISTRATIVE SERVICES,
JO ANN DEVINE, TRANSPORTATION
SUPERVISING ENGINEER, JOHN DOE 1, JOHN DOE 2,
AND JANE DOE, ALL BEING SUED IN THEIR
INDIVIDUAL AND OFFICIAL CAPACITIES

## JUDGMENT

This matter came on for consideration on the defendants' motion for summary judgment before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on October 23, 2006, entered a Ruling granting defendants' motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 26th day of October, 2006.

                                          KEVIN F. ROWE, CLERK
                                          By

                                          /s/

                                          Patricia A. Villano
                                          Deputy Clerk

EOD: _____