UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

VORCELIA TANYA OLIPHANT

    v.                                                    Civil No.  3:04 CV 274 (PCD)

STATE OF CONNECTICUT, DEPARTMENT
OF TRANSPORTATION, MICHEAL LONERGAN,
JAMES CONNERY, FRANK KAMINSKY,
CORY CORDULA, INES FLELCIANO AND
WANDA SELDON

## **JUDGMENT**

This matter came on for consideration on the defendants' motion for summary judgment, filed in Consolidated Lead Case No. 3:02cv700 (PCD), before the Honorable Peter C. Dorsey, Senior, United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motion and on October 23, 2006, entered a Ruling granting defendants' motion for summary judgment.

It is therefore ORDERED and ADJUDGED that summary judgment is entered for the defendants and the case is closed.

Dated at New Haven, Connecticut, this 26th day of October, 2006.

                                                      KEVIN F.  ROWE, CLERK
                                                      By

                                                      /s/

                                                      Patricia A. Villano
                                                      Deputy Clerk

EOD: _____