# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>*Plaintiff,*<br>vs.<br><br>Department of Transportation, ET. AL., including: JAMES BYRNES, Commissioner, Francine Houston, Personnel Officer, ARTHUR GRUHN, Office of Const. Administrator, Brian Castler, Office of Const. Manager, John Does 1 & 2, JaneDoes 1 & 2, DEPARTMENT OF ADMINISTRATIVE SERVICES, MR. MAZZOLA, Commissioner of Dept. of Admin. Serv., KEITH ANDERSON, Ofcr. Dept. of Admin. Serv., JOANN DEVINE, Transportation Supervising Engineer,<br><br>MICHAEL LONERGAN, Office of Const. Admin., JAMES CONNERY, Trans. Supervising Engineer, FRANK KAMINSKY, Transportation Supervising Engineer, CORY CORDULA, Director of Affirmative Action, INES FELCIAN, Affirmative Action Officer, WANDA SELDON, Acting Director of Personnel<br><br>All *Defendants* | CIVIL NO. 3:02CV00700(PCD)<br>MEMBER CASE NO. 3:04CV274(PCD)<br><br>November 27, 2006 |

## SUPPLEMENTAL NOTICE OF APPEAL

1. The above named plaintiff, Vorcelia Oliphant who is the appealing party, on November 17, 2006 filed a Notice of Appeal pursuant to F.R.A.P. 4(a)(1). Plaintiff presently supplements the notice of appeal Pursuant to F.R.A.P. 3(c) (1) (B) to include orders and judgments that will be appealed and were not included in her initial Notice of Appeal. Plaintiff is pro se and is not certain whether or not the opportunity will be lost to raise other orders/ judgments if not done so after the 30 day notice of appeal deadline passes.

2. The judgments and orders with dates of entered in this action to supplement the original notice of appeal are as follows (Judgements or Orders are attached):

    a) Docket Entry No. 98 entered June 9, 2003

b) Docket Entry No. 111 entered July 21, 2003

c) Docket Entry No. 115 entered July 28, 2003

d) Docket Entry No. 139 entered March 10, 2004

e) Docket Entry No. 146 entered April 28, 2004

f) Docket Entry No. 156 entered July 12, 2004

g) Docket Entry No. 166 entered August 25, 2004

h) Docket Entry No. 178 entered September 29, 2004

i) Docket Entry No. 192 entered October 28, 2004

j) Docket Entry No. 200 entered November 4, 2004

k) Docket Entry No. 253 entered June 7, 2005

l) Docket Entry No. 262 entered June 20, 2005

m) Docket Entry No. 246 entered May 23, 2005

n) Docket Entry No. 308 entered March 31, 2006

o) Docket Entry No. 310 entered March 31, 2006

p) Docket Entry No. 313 entered September 28, 2006

q) Docket Entry No. 314 entered September 28, 2006

r) Docket Entry No. 176 entered August 25, 2004

s) Docket Entry No. 178 entered September 9, 2004

t) Docket Entry No. 188 entered October 4, 2004

u) Docket Entry No. 214 entered January 3, 2005

v) Docket Entry No. 225 entered January 20, 2005

w) Docket Entry 235 entered March 31, 2005

x) Docket Entry No. 240 entered May 2, 2005

y) Docket Entry No. 297 entered November 4, 2005

z) Docket Entry No. 296 entered October 27, 2005

aa) Docket Entry No. 297 entered May 21, 2003

2

Respectfully submitted by: *[signature]*
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515