# Brandon Smith Reporting Service, LLC                              Invoice

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Wednesday, December 15, 2004 | 14342BL |

Eleanor M. Mullen
Attorney General
55 Elm Street
Hartford, CT 06106

Phone:     (860) 808-5340     Fax:

| | |
|---|---|
| Witness: | Oliphant, Varcella |
| Case: | Oliphant vs. DOT |
| Venue: | |
| Case #: | 3:02cv0700(PCD) |
| Date: | 12/3/2004 |
| Start Time: | 1:00 PM |
| End Time: | 1:45 PM |
| Reporter: | Judy Freer |
| Claim #: | |
| File #: | |

*Approved for payment*
*Eleanor Mullen*

4970BL

| Description | Quan | Total |
|---|---|---|
| Original and Two | 21 | $82.95 |
| Attorney General - Appearance | 1 | $75.00 |
| Sub Total | | $157.95 |
| Payments | | $0.00 |
| Balance Due | | $157.95 |



RECEIVED DEC 17 2004 ATTORNEY GENERAL'S OFFICE

Fed. I.D. # 06-1448649

*We accept Visa, Mastercard and American Express!*



# Brandon Smith Reporting Service, LLC

**Invoice**

44 Capitol Avenue
Suite 203
Hartford, CT 06106
Phone: (860) 549-1850     Fax: (860) 549-1537

| Invoice Date | Invoice # |
|---|---|
| Thursday, January 13, 2005 | 14852BL |

Eleanor M. Mullen
Attorney General
55 Elm Street
Hartford, CT 06106

Phone: (860) 808-5340     Fax:

| | |
|---|---|
| Witness: | Oliphant, Vorcelia |
| Case: | Oliphant vs. DOT |
| Venue: | |
| Case #: | 3:02cv0700(PCD) |
| Date: | 12/13/2004 |
| Start Time: | 1:30 PM |
| End Time: | 5:49 PM |
| Reporter: | Francine Rossini |
| Claim #: | |
| File #: | |

19659ss

| Description | Quan | Total |
|---|---|---|
| Night Apperence after 5pm | 1 | $150.00 |
| Original and Two | 165 | $651.75 |
| Sub Total | | $801.75 |
| Payments | | $801.75 |
| Balance Due | | $0.00 |

Fed. I.D. # 06-1448649
*We accept Visa, Mastercard and American Express!*

# HAMILTON COMMUNICATIONS

P.O. BOX 555, WESTBROOK, CONNECTICUT 06498  (860) 399-4999  FAX (860) 399-6999

December 17, 2004

Eleanor M. Mullen, Esq.
Assistant Attorney General
55 Elm Street 0 PO Box 120
Hartford, CT 06141-0120

Case: Oliphant v State of CT

## I N V O I C E

For the videotape recording of the following deposition:

Date: December 13, 2004
Location: Hartford, CT
Witness: Vorcelia Oliphant

| | |
|---|---:|
| Videography | $595.00 |
| VHS copies of original videotapes (2 tapes) | N/C |
| VHS copies sent to Ms. Oliphant (2 tapes @ $55.00 per) | 110.00 |
| shipping (2 priority packages) | 14.00 |
| Total | $719.00 |

*Approved for payment*
*Eleanor Mullen*

payable upon receipt please
Tax EIN #01-0670488