D. Conn.
02-cv-700
04-cv-274
Dorsey, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22 day of October, two thousand seven,

Present:

    Hon. Amalya L. Kearse,
    Hon. Peter W. Hall,
        *Circuit Judges*,
    Hon. Jed S. Rakoff,*
        *District Judge*.

Vorcelia Oliphant,

    *Petitioner-Appellant*,

    v.                                                                              06-5334-cv

Department of Transportation, et al.,

    *Respondents-Appellees*,

Appellant, *pro se*, moves to withdraw her appeal without prejudice. Upon due consideration, it is hereby ORDERED that the motion is DENIED, and the appeal is DISMISSED for Appellant's failure to comply with the revised Scheduling Order, which required that her brief be filed no later than June 15, 2007, and ordered that no further extensions would be granted.

            FOR THE COURT:
            Catherine O'Hagan Wolfe, Clerk

            By: /s/ Lucille Carr

---

*The Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, sitting by designation.

SAO-PR