# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>*Plaintiff,*<br>vs.<br>Department of Transportation, ET. AL.<br>*Defendant* | CIVIL NO. 3:02CV00700(PCD)<br><br>November 25, 2007 |

## MOTION FOR LEAVE TO FILE OBJECTION TO DEFENDANTS MOTION FOR BILL OF COSTS

Plaintiff moves pursuant to Local Civil Rule Procedure No. 7, Fed. R. Civ. P. 6(b), 8, for leave to file her response to defendants' motion for Bill of Costs.

Plaintiff states excusable neglect for missing the filing deadline. Plaintiff miscalculated the days required to respond to such a motion. As pro se and the motion being the first of its kind she has encountered and one not filed in the district court since about 2006, she believed it was the average return time of twenty- days in accordance with Fed. R. Civ. P. 12, 8 with the additional three days for mailing deadline for which she had to respond.

Plaintiff did not have a chance to consult with defendants counsel due to discovering error over the holiday weekend for their position on plaintiff's request for the this extension of time to file her objection for Bill of Costs.

Respectfully submitted by: *Vorcelia Oliphant*
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing <u>PLANTIFF'S MOTION FOR LEAVE TO FILE PLAINTIFF'S OPPOSITON TO DEFENDANTS' MOTION FOR BILL OF COSTS</u> has been mailed, US Postage prepaid, this 26th day of November 2007, in accordance to Rule 5 of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

                                    Pro Se


BY: _/s/ Vorcelia Oliphant_
     Vorcelia Oliphant
     130 Cherry Ann Street, # 3
     New Haven, CT 06514
     (203) 237-7515