UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>　*Plaintiff,*<br>vs.<br>Department of Transportation, ET. AL.<br>　*Defendant* | CIVIL NO. 3:02CV00700(PCD)<br><br>November 25, 2007 |

## AFFIDAVIT IN SUPPORT OF MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANTS BILL OF COSTS

I Vorcelia Oliphant, pro se plaintiff in the above caption case, certify that I am over the age of 18 and do understand the obligation of an Oath. In accordance with 28 U.S.C. 1726 under the penalty of perjury I state that missing the deadline for filing the opposition motion for costs was miscalculated and believed to be due within 20 days of service. The error was not realized until today November 25, 2007 for which I have requested the courts consideration as excusable neglect for my missing the deadline for filing my response motion.
FURTHER SAITH THE AFFIANT NOT

_____
Vorcelia Oliphant
130 Cherry Ann Street, No. 3
New Haven, CT 06514

_____
November 26, 2007

## CERTIFICATION

This is to certify that a copy of the foregoing **AFFIDAVIT IN SUPPORT OF MOTION IN OPPOSITION TO DEFENDANTS MOTION FOR BILL OF COSTS has** been mailed, US Postage prepaid, this 26, day of November 2007, in accordance to Rule 5 of the Federal Rules of Civil Procedure to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

                                        Pro Se


BY: /s/ Vorcelia Oliphant
    Vorcelia Oliphant
    130 Cherry Ann Street, # 3
    New Haven, CT 06514
    (203) 237-7515