

**FILED**

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2008 JAN -9 A 10: 12

| | |
|---|---|
| VORCELIA OLIPHANT,<br>*Plaintiff-appellant,,*<br>vs.<br>Department of Transportation, ET. AL., including: JAMES BYRNES, Commissioner, Francine Houston, Personnel Officer, ARTHUR GRUHN, Office of Const. Administrator, Brian Castler, Office of Const. Manager, John Does 1 & 2, JaneDoes 1 & 2, DEPARTMENT OF ADMINISTRATIVE SERVICES, MR. MAZZOLA, Commissioner of Dept. of Admin. Serv., KEITH ANDERSON, Ofcr. Dept. of Admin. Serv., JOANN DEVINE, Transportation Supervising Engineer,<br>MICHAEL LONERGAN, Office of Const. Admin., JAMES CONNERY, Trans. Supervising Engineer, FRANK KAMINSKY, Transportation Supervising Engineer, CORY CORDULA, Director of Affirmative Action, INES FELCIAN, Affirmative Action Officer, WANDA SELDON, Acting Director of Personnel<br><br>    *All Defendant-Appellees* | CIVIL NO. 3:02CV00700(PCD)<br>MEMBER CASE NO. 3:04CV274(PCD)<br><br>January 9, 2008 |

## **RENOTICE OF APPEAL**

1. The above named plaintiff, Vorcelia Oliphant who is the appealing party, on November 17, 2006 filed a Notice of Appeal pursuant to F.R.A.P. 4(a)(1). The Appellate Court entered judgment dismissing plaintiff's appeal by denying En Banc Reconsideration on December 19, 2007 (Exhibit 1).

2. The original judgment that closed this action in the District Court was entered on October 27, 2006 (Exhibit 2).

3. Wherefore, pursuant to F.R.A.P. 4, Ms. Oliphant gives **renotice** and appeals to the United States Court of appeals for the Second Circuit from the following Judgments or

Orders with their dates as entered in the District Court action and in the original notice of appeal and supplemental notice of appeal which are as follows:

- a) Docket Entry No. 98 entered June 9, 2003
- b) Docket Entry No. 111 entered July 21, 2003
- c) Docket Entry No. 115 entered July 28, 2003
- d) Docket Entry No. 139 entered March 10, 2004
- e) Docket Entry No. 146 entered April 28, 2004
- f) Docket Entry No. 156 entered July 12, 2004
- g) Docket Entry No. 166 entered August 25, 2004
- h) Docket Entry No. 178 entered September 29, 2004
- i) Docket Entry No. 192 entered October 28, 2004
- j) Docket Entry No. 200 entered November 4, 2004
- k) Docket Entry No. 253 entered June 7, 2005
- l) Docket Entry No. 262 entered June 20, 2005
- m) Docket Entry No. 246 entered May 23, 2005
- n) Docket Entry No. 308 entered March 31, 2006
- o) Docket Entry No. 310 entered March 31, 2006
- p) Docket Entry No. 313 entered September 28, 2006
- q) Docket Entry No. 314 entered September 28, 2006
- r) Docket Entry No. 176 entered August 25, 2004
- s) Docket Entry No. 178 entered September 9, 2004
- t) Docket Entry No. 188 entered October 4, 2004
- u) Docket Entry No. 214 entered January 3, 2005
- v) Docket Entry No. 225 entered January 20, 2005
- w) Docket Entry 235 entered March 31, 2005
- x) Docket Entry No. 240 entered May 2, 2005

y) Docket Entry No. 297 entered November 4, 2005

z) Docket Entry No. 296 entered October 27, 2005

aa) Docket Entry No. 297 entered May 21, 2003

bb) Docket Entry No. 319 entered October 23, 2006

cc) Docket Entry No. 320 entered October 27, 2006

dd) Docket No. 321 entered October 27, 2006

Respectfully submitted by: *Vorcelia Oliphant*
Vorcelia Oliphant, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

## CERTIFICATION

This is to certify that a copy of the foregoing **RENOTICE OF APPEAL,** has been mailed, U.S. Postage prepaid, this 9, day of January, 2008, in accordance to Rule 5 of the Federal Rules of Civil Procedure or 27 of the F.R.A.P. to:

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, CT 06141-0120

Pro Se

BY: *Vorcelia Oliphant*
Vorcelia Oliphant
130 Cherry Ann Street, # 3
New Haven, CT 06514
(203) 237-7515

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VORCELIA OLIPHANT,<br>*Plaintiff-appellant,,*<br>vs.<br><br>Department of Transportation, ET.<br>AL., including: JAMES BYRNES,<br>Commissioner, Francine Houston, Personnel<br>Officer, ARTHUR GRUHN, Office of Const.<br>Administrator, Brian Castler, Office of Const.<br>Manager, John Does 1 & 2, JaneDoes 1 & 2,<br>DEPARTMENT OF ADMINISTRATIVE<br>SERVICES, MR. MAZZOLA, Commissioner<br>of Dept. of Admin. Serv., KEITH<br>ANDERSON, Ofcr. Dept. of Admin. Serv.,<br>JOANN DEVINE, Transportation Supervising<br>Engineer,<br>MICHAEL LONERGAN, Office of Const.<br>Admin., JAMES CONNERY, Trans.<br>Supervising Engineer, FRANK KAMINSKY,<br>Transportation Supervising Engineer, CORY<br>CORDULA, Director of Affirmative Action,<br>INES FELCIAN, Affirmative Action Officer,<br>WANDA SELDON, Acting Director of<br>Personnel<br><br>    All *Defendant-Appellees* | CIVIL NO. 3:02CV00700(PCD)<br>MEMBER CASE NO. 3:04CV274(PCD)<br><br>January 9, 2008<br><br> |

## **AFFIDAVIT FOR RENOTICE OF APPEAL**

   I, Vorcelia Oliphant, am over the age of 18 and do understand the obligation of an oath. In accordance with U.S.C. §1726 I state that this renotice of appeal is being made for the main purpose of obtaining review secured by the constitution for a citizen to have access to justice.

