**MANDATE**

D. Conn.
02-cv-0700
Dorsey, J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 28th day of March, two thousand eight,

Present:
    Hon. Ralph K. Winter,
    Hon. Chester J. Straub,
    Hon. Robert A Katzmann,
        *Circuit Judges.*



Vorcelia Tanya Oliphant,

        *Plaintiff-Appellant*,

    v.

Department of Transportation, et al.,

        *Defendants-Appellees.*

08-0183-cv
06-5334-cv

Appellees move for dismissal of the appeal and sanctions against the appellant. Upon due consideration, the appellant's "renotice of appeal" shall be construed as a motion for reinstatement of her defaulted appeal, *Oliphant v. Transportation*, 06-5334-cv. *See Castro v. United States*, 540 U.S. 375, 381 (2003). The two appeals are consolidated for the purposes of this order. The reinstatement motion is hereby DENIED and the appeal in 08-0183-cv is DISMISSED because the

SAO-PR

*Mandate issued: 4/18/08*

appellant has not shown good cause for her default or that manifest justice would result if this Court does not consider her appeal. *See Lattanzio v. COMTA*, 481 F.3d 137, 139 (2d Cir. 2007). The appellees' motion to dismiss is therefore GRANTED, and the appellees' motion for sanctions is DENIED. The appellant is warned, however, that the filing of further frivolous appeals of the district court's grant of summary judgment may subject her to sanctions.

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk

by _____
DEPUTY CLERK