   The filing of this renotice of appeal is not done contumaciously or any way to harass the defendants. It is my sole desire to obtain review of the district courts rulings and understanding that such can be done by renotice of appeal for

4

which I am filing renotice of this appeal. The renotice of appeal, this statement and foregoing papers are true to best of my knowledge under penalty of perjury.

FURTHER THE AFFIANT SAITH NOT

Dated This 9TH Day of January 2008

*Vorcelia Oliphant*, Pro Se
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

*January 9, 2007*
DATED

### CERTIFICATION

*I hereby certify that a copy of the foregoing PLAINTIFF'S Affidavit in Support of Renotice of Appeal mailed on the 9th$^{TH}$ Day of January 2008, pursuant to FRAP 27 the Federal Rules of Civil Procedure, or rule 5 of the Federal Rules of Civil Procedure first class postage prepaid to:*

Eleanor M. Mullen
Assistant Attorney General
55 Elm Street
P.O. Box 120
Hartford, CT 06141-0120

*Vorcelia Oliphant*
Pro Se Plaintiff-Appellant
130 Cherry Ann Street, No. 3
New Haven, CT 06514
(203) 237-7515

5

# UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT
Thurgood Marshall U.S. Courthouse at Foley Square    40 Centre Street, New York, NY 10007    Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): 06-5334 CV

Caption [use short title]:

Vorcelia Oliphant
v
Department of Transportation, et al.,

Motion for: Rehearing or Rehearing En Banc

Set forth below precise, complete statement of relief sought:
Motion to Grant Motion to Withdraw Without Prejudice And Not Dismiss Appeal And To Stay Mandate

MOVING PARTY: Vorcelia Oliphant
☐ Plaintiff   ☐ Defendant
☒ Appellant/Petitioner   ☐ Appellee/Respondent

OPPOSING PARTY: Dept of Transportation

MOVING ATTORNEY: Vorcelia Oliphant, Pro Se
130 Sherry Ann St, No 3
New Haven, CT 06515
203-237-7515

OPPOSING ATTORNEY [Name]: Eleanor M. Mullen
Eleanor M Mullen
Attorney General Office - Employment
55 Elm St, P.O. Box 120
Hartford, CT 06141-0120
(860) 808-5340
Email: Eleanor Mullen

Court-Judge/Agency appealed from: United States District Court of Connecticut

[Stamp: UNITED STATES COURT OF APPEALS FILED NOV 13 2007 Catherine O'Hagan Wolfe Clerk SECOND CIRCUIT]

Please check appropriate boxes:

Has consent of opposing counsel:
A. been sought?   ☐ Yes   ☒ No
B. been obtained?   ☐ Yes   ☒ No

Is oral argument requested?   ☒ Yes   ☐ No
(requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes   ☒ No
If yes, enter date

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:
Has request for relief been made below?   ☒ Yes   ☐ No

Has this relief been previously sought
in this Court?   ☒ Yes   ☐ No

Requested return date and explanation of emergency:
Stay of mandate for Dismissal of Appeal.

Signature of Moving Attorney:
Vorcelia Oliphant    Date: November 8, 2007    Has service been effected?   ☒ Yes   ☐ No

## ORDER

Before: Hon. Amalya L. Kearse, Hon. Peter W. Hall, *Circuit Judges*, Hon. Jed S. Rakoff, *District Judge**

IT IS HEREBY ORDERED that Appellant's motion for rehearing or rehearing *en banc* of the Court's 10/22/07 Order dismissing the appeal; and for a stay of the mandate, construed as a request to recall the mandate is DENIED.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

Joy Fallek, Administrative Attorney

[Stamp: UNITED STATES COURT OF APPEALS FILED DEC 13 2007 Catherine O'Hagan Wolfe Clerk SECOND CIRCUIT]

Date

Exhibit 1

* The Honorable Jed S. Rakoff of the United States District Court for the Southern District of New York, sitting by designation.

D. Conn.
02-cv-700
04-cv-274
Dorsey, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 22 day of October, two thousand seven,

Present:

    Hon. Amalya L. Kearse,
    Hon. Peter W. Hall,
        *Circuit Judges*,
    Hon. Jed S. Rakoff,*
        *District Judge*.

---

Vorcelia Oliphant,

    *Petitioner-Appellant*,

v.                                              06-5334-cv

Department of Transportation, et al.,

    *Respondents-Appellees*,

---

[FILED stamp: UNITED STATES COURT OF APPEALS, OCT 22 2007, Catherine O'Hagan Wolfe, Clerk, SECOND CIRCUIT]

Appellant, *pro se*, moves to withdraw her appeal without prejudice. Upon due consideration, it is hereby ORDERED that the motion is DENIED, and the appeal is DISMISSED for Appellant's failure to comply with the revised Scheduling Order, which required that her brief be filed no later than June 15, 2007, and ordered that no further extensions would be granted.

                FOR THE COURT:
                Catherine O'Hagan Wolfe, Clerk

                By: /s/ Lucille Carr

---

*The Honorable Jed S. Rakoff, United States District Court for the Southern District of New York, sitting by designation.

SAO-PR

OCT 22 2007                                                  EXHIBIT #2